IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FERRING B.V., <br><br> Plaintiff, <br><br> v. <br><br> TEVA PHARMACEUTICAL INDUSTRIES LTD. and TEVA PHARMACEUTICALS USA, INC., <br><br> Defendants. | C.A. No. 04-884-SLR |

**NOTICE OF WITHDRAWAL OF MOTION**

Please take notice that defendants Teva Pharmaceutical Industries Ltd. and Teva Pharmaceuticals USA, Inc. hereby withdraw their Motion for Summary Judgment on the Basis of Collateral Estoppel (Docket Item 32).

YOUNG CONAWAY STARGATT
& TAYLOR LLP

/s/ Josy W. Ingersoll

Josy W. Ingersoll (# 1088)
Kevin M. Baird (#4219)
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
*Attorneys for Defendants*

OF COUNSEL:
William L. Warren
William F. Long
SUTHERLAND ASBILL
& BRENNAN LLP
999 Peachtree Street
Atlanta, GA 30309-3996

Dated: March 1, 2005

## CERTIFICATE OF SERVICE

I, Kevin M. Baird, Esquire hereby certify that I caused copies of the foregoing document to be served on March 1, 2005, upon the following counsel of record in the manner indicated:

**BY HAND DELIVERY & ELECTRONIC FILING**

Francis DiGiovanni, Esquire
Connolly Bove Lodge & Hutz LLP
1220 Market Street
Wilmington, DE 19801
Fax: 302-658-5614

**BY FEDERAL EXPRESS & FAX**

Dennis J. Mondolino, Esquire
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Fax: 212-309-6001

_____
Kevin M. Baird (#4219)