IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FERRING BV, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 04-884-SLR |
| | ) | |
| TEVA PHARMACEUTICALS U.S.A., | ) | |
| INC. and TEVA PHARMACEUTICALS | ) | |
| INDUSTRIES, LTD., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED that the remaining briefing for both (a) Defendants' Motion for Leave to File Amended Answers and Counterclaims (D.I. 33) and (b) Defendants' Second Revised Motion for Leave to File Motion for Summary Judgment on the Basis of Collateral Estoppel (D.I. 35) shall proceed as follows:

-    Plaintiff's answering briefs shall be filed no later than March 15, 2005; and

-    Defendants' reply briefs shall be filed no later than March 22, 2005.


/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
Telephone: (302) 658-9141
fdigiovanni@cblh.com
*Attorneys for Ferring BV*

/s/ Kevin M. Baird
Josy W. Ingersoll (#1088)
Adam W. Poff (#3990)
Kevin M. Baird (#4219)
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19899-0391
Telephone: (302) 571-6600
kbaird@ycst.com
*Attorneys for Teva Pharmaceuticals U.S.A.,*
*Inc. and Teva Pharmaceuticals Industries, Ltd.*


SO ORDERED this ___ of March, 2005.

_____
United States District Judge

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on March 3, 2005, I electronically filed the foregoing **STIPULATION AND ORDER** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Josy W. Ingersoll
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899

I hereby certify that on March 3, 2005, I have mailed by United States Postal Service, the document to the following non-registered participants.

William F. Long
William L. Warren
Sutherland Asbill & Brennan LLP
999 Peachtree Street, NE
Atlanta, Georgia  30309-3996

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801
(302) 658-9141
fdigiovanni@cblh.com

Attorneys for Plaintiff

384491_1

2