IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------x
FERRING B.V.                                          :
                                                      :
                                                      :  Civil Action No. 04-884-SLR
                  Plaintiff,                          :
                                                      :
      v.                                              :
                                                      :
TEVA PHARMACEUTICALS USA, INC. and                    :
TEVA PHARMACEUTICAL INDUSTRIES                        :
LIMITED                                               :
                  Defendants.                         :
                                                      :
------------------------------------------------------x
```

## PLAINTIFF'S CROSS-MOTION FOR A STAY PENDING APPEAL

For the reasons set forth in the brief filed herewith, plaintiff Ferring B.V. respectfully moves to stay this action pending the appeal of the Judgment entered on February 16, 2005 in the action captioned *Ferring B.V. and Aventis Pharmaceuticals Inc. v. Barr Laboratories Inc.*, Case No. 02 CV 9851, and the Memorandum and Order issued on February 7, 2005 upon which the Judgment is based. On February 23, 2005 plaintiffs filed their Notice of Appeal to the Court of Appeals for the Federal Circuit. A proposed Order is attached hereto as Exhibit A.

Date: March 15, 2005

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899-2207
(302) 888-6316

Attorneys for Plaintiff Ferring B.V.

OF COUNSEL:

Dennis J. Mondolino
Esther H. Steinhauer
Edward M. Reisner
Jeffrey M. Gold
Timothy P. Heaton
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York  10178
(212) 309-6000

3

## STATEMENT PURSUANT TO LOCAL RULE 7.1.1

I, Francis DiGiovanni, Esq., an attorney for plaintiff, hereby state that the parties attempted to reach an agreement on the matters set forth in Motion to Stay. Specifically, Dennis Mondolino, Esq., counsel for plaintiff, proposed a stay of the case to William Long, Esq., counsel for defendants, but Mr. Long did not accept it.

Date:  March 15, 2005

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on the March 15, 2005, I electronically filed Ferring B.V.'s Cross-Motion For A Stay Pending Appeal with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Josy W. Ingersoll, Esq.,
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899

I hereby certify that on March 15, 2005, I have faxed and sent by Federal Express the document to the following non-registered participant.

William F. Long
Sutherland Asbill & Brennan LLP
999 Peachtree Street, NE
Atlanta, Georgia 30309-3996

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899-2207
(302) 888-6316

Attorneys for Ferring B.V.

OF COUNSEL:
Dennis J. Mondolino
Esther H. Steinhauer
Edward M. Reisner
Jeffrey M. Gold
Timothy P. Heaton
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
(212) 309-6000
386419_1