IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------x
FERRING B.V.                                           :
                                                       :
                                                       :   Civil Action No. 04-884-SLR
                Plaintiff,                             :
                                                       :
         v.                                            :
                                                       :
TEVA PHARMACEUTICALS USA, INC. and                     :
TEVA PHARMACEUTICAL INDUSTRIES                         :
LIMITED                                                :
                Defendants.                            :
                                                       :
-------------------------------------------------------x
```

## ORDER FOR A STAY PENDING APPEAL

This matter having been brought by plaintiff Ferring B.V. requesting a stay of this action pending appeal to the Court of Appeals for the Federal Circuit of the Southern District of New York action captioned *Ferring B.V. and Aventis Pharmaceuticals Inc. v. Barr Laboratories Inc.*, Case No. 02 CV 9851 ("*Barr* action"), and this Court having considered all papers submitted in support thereof and oral argument presented, and for other good cause shown,

IT IS on this _____ day of _____, 2005

ORDERED as follows:

This action is hereby stayed pending appeal to the Court of Appeals for the Federal Circuit of the above captioned *Barr* action.

 

HONORABLE SUE L. ROBINSON
UNITED STATES DISTRICT JUDGE

386456_1