# EXHIBIT A



"Minnear, Jack" &lt;Jack.Minnear@sablaw.com&gt;
01/26/05 03:00 PM

To: esteinhauer@morganlewis.com, "Warren, Bill L." &lt;Bill.Warren@sablaw.com&gt;
cc: jgold@morganlewis.com, theaton@morganlewis.com
bcc:
Subject: RE: Ferring v. Teva

Esther:

Thanks for your note to Bill, and we look forward to receiving Ferring's documents. We are hoping to make an initial production of documents in February with a rolling production of remaining responsive documents, if any, following thereafter.

Regards,

N.E.B. "Jack" Minnear
Sutherland Asbill & Brennan LLP
999 Peachtree Street, NE
Atlanta, GA 30309-3996

Direct Line: 404.853.8734
Fax: 404.853.8806
E-mail: jack.minnear@sablaw.com &lt;mailto:jack.minnear@sablaw.com&gt;

-----Original Message-----
From: esteinhauer@morganlewis.com [mailto:esteinhauer@morganlewis.com]
Sent: Tuesday, January 25, 2005 3:34 PM
To: Warren, Bill L.; Minnear, Jack; Wade, Kathryn H.
Cc: jgold@morganlewis.com; theaton@morganlewis.com
Subject: RE: Ferring v. Teva

Bill:

I am writing to find out when we can expect to receive Teva's documents pursuant to its December written discovery responses. We intend to produce documents next week.

Esther

Esther H. Steinhauer, Esq.
Morgan Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178
212-309-2128  phone
212-309-6273  fax

esteinhauer@morganlewis.com

This email message is intended only for the personal use of the recipient(s) named above. This message is confidential and may also be covered by the attorney client privilege or other confidentiality provision. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by email and delete the orginal message.


DISCLAIMER
This e-mail message is intended only for the personal

use of the recipient(s) named above. This message may

be an attorney-client communication and as such privileged and confidential.  If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

---

_____        The information contained in this message from Sutherland Asbill & Brennan LLP and

              any attachments are confidential and intended only for the named recipient(s). If

              you have received this message in error, you are prohibited from copying, distributing

              or using the information. Please contact the sender immediately by return email and

              delete the original message.

FROM SUTHERLAND ASBILL & BRENNAN LLP        (FRI) 2. 4'05 17:35/ST. 17:34/NO. 4862246112 P 2

## Sutherland Asbill & Brennan LLP
ATTORNEYS AT LAW

999 Peachtree Street, NE
Atlanta, GA 30309-3996
404.853.8000
fax 404.853.8806
www.sablaw.com

**JACK MINNEAR**
DIRECT LINE: 404.853.8734
Internet: jack.minnear@sablaw.com

February 4, 2005

**VIA FACSIMILE ONLY**

Esther Steinhauer, Esq.
Timothy Heaton, Esq.
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
Fax: (212) 309-6001

Re:   Ferring v. Teva, Civil Action No. 04-884 (SLR) (D. Del.)

Dear Counsel:

Thank you for your recent letters regarding the status of document production in this matter. As I noted in an e-mail to Ms. Steinhauer, Teva expects to make an initial production of documents by the end of February. We will advise you as soon as possible if we have any other estimate regarding the timing of document production. At this time, we do not foresee any difficulty in complying with our document production obligations in this case.

We also appreciate receiving Ferring's initial document production yesterday. Please advise when we can expect to receive a log of any documents withheld on privilege or work product grounds.

Sincerely yours,

*Jack Minnear*
Jack Minnear

cc:   Francis DiGiovanni, Esq.
      Josy Ingersoll, Esq.

AO 1268073.1

Atlanta   ■   Austin   ■   Houston   ■   New York   ■   Tallahassee   ■   Washington, DC



Sutherland
Asbill &
Brennan LLP
ATTORNEYS AT LAW

999 Peachtree St., N.E.
Atlanta, GA  30309-3996
tel 404.853.8000
fax 404.853.8806
www.sablaw.com

## Facsimile

## CONFIDENTIAL

Date:  February 4, 2005

Pages (including cover):  2

**TO:**

| Recipient Name | Firm/Company | Fax | Telephone |
|---|---|---|---|
| Esther Steinhauer | Morgan Lewis | (212) 309-6001 | (212) 309-6000 |
| Timothy Heaton | | | |
| Josy Ingersoll | Young Conaway | (302) 576-3301 | (302) 571-6600 |
| Francis DiGiovanni | Connolly Bove | (302) 658-5614 | (302) 658-9141 |

**FROM:**  N. JACK MINNEAR         **Email address:**    jack.minnear@sablaw.com
**Telephone:**  404.853.8734   **User number:**  3616  **Client number:**   20923-0001
**Message:**

This message is intended only for the use of the individuals or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or distribution of this communication to other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us immediately by collect telephone at 404.853.8813 and return the original message to us at the above address via the U.S. Postal Service. Thank you.

Atlanta   ■   Austin   ■   New York   ■   Tallahassee   ■   Washington, DC

AO 1242804.1

Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel: 212.309.6000
Fax: 212.309.6001
www.morganlewis.com



# Morgan Lewis
COUNSELORS AT LAW

**Esther H. Steinhauer**
(212) 309-2128
esteinhauer@morganlewis.com

January 27, 2005

**VIA FACSIMILE**

N.E.B. "Jack" Minnear, Esq.
Sutherland Asbill & Brennan LLP
999 Peachtree Street, N.E., Suite 2300
Atlanta, Georgia  10309-3996

Re:  *Ferring B.V. v. Teva*
     *Civ. Action No. 04-884 (SLR)*

Dear Jack:

This is further to my email query of January 25, 2005. In your January 26 email response you state that you "are hoping to make an initial production of documents in February", but you do not specify when in February we can expect to receive Teva's documents. In fact, you do not even affirmatively state that the documents will be produced in February. Please provide us with a definite date when we can expect to receive Teva's documents pursuant to its December written discovery responses.

Sincerely,

Esther H. Steinhauer

cc:  Francis DiGiovanni, Esq.

1-NY/1867927.1

```
** JOB STATUS REPORT **                    AS OF  JAN 26 2005  6:47 PM  PAGE. 01
                                                MORGAN LEWIS

        JOB #680

        DATE  TIME        TO/FROM         MODE    MIN/SEC   PGS    STATUS
   001  1/26  6:44P    404 853 8806       EC--S   01'28"    005    OK   L1
```

Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
TEL: 212.309.6000
FAX: 212.309.6273
eFax: 877.432.9652
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

## FAX MESSAGE

**SEND TO**

| | | | |
|---|---|---|---|
| Name: | Jack Minnear, Esq. | Firm: | Sutherland Asbill & Brennan LLP |
| FAX Number: | 404-853-8806 | Telephone Number: | 404-853-8031 |

**FROM**

| | | | |
|---|---|---|---|
| Name: | Esther H. Steinhauer | Date Sent: | January 26, 2005 |
| Operator Sending: | | Telephone Number: | 212-309-2128 |
| FAX Number: | 212-309-6273 | Floor: 43 | Number of Pages: 2 (including cover page) |

THE INFORMATION CONTAINED IN THIS FAX MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE NAMED RECIPIENT(S). THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR AN AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR AND THAT ANY REVIEW, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US BY MAIL. THANK YOU.

**COMMENTS**

1-NY/1834943.1

Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
TEL: 212.309.6000
FAX: 212.309.6273
eFax: 877.432.9652
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

## FAX MESSAGE

### SEND TO

| | | | |
|---|---|---|---|
| Name: | Jack Minnear, Esq. | Firm: | Sutherland Asbill & Brennan LLP |
| FAX Number: | 404-853-8806 | Telephone Number: | 404-853-8031 |

### FROM

| | | | |
|---|---|---|---|
| Name: | Esther H. Steinhauer | Date Sent: | January 26, 2005 |
| Operator Sending: | | Telephone Number: | 212-309-2128 |
| FAX Number: | 212-309-6273 | Floor: 43 | Number of Pages: 2 (including cover page) |

THE INFORMATION CONTAINED IN THIS FAX MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE NAMED RECIPIENT(S). THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR AN AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR AND THAT ANY REVIEW, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US BY MAIL. THANK YOU.

### COMMENTS

1-NY/1834943.1

**Sutherland**
**Asbill &**
**Brennan** LLP
ATTORNEYS AT LAW

999 Peachtree Street, N]
Atlanta, GA 30309-399[
404.853.800[
fax 404.853.880[
www.sablaw.co[

WILLIAM F. LONG
DIRECT LINE: 404.853.8347
Internet: bill.long@sablaw.com

February 14, 2005

<u>VIA FACSIMILE & UNITED STATES MAIL</u>

Dennis J. Mondolino, Esq.
Esther H. Steinhauer, Esq.
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
Fax: (212) 309-6001

Re:   *Ferring v. Teva*, Civil Action No. 04-884 (SLR) (D. Del.)

Dear Counsel:

Jack Minnear advised me that during last week's telephone call, Ms. Steinhauer asserte[ ] that Ferring would not voluntarily dismiss its patent infringement claims in the above-captione[ ] matter. I write to request that you reconsider that position.

As you are aware, Judge Brieant's February 7, 2005 Memorandum and Order held that the '398 patent is unenforceable for inequitable conduct and not infringed by desmopressin acetate tablets. The Supreme Court's ruling in *Blonder-Tongue* and that case's progeny preven[ ] Ferring from attempting to enforce patent rights held in other jurisdictions to have been procur[ ]d through inequitable conduct. As such, Ferring does not have a reasonable basis in law or fact t[ ] oppose the entry of summary judgment in Teva's favor on its non-infringement and unenforceability defenses and counterclaims. Ferring's infringement claims should be dismissed.

In light of clear precedent prohibiting further attempts to enforce the '398 patent by Ferring, further activity by Ferring in this action is inappropriate. We do not understand why further discovery efforts or any other actions would be warranted, aside from possible motions designed to effectuate a dismissal of this case.

Atlanta  ■  Austin  ■  Houston  ■  New York  ■  Tallahassee  ■  Washington, D[ ]

Dennis J. Mondolino, Esq.
Esther H. Steinhauer, Esq.
February 14, 2005
Page 2

      Please let us know no later than Friday, February 18, 2005 whether Ferring will reconsider its refusal to voluntarily dismiss the case. If Ferring does not do so, Teva intends to seek summary judgment on the basis of collateral estoppel and to seek sanctions including, without limitation, its attorneys' fees and other expenses.

                            Sincerely yours,

                            William F. Long

cc:    Francis DiGiovanni, Esq.
       Josy Ingersoll, Esq.

AO 1271685.4



**Sutherland
▪ Asbill & ▪
Brennan** LLP
ATTORNEYS AT LAW

999 Peachtree St., N.E.
Atlanta, GA 30309-399
tel 404.853.800
fax 404.853.880
www.sablaw.com

# Facsimile

# CONFIDENTIAL

Date: February 14, 2005

Pages (including cover):

## TO:

| Recipient Name | Firm/Company | Fax | Telephone |
|---|---|---|---|
| Dennis J. Mondolino, Esq. | Morgan Lewis & Bockius LLP | 212-309-6001 | 212-309-6000 |
| Esther Steinhauer, Esq. | Morgan Lewis & Bockius LLP | 212-309-6273 | 212-309-2128 |

**FROM:** WILLIAM F. LONG   Email address: bill.long@sablaw.com
**Telephone:** 404-853-8347   User number: 1318   **Client number:** 20923-0001
**Message:**

This message is intended only for the use of the individuals or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or distribution of this communication to other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us immediately by collect telephone at 404.853.8813 and return the original message to us at the above address via the U.S. Postal Service. Thank you.

Atlanta   ▪   Austin   ▪   New York   ▪   Tallahassee   ▪   Washington, DC

AO 1272332.1

Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel: 212.309.6000
Fax: 212.309.6001
www.morganlewis.com



# Morgan Lewis
COUNSELORS AT LAW

**Dennis J. Mondolino**
Partner
(212) 309-2107
dmondolino@morganlewis.com

February 15, 2005

**VIA FACSIMILE**

William F. Long, Esq.
Sutherland Asbill & Brennan LLP
999 Peachtree Street, N.E., Suite 2300
Atlanta, Georgia  10309-3996

Re:   Ferring B.V. v. Teva
      Civ. Action No. 04-884 (SLR)

Dear Mr. Long:

This responds to your letter of February 14, 2005.

Ferring declines Teva's request to voluntarily dismiss its patent infringement suit in the above-captioned matter but would agree to a stay of all discovery pending Ferring's appeal of the New York district court's decision to the Federal Circuit. A stay will preserve this Court's resources in the event of a reversal. Should Teva file a summary judgment motion based on collateral estoppel, we will oppose and request a stay pending the above-mentioned appeal.

Very truly yours,

*Dennis J. Mondolino*
Dennis J. Mondolino

cc:  Josy W. Ingersoll, Esq. (via facsimile)
     Francis DiGiovanni, Esq. (via facsimile)

1-NY/1875347.1

```
              SERIAL BROADCAST REPORT (1)
              **********************************
```

(TUE) FEB 15 2005 17:29

| DOCUMENT # | TIME STORED | TIME SENT | DURATION | TOT. DST | PAGES |
|---|---|---|---|---|---|
| 4800000-908 | 2. 15 17:28 | 2. 15 17:28 | 1' 32" | 2 | 2 |

| FIN. | 2 |
|---|---|

| ##03067#13025763301 | ##03067#14048538806 |
|---|---|

Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel.   212.309.6000
Fax:   212.309.6273
eFax:  877.432.9652
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

**FAX MESSAGE**

**Send To:**

| | | | |
|---|---|---|---|
| Name: | Josy W. Ingersoll, Esq. | FAX Number: | (302) 576-3301 |
| | Young Conaway Stargatt & Taylor | Phone Number: | (302) 571-6600 |
| Name: | William F. Long, Esq. | FAX Number: | (404) 853-8806 |
| | Sutherland Asbill & Brennan | Phone Number: | (404) 853-8081 |

**From:**

Name   Esther H. Steinhauer          Floor: 43          Secretary Sending:

Telephone Number:   (212) 309-2128    Time Sent:        Date Sent: February 15, 2005

Number of Pages (INCLUDING COVER PAGE):  2

**Note:**

THE INFORMATION CONTAINED IN THIS FAX MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR AN AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR AND THAT ANY REVIEW, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US BY MAIL. THANK YOU.

**Comments:**

Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel.  212.309.6000
Fax:  212.309.6273
eFax: 877.432.9652
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

**FAX MESSAGE**

**Send To:**

| Name: | Josy W. Ingersoll, Esq. | FAX Number: | (302) 576-3301 |
| | Young Conaway Stargatt & Taylor | Phone Number: | (302) 571-6600 |
| Name: | William F. Long, Esq. | FAX Number: | (404) 853-8806 |
| | Sutherland Asbill & Brennan | Phone Number: | (404) 853-8081 |

**From:**

| Name | Esther H. Steinhauer | Floor: 43 | Secretary Sending: |
| Telephone Number: | (212) 309-2128 | Time Sent: | Date Sent: February 15, 2005 |

Number of Pages (INCLUDING COVER PAGE):  2

**Note:**

THE INFORMATION CONTAINED IN THIS FAX MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR AN AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR AND THAT ANY REVIEW, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US BY MAIL. THANK YOU.

**Comments:**

1-NY/1799618.1