# EXHIBIT B

Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel: 212.309.6000
Fax: 212.309.6001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

Jeffrey M. Gold
212-309-2113
jgold@morganlewis.com

October 5, 2004

**VIA FACSIMILE and FEDEX**

William L. Warren, Esq.
Sutherland Asbill & Brennan LLP
999 Peachtree Street, NE
Atlanta, GA 30309-3996

Re:   Ferring v. Teva
      Civil Action No.: 04-884-SLR

Dear Bill:

    Attached (by facsimile) please find plaintiff Ferring's Rule 26(a)(1) Initial Disclosures and (to follow by Fedex) documents bates-numbered FTEV 000001-000571.

Very truly yours,

Jeffrey M. Gold
Enclosure

cc: Francis DeGiovanni, Esq. (by Fedex)

1-NY/1828974.1

Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel: 212.309.6000
Fax: 212.309.6001
www.morganlewis.com



## Morgan Lewis
COUNSELORS AT LAW

**Timothy P. Heaton**
212-309-2123
theaton@morganlewis.com

November 4, 2004

**VIA FEDEX**

William L. Warren, Esq.
Sutherland Asbill & Brennan LLP
999 Peachtree Street, NE
Atlanta, GA 30309-3996

Re:   Ferring v. Teva, D. Del. Civil Action No. 04-884-SLR

Dear Bill:

      Enclosed please find documents bates-stamped FTEV 000572.

      Ferring's production does not constitute any admission that the produced documents, or the subject matter therein, are necessarily relevant to any issue in this action, nor does it waive any of the objections Ferring may raise in any of its responses to Teva's discovery requests.

Very truly yours,

*Timothy P. Heaton*

Timothy P. Heaton
Enclosure

cc: Francis DeGiovanni, Esq. (by Fedex)

1-NY/1840072.1

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 5,047,398  
DATED         : September 10, 1991  
INVENTOR(S)   : Helmer Hagstam et al.

Page 1 of 1

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 4,
Line 43, delete "adsorbable" and insert -- absorbable --.

Signed and Sealed this

Twenty-sixth Day of October, 2004

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel: 212.309.6000
Fax: 212.309.6001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

**Timothy P. Heaton**
Associate
212-309-2123
theaton@morganlewis.com

February 2, 2005

**VIA FEDEX**

Jack Minnear, Esq.
Sutherland Asbill & Brennan LLP
999 Peachtree Street, NE
Atlanta, GA 30309-3996

Re:   Ferring v. Teva, D. Del. Civil Action No. 04-884-SLR

Dear Jack:

Enclosed please find 26 boxes containing documents bates-stamped FTEV 000573-091688, produced as part of plaintiffs' rolling document production. The confidentiality designation that is even and in line with the FTEV bates-number applies to the documents produced here.

Further to Esther Steinhauer's letter of January 27, 2005, please inform us when we will receive Teva's documents.

This production does not constitute any admission that the produced documents or the subject matter therein are necessarily relevant to any issue in this action nor does it waive any of the objections Ferring has raised or may raise in its responses to Teva's discovery requests.

Sincerely,

Timothy P. Heaton

Timothy P. Heaton

Enclosure
cc: Francis DiGiovanni, Esq. (by facsimile w/o enclosures)

1-NY/1870164.1