# EXHIBIT D

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

---------------------------------x
FERRING B.V. and
AVENTIS PHARMACEUTICALS, INC.,    :    Case No. 02 CV 9851 (CLB)(MDF)
                                  :
            Plaintiffs,           :
                                  :
       v.                         :
                                  :
BARR LABORATORIES, INC.,          :
                                  :
            Defendant.            :
---------------------------------x



FEB 24

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs Ferring B.V. and Aventis Pharmaceuticals, Inc. hereby appeal to the United States Court of Appeals for the Federal Circuit from the Judgment of February 16, 2005 in the above-captioned matter, and from the Memorandum and Order of February 7, 2005 upon which said Judgment is based.

Date: February 24, 2005                Respectfully submitted,

                                       Dennis J. Mondolino (DM2221)
                                       Esther H. Steinhauer (ES5464)
                                       Edward M. Reisner (ER3934)
                                       Jeffrey M. Gold (JG7056)
                                       Timothy P. Heaton (TH1304)
                                       MORGAN, LEWIS & BOCKIUS LLP
                                       101 Park Avenue
                                       New York, NY 10178
                                       (212) 309-6000

                                       *Attorneys for Plaintiffs Ferring B.V. and
                                       Aventis Pharmaceuticals, Inc.*

*Of Counsel:*
Jeffrey I.D. Lewis (JL8335)
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710
(212) 336-2000

## CERTIFICATE OF SERVICE

I certify that on this 24th day of February, 2005 I caused a copy of the foregoing Notice of Appeal to be served as follows:

### VIA HAND DELIVERY

Joseph C. Gioconda
Kirkland & Ellis
Citigroup Center
153 East 53rd Street
New York, NY 10022-4675
(212) 446-4800

### VIA FACSIMILE AND FEDERAL EXPRESS

Edward C. Donovan, Esq.
KIRKLAND & ELLIS
655 Fifteenth St., N.W.
Suite 1200
Washington, D.C. 20005
(202) 878-5000

Service List (labels provided to Court):

Joseph C. Gioconda
Kirkland & Ellis
Citigroup Center
153 East 53rd Street
New York, NY 10022-4675
(212) 446-4800

Edward C. Donovan, Esq.
Kirkland & Ellis
655 Fifteenth St., N.W.
Suite 1200
Washington, D.C. 20005
(202) 878-5000

Robert C. Millonig
Sterne, Kessler, Goldstein & Fox
1100 New York Avenue, N.W.
Washington, DC 20005
(202) 371-2600

| ORIGINAL-WHITE | DUPLICATE-YELLOW | TRIPLICATE-PINK |
|---|---|---|

RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

E 535614

at _____

RECEIVED FROM *Morgan, Lewis*

*NOA / 02 CV 9851 (CLB)*

| Fund | | |
|---|---|---|
| 6855XX | Deposit Funds | |
| 604700 | Registry Funds | |
| | General and Special Funds | |
| 508800 | Immigration Fees | |
| 085000 | Attorney Admission Fees | |
| 086900 | Filing Fees | |
| 322340 | Sale of Publications | |
| 322350 | Copy Fees | |
| 322360 | Miscellaneous Fees | |
| 143500 | Interest | |
| 322380 | Recoveries of Court Costs | |
| 322386 | Restitution to U.S. Government | |
| 121000 | Conscience Fund | |
| 129900 | Gifts | |
| 504100 | Crime Victims Fund | |
| 613300 | Unclaimed Monies | |
| 510000 | Civil Filing Fee (½) | |
| 510100 | Registry Fee | |

```
Check Purchase- #23539

INVOICE # 26236
DATE\TIME: 2/24/2005 4:01:22 PM
CASHIER: 02    STATION: 01
====================================
1   NOA                      $255.00
       086900    $105.
       510000    $150.
====================================
GRAND TOTAL                  $255.00
```

Checks and drafts are accepted subject to col-
lection and full credit will only be given when the
check or draft has been accepted by the financial
institution on which it was drawn.

| DATE | Cash | Check | M.O. | Credit | DEPUTY CLERK: |
|---|---|---|---|---|---|
| 20 | | | | | |