# EXHIBIT E

OFFICE COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FERRING B.V. and
AVENTIS PHARMACEUTICALS, INC.

    Plaintiffs,

-against-

BARR LABORATORIES, INC.

    Defendant.

Case No: 02 CV 9851 (CLB) (MDF)

## STIPULATED STAY OF FILING FOR ATTORNEY FEES AND TAXABLE COSTS

Whereas, on February 24, 2005 Plaintiffs Ferring B.V. and Aventis Pharmaceuticals, Inc. ("Plaintiffs") filed their Notice of Appeal to the United States Court of Appeal for the Federal Circuit from the Court's February 16, 2005 Judgment and from the February 7, 2005 Memorandum and Order upon which said Judgment is based ("Appeal"); and

Whereas, pursuant to the Local Civil Rules of the United States District Court for the Southern District of New York, Plaintiffs' Appeal automatically stays the award of costs. *See* Local Civil Rule 54.1(a) (providing that "[c]osts will not be taxed during the pendency of any appeal."); and

Whereas, the interests of judicial economy and the conservation of party resources are best served by avoiding piecemeal briefing and consideration of related fees and costs applications. *See, e.g., Shapiro v. Kronfeld*, 2005 WL 183137 *3, (Jan. 27, 2005, S.D.N.Y.) (staying motion for fees and costs in view of pending appeal);

Defendant Barr Laboratories, Inc ("Barr") and Plaintiffs hereby agree, subject to the Court's approval, to stay any party's filing of, or opposition to, any application for attorney fees (including under 35 U.S.C. § 285) and/or costs pending the resolution of Plaintiffs' Appeal.

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: *[signature]*
Dennis J. Mondolino (DM2221)
Esther H. Steinhauer (ES9464)
Jeffrey M. Gold (JG7056)
101 Park Avenue
New York, New York  10178
(212) 309-6000


*Of Counsel:*
Jeffrey I.D. Lewis (JL8335)
PATTERSON BELKNAP WEBB
    & TYLER LLP
1133 Avenue of the Americas
New York, NY
(212) 336-2000
*Attorneys for Ferring B.V.
and Aventis Pharmaceuticals, Inc*

KIRKLAND & ELLIS LLP

By: *[signature]*
Joseph C. Gioconda (JG4716)
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
(212) 446-4867


KIRKLAND & ELLIS LLP
Daniel F. Attridge, P.C.
Edward C. Donovan
Karen M. Robinson
Charanjit Brahma
John T. Battaglia
655 Fifteenth St., N.W., Suite 1200
Washington, D.C. 20005
(202) 879-5000

*Of Counsel:*
Robert C. Millonig, Jr.
Vincent L. Capuano
STERNE KESSLER GOLDSTEIN & FOX,
PLLC

*Attorneys for Barr Laboratories, Inc.*

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FERRING B.V. and<br>AVENTIS PHARMACEUTICALS, INC.<br><br>   Plaintiffs,<br><br> -against-<br><br>BARR LABORATORIES, INC.<br><br>   Defendant. | Case No: 02 CV 9851 (CLB) (MDF) |

### [PROPOSED] ORDER ENTERING STIPULATION TO STAY FILING FOR ATTORNEY FEES AND TAXABLE COSTS

Upon consideration of the stipulation of Plaintiffs Ferring B.V. and Aventis Pharmaceuticals, Inc. ("Plaintiffs") and Defendant Barr Laboratories, Inc. ("Barr") to stay filing for attorney fees and taxable costs, and consistent with precedent;

IT IS HEREBY ORDERED AND ADJUDGED that

1. The time for filing any application for attorney fees (including under 35 U.S.C. § 285) and taxable costs is stayed until 30 days after the issuance of the mandate by the Court of Appeals resolving Plaintiffs' pending appeal. An application for fees and costs pursuant to this stipulation is subject to any opposition filed by the non-moving party, and any subsequent reply, which shall be filed consistent with the requirements of Federal Rule of Civil Procedure 54 and the local rules.

Dated: White Plains, New York
    February ____, 2005

                        _____
                        Charles L. Brieant
                        United States District Judge