IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| FERRING B.V., <br><br> Plaintiff, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICALS INDUSTRIES, LTD., <br><br> Defendants. | Civil Action No. 04-884-SLR |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED among the parties to the above-captioned action, subject to the approval of the Court, that defendants' briefs in response to (i) Ferring B.V.'s Opposition Brief to Teva's Motion for Leave to File Amended Answers And Counterclaims, and (ii) Ferring B.V.'s Opposition Brief To Teva's Motion For Leave To File For Summary Judgment and Opening Brief In Support Of Ferring B.V.'s Motion To Stay shall be served and filed on March 29, 2005.

CONNOLLY BOVE LODGE & HUTZ LLP

By  /s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
*Attorneys for Plaintiff Ferring B.V.*
fdigiovanni@cblh.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

By_____
Josy W. Ingersoll (I.D. #1088)
The Brandywine Building
1000 West Street – 17th Floor
P.O. Box 391
Wilmington, Delaware 19899
(302) 571-6600
*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*
jingersoll@ycst.com


**IT IS SO ORDERED** this _____ day of March, 2005.


_____
                Chief Judge