IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

FERRING B.V.,                      )
                                   )
        Plaintiff,                 )
                                   )
    v.                             ) Civ. No. 04-884-SLR
                                   )
TEVA PHARMACEUTICAL INDUSTRIES)
LTD. and TEVA PHARMACEUTICALS )
USA, INC.,                         )
                                   )
        Defendants.                )

**O R D E R**

At Wilmington this  23d  day of March, 2005,

IT IS ORDERED that the parties to the above captioned

patent litigation shall **not** file motions in limine.[1]  The parties

shall be prepared to address their evidentiary issues at the

pretrial conference and during trial (before and after the trial

day).

                            s/Sue L. Robinson
                            United States District Judge

_____

[1]I have found that, in most patent cases, the motion
practice is voluminous in the first instance and my decisions on
the motions inevitably lead to further motions for
reconsideration and clarification.  Moreover, in most instances,
in the absence of a specific trial context, both the motions and
the decisions thereon are too general to be of much help.