# Exhibit A

# Generics bulletin

18 February 2005

THE BUSINESS NEWSLETTER FOR THE GENERIC

**COMPANY NEWS** — 2

- Barr lobbies on biogenerics and petitions — 2
- Actavis buys in India with US in mind — 3
- Embattled Mylan warns on fentanyl profits — 4
- Siegfried suffers but generics stay strong — 5
- APIs and US reduce Dr Reddy's turnover — 6
- Watson looks abroad as lean 2005 looms — 7
- CIS propels Richter to US$600 million — 8
- Sandoz Germany to build brand image — 9
- Teva takes leap forward to nearly US$5 billion — 10

**MARKET NEWS** — 11

- Australia proposes sweeping price cut — 11
- Bolar can apply now, regulators maintain — 12
- US biodefence bill could cause crisis — 13
- Time is now right for entry into Russia — 14

**PRODUCT NEWS** — 15

- Barr sues FDA over Allegra-D exclusivity — 15
- Sandoz unabashed on authorised generics — 16
- Alpharma and Ivax settle on gabapentin — 17

**FEATURES** — 20

- Wockhardt rises to become player on the global stage – A mix of acquisitions, joint-ventures and organic growth have rapidly turned India's Wockhardt into a global force in the generics arena. Aidan Fry reports. — 20
- Many reasons to be cheerful – Sandoz' global head recently described where the generics industry is going over the next five years. — 22

**REGULARS**

- Price Watch UK – Our regular look at pricing trends in the UK — 18

## Teva takes leap forward to nearly US$5 billion

Teva shot through the US$4 billion sales barrier in 2004, adding more than US$1.5 billion to its 2003 turnover. Total sales of US$4.80 billion were 46.4% higher than in the previous year, of which consolidating Sicor accounted for less than half, said president and chief executive officer Israel Makov. Sicor's sales were worth about US$550 million annually before Teva completed acquiring the generic injectables specialist on 22 January 2004.

Makov said the "all-time high" was due to new products, Sicor and global sales of Teva's Copaxone (glatiramer acetate) brand for treating multiple sclerosis. Launching 30 products in the US during 2004 and acquiring Sicor had alone added US$800 million in sales to the business. In Europe, Teva was "building to realise the full profit potential we believe is in the European market". Teva's "exceptional profitable growth" in 2004, he said, was due to its "ability to meet the challenges of the market and the industry". Possibly in a reference to Teva's main rival Sandoz, Makov added that the challenges the company faced in 2004 "did not catch us by surprise".

Highlighting the "heightened efforts by brand companies to stop generics by any means", authorised generics in the US, and severe competition all over the world, Makov said the success Teva had achieved in "an intense market environment" was even more gratifying. He added the firm's performance in 2004 "differentiates us from the others".

"What makes the difference is superb execution of a carefully-crafted strategy," he said, noting that Teva's mantra of doubling sales every four years and growing profits even faster was still in place, despite the high growth in 2004 and a 2005 that offered "fewer

*Continued on page 10*

## Wockhardt enters major markets

Indian company Wockhardt has created a platform for selling biogenerics in three major pharmaceutical markets by creating a wholly-owned subsidiary in Brazil and forming joint-ventures in Mexico and South Africa. The firm has also set up a dedicated business unit for biotechnology.

The Brazilian sales and marketing subsidiary, Wockhardt Farmaceutica do Brasil, will look to enter co-marketing agreements with local specialist companies for both pharmaceutical and biopharmaceutical products. Wockhardt pointed out that Brazil's generics market was growing at over 30% per year and that the country had an estimated 10 million diabetics who were potential users of its recombinant insulin.

In Mexico, Wockhardt has teamed up with local firm Representaciones E Investigaciones Medicas to tap into a high incidence of 'lifestyle' diseases in the country, where the pharmaceutical market stands at US$7 billion. The Indian company owns 51% of the joint-venture, which will initially market all Wockhardt's insulin products and eventually offer other diabetes drugs and biopharmaceuticals.

Similarly, Wockhardt owns 51% of its joint-venture with Pharma Dynamics, which claims to be South Africa's 10th largest generics company. The Indian firm said it would use Pharma Dynamics' "regulatory, sales and marketing expertise" to commercialise its pharmaceutical and biopharmaceutical portfolio.

## PRODUCT NEWS

AUTHORISED GENERICS

# Sandoz unabashed on authorised generics

Sandoz has no qualms about offering authorised generics – unbranded versions of drugs sold under licence from the originator – in the US if they represent attractive opportunities.

Commenting on the company's recent deal with Johnson & Johnson subsidiary Janssen to launch fentanyl transdermal patches, a Sandoz spokesperson told Generics bulletin the firm's policy on authorised generics was "simple".

"Because they are permitted in the US," she explained, "our company will pursue such agreements from time to time, as they enable us to provide affordable generic pharmaceuticals to the public."

Unusually in this case, the authorised generic has not appeared during a 180-day generic exclusivity period, although Mylan effectively had exclusivity as the only generic company to date to gain final approval from the US Food and Drug Administration (FDA) for the analgesic patches (Generics bulletin, 4 February 2005, page 14).

The issue of authorised generics has split US industry between those firms which regard them as valid business opportunities and those which regard them as undermining the 180-day exclusivity provision for the first company successfully to challenge a patent on a brand. Indeed, Sandoz itself has suffered from authorised generics, such as Warrick Pharmaceuticals' ribavirin (Generics bulletin, 23 April 2004, page 9).

ANTIDIURETICS

# Barr claims DDAVP exclusivity

A US district court has ruled that patents alleged by Ferring and Sanofi-Aventis to cover DDAVP 0.1mg and 0.2mg tablets are unenforceable and not infringed by Barr Laboratories' desmopressin acetate products.

Barr said the New York district court's decision effectively ended the 30-month stay on the Food and Drug Administration (FDA) approving the products, and allowed the FDA "to approve [them] in the normal course". The firm added that it was expecting 180-day market exclusivity as the first company to file an abbreviated new drug application (ANDA) for the tablets in July 2002.

Chairman and chief executive officer Bruce Downey said Barr would "continue to seek approval" for its application "while we evaluate this opinion". "We also believe the citizen petition currently pending at FDA regarding DDAVP is without merit, and we will vigorously oppose it, if necessary." The petition requests the FDA to establish specific bioequivalence requirements for oral products containing desmopressin.

Last year, DDAVP tablets achieved annual sales of US$177 million, according to IMS data, thanks to Sanofi-Aventis' US marketing efforts on behalf of Ferring as the manufacturer. The drug is indicated for nocturnal bed-wetting as well as antidiuretic replacement therapy in the management of central diabetes insipidus.

For the nasal spray version of DDAVP, Ferring and Sanofi-Aventis will be up against Apotex in the US market. The FDA has given final approval to the Canadian firm's 0.01% nasal spray.

The FDA's decision follows a dismissed patent infringement case between Apotex, Ferring and Sanofi-Aventis. Apotex said its product was the first FDA-approved equivalent to DDAVP that was available on the market in a convenient non-refrigerated formula.

## IN BRIEF

**IVAX FRANCE** has extended the line of self-medication products it launched last year with a paediatric expectorant and a vein tonic. The sugar-free 2% **carbocisteine** formulation for children and infants joins the 5% adult cough formulation that was among the four products marking Ivax's debut in the French OTC market last year. The vein tonic tablets each contain **diosmin** 600mg.

**TEVA PHARMACEUTICAL INDUSTRIES** has launched **amoxicillin/clavulanate potassium** chewable tablets and **glyburide/metformin hydrochloride** tablets in the US. The amoxiclav 200mg/28.5mg and 400mg/57mg tablets are equivalent to GlaxoSmithKline's **Augmentin** chewable tablets. Teva said annual US brand and generic sales were US$21 million. The glyburide/metformin tablets, which come in three strengths, are substitutable for Bristol-Myers Squibb's **Glucovance**. Ivax launched the diabetes drug with 180-day exclusivity in May last year (Generics bulletin, 7 May 2004, page 2), although Par responded with an authorised generic and CorePharma gained approval after the 180-day period. Teva has also gained tentative US approval for injectable **levofloxacin**, over which it is engaged in patent litigation with Ortho McNeil.

**BARR PHARMACEUTICALS** said it expected the US Food and Drug Administration (FDA) to make a decision on the proposed prescription-to-OTC switch of the **levonorgestrel** emergency contraceptive **Plan B** "within days or weeks, not months or years". "We believe we have met all reasonable objections," Barr's chairman and chief executive officer Bruce Downey stated. The FDA had been due to decide by 21 January, but failed to do so (Generics bulletin, 4 February 2005, page 14).

**PFIZER** has failed in its appeal against the European Patent Office revoking a patent of **Viagra** (sildenafil citrate). The patent EP0702555 related to using phosphodiesterase 5-inhibitors for treating erectile dysfunction.

**MYLAN LABORATORIES** has become the latest firm to secure final US approval for **citalopram hydrobromide** 10mg, 20mg and 40mg tablets equivalent to Forest's antidepressant **Celexa**. A dozen other companies have already done so since late October last year (Generics bulletin, 5 November 2004, page 13). Mylan has also gained tentative approval for **modafinil** 100mg and 200mg tablets equivalent to Cephalon's **Provigil**.

**ROXANE LABORATORIES** has launched **pilocarpine hydrochloride** 5mg tablets in the US. The treatment for dry mouth caused by radiotherapy is equivalent to MGI Pharma's **Salagen**.

**MAYNE PHARMA** has extended its MVI range of **multivitamin infusions** in the US with a formulation not containing vitamin K. The newcomer is intended for patients taking warfarin-type anticoagulants. The Australian firm bought the MVI brand from aaiPharma almost a year ago (Generics bulletin, 26 March 2004, page 3).

**RANBAXY PHARMACEUTICALS** expects to launch its extended-release **clarithromycin** 1,000mg tablets in the US in May this year following final approval. The US Food and Drug Administration (FDA) decided each tablet was equivalent to a two-tablet dose of Abbott's **Biaxin XL** 500mg, which Ranbaxy said had sales of US$321 million in the year ended September 2004. Ranbaxy filed a declaratory judgement action on Abbott's Biaxin XL patents at the end of last year.

# Exhibit B

Check Your Billing History    Change Client Code

# Case Summary
## U.S. Court of Appeals for the Federal Circuit

Click Here for **Case Details** or **Listing of Briefs**
Click Here To **Search Again**

| | | |
|---|---|---|
| Short Case Title (Name) : | FERRING BV V BARR LABS | Docket Number : 05-1284 |
| Lower Court/ Agency : | DCT    Division :SD/NY | Stand Alone Case |
| Lower Court# : | 02-CV-9851 | |
| Notice of Appeal Received: | 3/14/2005 | |
| Notice of Appeal Docketed : | 3/15/2005 | |
| Certified List Filed: | 3/15/2005 | |
| Notice of Appeal Filed : | 2/24/2005 | |
| Fee Paid : | PD    Fee Amount : $255.00 | Receipt No : 535814 |

### ATTORNEYS BY PARTY AS LISTED FOR THIS CASE

BARR LABORATORIES, INC.
Defendant-Appellee

PRINCIPAL ATTORNEY
DONOVAN, EDWARD C.
Firm : Kirkland & Ellis
655 15th Street, N.W., 12th Floor, Washington, DC 20005
(202)879-5289 - Tel ; ext.
(202)879-5200 - Fax
Note: *This attorney did not make an appearance for this case.*

FERRING B.V.
Plaintiff-Appellant

PRINCIPAL ATTORNEY
MONDOLINO, DENNIS J.
Firm : Morgan, Lewis & Bockius LLP
101 Park Avenue, , New York, NY 10178-0060
(212)309-6000 - Tel ; ext.
(212)309-6001 - Fax
EOA Filed :3/23/2005

FERRING B.V.
Plaintiff-Appellant

OF COUNSEL ATTORNEY
JUDLOWE, STEPHEN B.
Firm : Morgan, Lewis & Bockius LLP
101 Park Avenue, , New York, NY 10178-0060
(212)309-6000 - Tel ; ext.
(212)309-6001 - Fax
EOA Filed :3/23/2005

FERRING B.V.
Plaintiff-Appellant

OF COUNSEL ATTORNEY
REISNER, EDWARD M.
Firm : Morgan, Lewis & Bockius LLP
101 Park Avenue, , New York, NY 10178-0060
(212)309-6000 - Tel ; ext.4159
(212)309-6273 - Fax

|  |  |
|---|---|
|  | EOA Filed :3/23/2005 |
| FERRING B.V.<br>Plaintiff-Appellant | OF COUNSEL ATTORNEY<br>STEINHAUER, ESTHER H.<br>Firm : Morgan, Lewis & Bockius LLP<br>101 Park Avenue, , New York, NY 10178-0060<br>(212)309-6000 - Tel ; ext.<br>(212)309-6001 - Fax<br>EOA Filed :3/23/2005 |
| FERRING B.V.<br>Plaintiff-Appellant | OF COUNSEL ATTORNEY<br>HEATON, TIMOTHY P.<br>Firm : Morgan, Lewis & Bockius LLP<br>101 Park Avenue, , New York, NY 10178-0060<br>(212)309-6000 - Tel ; ext.<br>(212)309-6001 - Fax<br>EOA Filed :3/23/2005 |
| FERRING B.V.<br>Plaintiff-Appellant | OF COUNSEL ATTORNEY<br>GOLD, JEFFREY M.<br>Firm : Morgan, Lewis & Bockius LLP<br>101 Park Avenue, , New York, NY 10178-0060<br>(212)309-6000 - Tel ; ext.<br>(212)309-6001 - Fax<br>EOA Filed :3/23/2005 |

## ADDITIONAL PARTY INFORMATION

| PARTY | ADDITIONAL INFO |
|---|---|
| AVENTIS PHARMACEUTICALS, INC. | Plaintiff-Appellant |
| BARR LABORATORIES, INC. | Defendant-Appellee |
| FERRING B.V. | Plaintiff-Appellant |

05-1284

- - -

| PACER Service Center |
|---|
| Transaction Receipt |
| 03/29/2005 10:25:07 |

| PACER Login: | sa0064 | Client Code: | |
|---|---|---|---|
| Description: | dkt summary | Search Criteria: | 05-1284 |
| Billable Pages: | 2 | Cost: | 0.14 |

The Briefs Screen                                                                                    Page 1 of 1

Check Your Billing History    Change Client Code

# Listing of Briefs
## U.S. Court of Appeals for the Federal Circuit
### 05-1284
**Briefs are not available for download**

Click Here for **Case Details**
Click Here To **Search Again**

There are no Briefs Filed for this Case.

Check Your Billing History   Change Client Code

# Case Details
## U.S. Court of Appeals for the Federal Circuit
### FERRING BV V BARR LABS
### 05-1284
Case documents are not available for download

Click Here for **Listing of Briefs**
Click Here To **Search Again**

| Date | History |
|---|---|
| 5/16/2005 | Due   BLUE BRIEF |
| / / | Appellant Principal Brief Filing Date |
| / / | Appellee or Cross Appellant Principal Brief Filing Date |
| / / | Appellant Reply Brief Filing Date |
| / / | Cross Appellant Reply Brief Filing Date |
| / / | Appendicies Filing Date |
| / / | Disposition: ; by |
| / / | Mandated on |
| >> | *Please Note: The briefs above are only the most current.* << |

--- 
---   >> Please Note: Motions & Actions Filed are listed first. Entries are listed last <<

. **>> Entries for Case Number: 05-1284 <<**

Entry 2 : A   3/23/2005 :  FILED: CERTIFICATE OF INTEREST FOR THE PLAINTIFF-APPELLANT, FERRING B.V.
**SERVICE :** by Mail on 3/22/2005

Entry 1 : A   3/14/2005 :  APPELLANTS' TRANSCRIPT PURCHASE ORDER FORM.

| PACER Service Center |||
|---|---|---|
| Transaction Receipt |||
| 03/29/2005 10:25:39 |||
| **PACER Login:** sa0064 | **Client Code:** | |
| **Description:** dkt detail | **Search Criteria:** | 05-1284 |
| **Billable Pages:** 1 | **Cost:** | 0.07 |

# Exhibit C

Barr Pharmaceuticals, Inc. (ticker: BRL, exchange: New York Stock Exchange (.N)) News Release - Feb. 9, 2005

## Court Grants Barr Summary Judgment in DDAVP(R) Patent Challenge

*Finds Patent Unenforceable and Not Infringed*

WOODCLIFF LAKE, N.J., Feb 09, 2005 /PRNewswire-FirstCall via COMTEX/ -- Barr Pharmaceuticals, Inc. (NYSE: BRL) today announced that the U.S. District Court for the Southern District of New York has granted summary judgment in favor of its wholly owned subsidiary, Barr Laboratories, Inc., in the Company's challenge to the patents for DDAVP(R) (Desmopressin Acetate) Tablets, 0.1 mg and 0.2 mg. The court ruled that the patents alleged to cover DDAVP are unenforceable and not infringed by Barr's product. The court's decision effectively ends the 30-month stay on U.S. Food & Drug Administration (FDA) approval of Barr's products, and allows FDA to approve Barr's products in the normal course.

The Company's application to market a generic version of DDAVP is currently pending at FDA. The Company believes that it is the first to file an Abbreviated New Drug Application (ANDA) with the FDA for DDAVP Tablets, 0.1 mg and 0.2 mg, and has the right to 180 days of exclusivity on the products.

"We are very pleased that the Court has found in our favor," said Bruce L. Downey, Barr's Chairman and CEO. "While we evaluate this opinion, we will continue to seek approval of our application. We also believe that the citizen's petition currently pending at FDA regarding DDAVP is without merit, and we will vigorously oppose it, if necessary."

Barr filed an ANDA for Desmopression Acetate Tablets, 0.1 mg and 0.2 mg, with the FDA in July 2002, and was sued on December 13, 2002, by Ferring B.V. and Aventis Pharmaceuticals, Inc. Ferring manufactures DDAVP(R) Tablets for Aventis, which markets the product in the United States. Barr filed for summary judgment in April 2004.

DDAVP Tablets had annual sales of approximately $177 million, based on IMS data for the twelve months ending December 2004.

DDAVP Tablets are indicated as antidiuretic replacement therapy in the management of central diabetes insipidus and for the management of the temporary polyuria and polydipsia following head trauma or surgery in the pituitary region. They are also indicated for the management of primary nocturnal enuresis.

Barr Pharmaceuticals, Inc., a holding company that operates through its principal subsidiaries, Barr Laboratories, Inc. and Duramed Pharmaceuticals, Inc., is engaged in the development, manufacture and marketing of generic and proprietary pharmaceuticals.

Forward-Looking Statements

Except for the historical information contained herein, the statements made in this press

release constitute forward-looking statements within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934. Forward-looking statements can be identified by their use of words such as "expects," "plans," "projects," "will," "may," "anticipates," "believes," "should," "intends," "estimates" and other words of similar meaning. Because such statements inherently involve risks and uncertainties that cannot be predicted or quantified, actual results may differ materially from those expressed or implied by such forward-looking statements depending upon a number of factors affecting the Company's business. These factors include, among others: the difficulty in predicting the timing and outcome of legal proceedings, including patent-related matters such as patent challenge settlements and patent infringement cases; the outcome of litigation arising from challenging the validity or non- infringement of patents covering our products; the difficulty of predicting the timing of FDA approvals; court and FDA decisions on exclusivity periods; the ability of competitors to extend exclusivity periods for their products; our ability to complete product development activities in the timeframes and for the costs we expect; market and customer acceptance and demand for our pharmaceutical products; our dependence on revenues from significant customers; reimbursement policies of third party payors; our dependence on revenues from significant products; the use of estimates in the preparation of our financial statements; the impact of competitive products and pricing on products, including the launch of authorized generics; the ability to launch new products in the timeframes we expect; the availability of raw materials; the availability of any product we purchase and sell as a distributor; the regulatory environment; our exposure to product liability and other lawsuits and contingencies; the increasing cost of insurance and the availability of product liability insurance coverage; our timely and successful completion of strategic initiatives, including integrating companies and products we acquire and implementing our new enterprise resource planning system; fluctuations in operating results, including the effects on such results from spending for research and development, sales and marketing activities and patent challenge activities; the inherent uncertainty associated with financial projections; changes in generally accepted accounting principles; and other risks detailed from time-to-time in our filings with the Securities and Exchange Commission, including in our Annual Report on Form 10-K for the fiscal year ended June 30, 2004.

The forward-looking statements contained in this press release speak only as of the date the statement was made. The Company undertakes no obligation (nor does it intend) to publicly update or revise any forward-looking statements, whether as a result of new information, future events or otherwise, except to the extent required under applicable law.

Carol A. Cox
201-930-3720
ccox@barrlabs.com
Barr Pharmaceuticals, Inc.

COMTEX
News provided by COMTEX. User agreement applies