# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

FERRING B.V.,                              :
                                           :
                        Plaintiff,         :
                                           :
        v.                                 :    Civil Action No. 04-884-SLR
                                           :
TEVA PHARMACEUTICALS USA, INC.             :
and TEVA PHARMACEUTICAL                    :
INDUSTRIES LIMITED,                        :
                                           :
                        Defendants.        :

## <u>ORDER</u>

At Wilmington this **31st** day of **March, 2005.**

IT IS ORDERED that teleconference scheduled for Friday, April 8, 2005 at 9:00 a.m. with Magistrate Judge Thynge to discuss the status of the case and a related matter is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

<u>/s/ Mary Pat Thynge                    </u>
UNITED STATES MAGISTRATE JUDGE