IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FERRING BV, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 04-884-SLR |
| | ) | |
| TEVA PHARMACEUTICALS U.S.A., | ) | |
| INC. and TEVA PHARMACEUTICALS | ) | |
| INDUSTRIES, LTD., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the Order of the Court, that

the time within which Ferring B.V. may file its reply brief in Support of its Cross-Motion to Stay

Pending Appeal (D.I. 38) shall be extended to and through April 8, 2005.


/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
Telephone: (302) 658-9141
fdigiovanni@cblh.com
*Attorneys for Ferring BV*

/s/ Josy W. Ingersoll
Josy W. Ingersoll (#1088)
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19899-0391
Telephone: (302) 571-6600
kbaird@ycst.com
*Attorneys for Teva Pharmaceuticals U.S.A.,*
*Inc. and Teva Pharmaceuticals Industries, Ltd.*


SO ORDERED this ___ of April, 2005.

_____
United States District Judge

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on March 3l, 2005, I electronically filed the

foregoing **STIPULATION AND ORDER** with the Clerk of the Court using CM/ECF which

will send notification of such filing to the following:

Josy W. Ingersoll
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899

I hereby certify that on March 31, 2005, I have mailed by United States Postal Service,

the document to the following non-registered participants:

William F. Long
William L. Warren
Sutherland Asbill & Brennan LLP
999 Peachtree Street, NE
Atlanta, Georgia  30309-3996


          /s/ Francis DiGiovanni
          Francis DiGiovanni (#3189)
          CONNOLLY BOVE LODGE & HUTZ LLP
          The Nemours Building
          1007 N. Orange Street
          Wilmington, DE 19801
          (302) 658-9141
          fdigiovanni@cblh.com

          Attorneys for Plaintiff

389244_1