IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FERRING B.V., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION NO.: 04-884-SLR |
| TEVA PHARMACEUTICAL | ) | |
| INDUSTRIES LTD. and TEVA | ) | |
| PHARMACEUTICALS USA, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**TEVA PHARMACEUTICALS USA, INC. &
TEVA PHARMACEUTICAL INDUSTRIES LIMITED'S
MOTION TO LIFT STAY OF PROCEEDINGS**

In light of recent developments and changed circumstances relevant to this case, Teva Pharmaceuticals USA, Inc. and Teva Pharmaceuticals Industries Limited ("Teva") respectfully submit this Motion that the Court lift the stay of the proceedings entered on April 27, 2005. (D.I. #48.) The reasons why Teva so moves are set forth more particularly in Teva's Opening Brief in Support of Motion to Lift Stay of Proceedings submitted concurrently herewith.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391

Attorneys for Defendants Teva Pharmaceutical
Industries Ltd. and Teva Pharmaceuticals USA, Inc.

2

Of Counsel:

**SUTHERLAND ASBILL & BRENNAN LLP**

William F. Long
N.E.B. Minnear
999 Peachtree Street
Atlanta, Georgia 30309-3996

Dated: July 12, 2005