IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FERRING B.V., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO.: 04-884-SLR |
| TEVA PHARMACEUTICAL INDUSTRIES LTD. and TEVA PHARMACEUTICALS USA, INC., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this ____ day of _____, 2005.

IT IS HEREBY ordered that defendants' Motion to Lift Stay of Proceedings is granted and that the stay in this action (D.I. #48) is being dissolved.

_____
United States District Judge