IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FERRING BV, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civ. No. 04-884-SLR |
| | ) |
| TEVA PHARMACEUTICALS U.S.A., | ) |
| INC. and TEVA PHARMACEUTICALS | ) |
| INDUSTRIES, LTD., | ) |
| | ) |
| Defendants. | ) |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the Order of the Court, that the time within which Ferring B.V. may file its answering brief to Teva Pharmaceuticals USA, Inc. & Teva Pharmaceutical Industries Limited's Motion to Lift Stay of Proceedings (D.I. 49) shall be extended to and through August 16, 2005.

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
Telephone: (302) 658-9141
fdigiovanni@cblh.com
*Attorneys for Ferring BV*

/s/ Glenn C. Mandalas
Josy W. Ingersoll (#1088)
Glen C. Mandalas (#4432)
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19899-0391
Telephone: (302) 571-6600
jingersoll@ycst.com
*Attorneys for Teva Pharmaceuticals U.S.A.,
Inc. and Teva Pharmaceuticals Industries, Ltd.*

SO ORDERED this ____ of August, 2005.

_____
United States District Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Francis DiGiovanni, hereby certify that on August 2, 2005, I electronically filed the foregoing **STIPULATION AND ORDER** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following, upon whom I also served a copy of the foregoing by hand:

Josy W. Ingersoll
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899

I further hereby certify that on August 2, 2005, I have mailed by United States Postal Service the document to the following non-registered participants:

William F. Long
William L. Warren
Sutherland Asbill & Brennan LLP
999 Peachtree Street, NE
Atlanta, Georgia 30309-3996

 /s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801
(302) 658-9141
fdigiovanni@cblh.com

Attorneys for Plaintiff

408210v2

2