**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

**Francis DiGiovanni**
Partner

TEL (302) 888-6316
FAX (302) 658-5614
EMAIL fdigiovanni@cblh.com
REPLY TO Wilmington Office

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cblh.com

August 19, 2005

**VIA ECF and HAND DELIVERY**
The Honorable Sue L. Robinson
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, Delaware 19801

Re:   *Ferring B.V. v. Teva*, Civ. Action No. 04-884-SLR

Dear Chief Judge Robinson:

On behalf of both parties, I submit this letter to inform you that the parties have reached an agreement which leaves the current Stay of Proceedings intact until the resolution of the Federal Circuit appeal, as ordered by the Court on April 27, 2005, but allows the FDA to terminate the 30-month stay of approval of Teva's ANDA product that is the subject of the above-captioned matter. This agreement allows Teva to enter the market with its approved ANDA product before the expiration of the 30-month stay (December 2006) currently in place at the FDA. A Stipulation and Order setting forth the details of the parties' agreement and a proposed Order are filed contemporaneously herewith.

Because the Order will be submitted to the FDA, we further request that the Court sign a paper copy of the Order and cause it to be delivered to the offices of the undersigned.

If the Court seeks to discuss this matter with the parties, counsel for both parties are available for a conference at the Court's convenience.

Respectfully submitted,

/s/ Francis DiGiovanni

Francis DiGiovanni

cc:   Josy W. Ingersoll, Esq. (via ECF and hand delivery)
      Dennis J. Mondolino, Esq. (via e-mail)
      John L. North, Esq. (via e-mail)

412936