# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FERRING B.V. : | |
| : | |
| : | Civil Action No. 04-884-SLR |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| TEVA PHARMACEUTICALS USA, INC. and : | |
| TEVA PHARMACEUTICAL INDUSTRIES : | |
| LIMITED : | |
| : | |
| : | |
| Defendants. : | |

**ORDER**

IT IS HEREBY ORDERED, pursuant to Stipulation of the parties, that:

The 30-month stay of FDA final approval of defendants' Abbreviated New Drug Application ("ANDA") No. 77-122 for 0.1 mg and 0.2 mg desmopressin acetate tablets, manufactured as described in ANDA No. 77-122, is terminated pursuant to 21 U.S.C. § 355(j)(B)(iii).

Date: Wilmington, Delaware        _____
      August __, 2005             United States District Judge