IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FERRING B.V. | : |
| | : |
| | : Civil Action No. 04-884-SLR |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| TEVA PHARMACEUTICALS USA, INC. and | : |
| TEVA PHARMACEUTICAL INDUSTRIES | : |
| LIMITED | : |
| | : |
| Defendants. | : |

## ORDER

IT IS HEREBY ORDERED, pursuant to Stipulation of the parties, that:

The 30-month stay of FDA final approval of defendants' Abbreviated New Drug Application ("ANDA") No. 77-122 for 0.1 mg and 0.2 mg desmopressin acetate tablets, manufactured as described in ANDA No. 77-122, is terminated pursuant to 21 U.S.C. § 355(j)(B)(iii).

Date: Wilmington, Delaware
August 23, 2005

_____
United States District Judge

1-NY/1935050.4                                              2