IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FERRING B.V., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 04-884-SLR |
| ) | |
| TEVA PHARMACEUTICAL ) | |
| INDUSTRIES LTD. and TEVA ) | |
| PHARMACEUTICALS USA, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF WITHDRAWAL OF MOTION
## TO LIFT STAY OF PROCEEDINGS

Teva Pharmaceutical Industries Ltd. and Teva Pharmaceuticals USA, Inc., hereby withdraw their Motion to Lift Stay of Proceedings (DI 49), pursuant to the Order Granting DI 56, attached as Exhibit A.

Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Adam W. Poff (No. 3990)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
302-571-6600
jingersoll@ycst.com

Date: August 29, 2005

## CERTIFICATE OF SERVICE

I, Josy W. Ingersoll, Esquire, hereby certify that on August 29, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Francis DiGiovanni, Esquire
> Connolly Bove Lodge & Hutz LLP
> The Nemours Building
> 1007 North Orange Street
> Wilmington, DE  19801

I further certify that on August 29, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

> Dennis J. Mondolino, Esquire
> Esther H. Steinhauer, Esquire
> Jeffrey M. Gold, Esquire
> Morgan Lewis & Bockius, LLP
> 101 Park Avenue
> New York, NY 10178-0060

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> Josy W. Ingersoll (No. 1088)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware  19801
> (302) 571-6600
> jingersoll@ycst.com
>
> Attorneys for Defendants Teva Pharmaceutical
>   Industries Ltd. and Teva Pharmaceuticals USA, Inc.

DB01:1593531.1