IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FERRING B.V. | : | |
| | : | |
| | : | Civil Action No. 04-884-SLR |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| TEVA PHARMACEUTICALS USA, INC. and | : | |
| TEVA PHARMACEUTICAL INDUSTRIES | : | |
| LIMITED | : | |
| | : | |
| | : | |
| Defendants. | : | |

**STIPULATION AND ORDER**

The parties, by their counsel, stipulate and agree subject to the Order of this Court as follows:

WHEREAS, plaintiff Ferring has filed a patent infringement lawsuit, C.A. 04-884-SLR ("the Action"), in the United States District Court for the District of Delaware against defendants Teva, alleging that Teva infringed U.S. Patent No. 5,047,398 ("the 398 patent") by filing Abbreviated New Drug Application No. 77-122 ("ANDA") and seeking marketing approval for 0.1 mg and 0.2 mg desmopressin acetate tablets ("ANDA Product") prior to the expiration of the '398 patent; and

WHEREAS, Teva has filed a counterclaim in the Action seeking a declaratory judgment that the '398 patent is invalid, not infringed and unenforceable; and

WHEREAS, a stay of these proceedings has been in effect pursuant to Court order until the decision of Appeal No. 05-1284 in the Court of Appeals for the Federal Circuit, which issued on February 15, 2006; and

PROVIDED THAT Ferring shall file a Combined Petition for Rehearing and Rehearing *En Banc* in the Court of Appeals for the Federal Circuit ("Petition for Rehearing") by March 1, 2006:

The parties agree that that the stay of proceedings currently in force by Stipulation and Order entered by the Court on August 23, 2005 (D.I. 48), attached hereto as Exhibit A, shall remain in effect until the resolution of Ferring's Petition for Rehearing. Ferring shall cause this Stipulation to be filed with the Court.

| | |
|---|---|
| /s/ Francis DiGiovanni | /s/ Josy W. Ingersoll |
| Francis DiGiovanni (#3189) | Josy W. Ingersoll |
| Connolly Bove Lodge & Hutz LLP | Young Conaway Stargatt & Taylor LLP |
| The Nemours Building | The Brandywine Building |
| 1007 North Orange Street | 1000 West Street, 17th Floor |
| P.O. Box 2207 | Wilmington, DE 19899-0391 |
| Wilmington, DE 19899 | Telephone: (302) 571-6600 |
| Telephone: (302) 658-9141 | jingersoll@ycst.com |
| fdigiovanni@cblh.com | |
| *Attorneys for Ferring B.V.* | *Attorneys for Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Limited* |

SO ORDERED this ____ day of February, 2006.

_____
United States District Judge

449034_1