# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FERRING B.V., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-884-SLR |
| | ) |
| TEVA PHARMACEUTICAL | ) |
| INDUSTRIES LTD. and TEVA | ) |
| PHARMACEUTICALS USA, INC., | ) |
| | ) |
| Defendants. | ) |

O R D E R

At Wilmington this 27th day of April, 2005, having reviewed defendants' motion for leave to file a motion for summary judgment and plaintiff's motion for a stay pending appeal, both motions based on the decision issued in Ferring B.V. and Aventis Pharmaceuticals, Inc. v. Barr Laboratories, Inc., 02 Civ. 9851 (CLB)(S.D.N.Y. February 7, 2005)(the "Barr litigation"), in which the '398 patent was found to be unenforceable due to inequitable conduct;

IT IS ORDERED that the above captioned litigation is hereby stayed pending appeal of the Barr litigation to the United States Circuit Court for the Federal Circuit.

                                                        /s/ Sue L. Robinson
                                                   United States District Judge