IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

FERRING B.V.

      Plaintiff,

      v.

TEVA PHARMACEUTICALS USA, INC. and
TEVA PHARMACEUTICAL INDUSTRIES
LIMITED

      Defendants.

Civil Action No. 04-0884-SLR

---

## TEVA'S MOTION TO DISMISS COMPLAINT AND FOR AN AWARD OF ATTORNEY'S FEES AND COSTS

Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Limited ("Teva") respectfully move the Court to dismiss Ferring B.V.'s ("Ferring") complaint and to award Teva its attorney's fees and costs pursuant to 35 U.S.C. § 285. This case has been stayed while Ferring petitioned the United States Court of Appeals for the Federal Circuit for *en banc* rehearing of its decision in a related case. Ferring previously represented to the Court and Teva that, if the Court would stay the action pending its appeal to the Federal Circuit, it would dismiss its complaint if the Federal Circuit denied its appeal. Now that the Federal Circuit has denied Ferring's appeal and the case no longer is stayed, Teva respectfully requests the Court to dismiss this case and to award Teva its attorney's fees, for the reasons set forth in Teva's brief, filed herewith.

A proposed form of Order is attached.

                    Respectfully submitted,

                    YOUNG CONAWAY STARGATT & TAYLOR LLP

                    */s/ Josy W. Ingersoll*
                    Josy W. Ingersoll (No. 1088)
                    Karen E. Keller (No. 4489)
                    The Brandywine Building
                    1000 West Street, 17th Floor
                    P.O. Box 391
                    Wilmington, Delaware 19899-0391
                    Phone:  302-571-6672
                    Phone:  302-571-6600
                    *jingersoll@ycst.com*


William F. Long
N.E.B. Minnear
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street
Atlanta, Georgia 30309-3996
Phone:   404-853-8000
Fax:       404-853-8806


Attorneys for Defendants Teva Pharmaceutical Industries Ltd. and Teva Pharmaceuticals USA, Inc.

## CERTIFICATE OF SERVICE

I, Josy W. Ingersoll, Esquire, hereby certify that on June 19, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Francis DiGiovanni, Esquire
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>Wilmington, DE  19801

I further certify that on June 19, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

>Dennis J. Mondolino, Esquire
>Esther H. Steinhauer, Esquire
>Jeffrey M. Gold, Esquire
>Morgan Lewis & Bockius, LLP
>101 Park Avenue
>New York, NY 10178-0060

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ Josy W. Ingersoll
>Josy W. Ingersoll (No. 1088)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware  19801
>(302) 571-6600
>jingersoll@ycst.com
>
>Attorneys for Defendants Teva Pharmaceutical
> Industries Ltd. and Teva Pharmaceuticals USA, Inc.

DB01:1593531.1