IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
FERRING B.V.                                   :
                                               :
                                               :
            Plaintiff,                         :
                                               :
      v.                                       :   Civil Action No. 04-0884-SLR
                                               :
TEVA PHARMACEUTICALS USA, INC. and             :
TEVA PHARMACEUTICAL INDUSTRIES                 :
LIMITED                                        :
                                               :
            Defendants.                        :
---------------------------------------------------------------x

## [PROPOSED] ORDER DISMISSING COMPLAINT AND AWARDING ATTORNEY FEES AND COSTS

WHEREFORE, the United States Court of Appeals for the Federal Circuit has affirmed the decision of the United States District Court for the Southern District of New York in the matter of *Ferring B.V. & Aventis Pharmaceuticals, Inc. v. Barr Laboratories, Inc.*, Civil Action No. 02 Civ. 9851 (CLB) (S.D.N.Y.) finding that United States Patent No. 5,047,398 is unenforceable for inequitable conduct;

WHEREFORE, the United States Court of Appeals for the Federal Circuit has denied Ferring B.V. petition for rehearing of that decision;

WHEREFORE, Ferring B.V. represented to this Court that it would withdraw its complaint in this matter should the Federal Circuit affirm the Southern District of New York's decision of unenforceability;

WHEREFORE, Ferring B.V. filed its complaint in this action with knowledge of the facts upon which the Southern District of New York's decision was based,

IT IS SO ORDERED THAT Ferring B.V.'s complaint in this matter is dismissed with prejudice.

IT IS FURTHER ORDERED THAT this case is exceptional within the meaning of 35 U.S.C. § 285 and Ferring shall pay the Teva defendants $347,982.07 to reimburse the Teva defendants for their attorney's fees in this matter and $21,112.78 to reimburse the Teva defendants for their non-taxable costs, both together with pre- and post-judgment interest. Such payment shall be made within thirty (30) days of this Order by check or wire transfer to a location to be specified by the Teva defendants.

DATED:

_____
The Honorable Sue L. Robinson
United States Chief District Judge