# EXHIBIT C

NOTE: Pursuan Fed. Cir. R. 47.6, this order is notable as precedent.
It is a public order.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## ORDER

A combined petition for panel rehearing and for rehearing en banc having been filed by the Appellant,* and a response thereto having been invited by the court and filed by the Appellee, and the petition for rehearing and response, having been referred to the panel that heard the appeal, and thereafter the petition for rehearing en banc and response having been referred to the circuit judges who are in regular active service,

UPON CONSIDERATION THEREOF, it is

ORDERED that the petition for panel rehearing be, and the same hereby is, DENIED and it is further

ORDERED that the petition for rehearing en banc be, and the same hereby is, DENIED.

The mandate of the court will issue on April 17, 2006.

FOR THE COURT,

*Jan Horbaly*

Jan Horbaly
Clerk

Dated: 04/10/2006

cc:   Dennis J. Mondolino, Gerald Sobel
      Daniel F. Attridge
      Richard L. Rainey

FERRING BV V BARR LABS, 2005-1284
(DCT - 02-CV-9851)

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 0 2006

JAN HORBALY
CLERK

* This petition was filed by Ferring B.V.

41

NOTE:  Pursuant ● Fed. Cir. R. 47.6, this order is not ● ble as precedent.
It is a public order.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## O R D E R

A combined petition for panel rehearing and for rehearing en banc having been filed by the Appellant,* and a response thereto having been invited by the court and filed by the Appellee, and the petition for rehearing and response, having been referred to the panel that heard the appeal, and thereafter the petition for rehearing en banc and response having been referred to the circuit judges who are in regular active service,

UPON CONSIDERATION THEREOF, it is

ORDERED that the petition for panel rehearing be, and the same hereby is, DENIED and it is further

ORDERED that the petition for rehearing en banc be, and the same hereby is, DENIED.

The mandate of the court will issue on April 17, 2006.

FOR THE COURT,

*[signature]*

Jan Horbaly
Clerk

Dated: 04/10/2006

cc:    Dennis J. Mondolino, Gerald Sobel
       Daniel F. Attridge
       Richard L. Rainey

FERRING BV V BARR LABS, 2005-1284
(DCT - 02-CV-9851)

F I L E D
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 0 2006

JAN HORBALY
CLERK

* This petition was filed by Aventis Pharmaceuticals, Inc.

42

# EXHIBIT D

CLOSED

# U.S. District Court
## Southern District of New York (White Plains)
### CIVIL DOCKET FOR CASE #: 7:02-cv-09851-CLB-MDF

Ferring B.V., et al v. Barr Laboratories, I                     Date Filed: 12/13/2002
Assigned to: Judge Charles L. Brieant                          Jury Demand: Defendant
Referred to: Magistrate Judge Mark D. Fox                       Nature of Suit: 830 Patent
Demand: $0                                                      Jurisdiction: Federal Question
Cause: 35:271 Patent Infringement

**Plaintiff**

**Ferring B.V.**                          represented by   **Dennis J. Mondolino**
                                                           McDermott, Will & Emery, LLP (NY)
                                                           340 Madison Avenue
                                                           New York, NY 10017
                                                           (212)547-5400
                                                           Fax: (212)547-5444
                                                           Email: dmondolino@mwe.com
                                                           *LEAD ATTORNEY*

                                                           **Edward M. Reisner**
                                                           Cohen, Pontani, Lieberman & Pavane
                                                           551 Fifth Avenue, Suite 1210
                                                           New York, NY 10176
                                                           (212)687-2770
                                                           Fax: (212)6972-5487
                                                           Email: ereisner@morganlewis.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Esther Steinhauer**
                                                           Hunton & Williams, LLP(NYC)
                                                           200 Park Ave. 43rd Floor
                                                           New York, NY 10166
                                                           U.S.A
                                                           (212)309-1176
                                                           Fax: (212)309-1110
                                                           Email: ESteinhauer@hunton.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Jeffrey M. Gold**
                                                           Morgan, Lewis and Bockius LLP (NY)
                                                           101 Park Avenue
                                                           New York, NY 10178
                                                           (212) 309-6000
                                                           Fax: (212) 309-6273

Email: jgold@morganlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy Patrick Heaton**
Morgan, Lewis & Bockius LLP(New York)
101 Park Avenue
37th Floor
New York, NY 10178
(212)-309-2123
Fax: (212)-309-6001
Email: theaton@morganlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aventis Pharmaceuticals, Inc.**               represented by **Aaron Stiefel**
Kaye Scholer, LLP (NYC)
425 Park Avenue
New York, NY 10022
212-836-8000
Fax: 212-836-7159
Email:
MAOSDNY@KAYESCHOLER.COM
*LEAD ATTORNEY*

**Dennis J. Mondolino**
(See above for address)
*LEAD ATTORNEY*

**Edward M. Reisner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Esther Steinhauer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey M. Gold**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy Patrick Heaton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Barr Laboratories, Inc.**    represented by    **Charanjit Brahma**
Kirkland & Ellis
153 East 53rd Street
New York, NY 10022
(212) 446-4867
*LEAD ATTORNEY*

**Christine M. Lhulier**
Sterne, Kessler, Goldstein & Fox PLLC

1100 New York Avenue, N.W.
Washington, DC 20005
202-371-2600
*LEAD ATTORNEY*

**Daniel F. Attridge**
Kirkland and Ellis LLP
153 East 53rd Street
New York, NY 10022
202 879-5012
Fax: 202 654-9555
Email: dattridge@kirkland.com
*LEAD ATTORNEY*

**Edward C. Donovan**
Kirkland & Ellis
655 15th Street, N.W.
Washington, DC 20005
(202) 879-5000
*LEAD ATTORNEY*

**John Battaglia**
Kirkland & Ellis LLP
Citigroup Center
153 East 53 rd. Street
New York, NY 10022-4675
(212) 446-4800
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph C. Giaconda**
Kirkland & Ellis
153 East 53rd Street
New York, NY 10022-4675
(212) 446-4800
*LEAD ATTORNEY*

**Karen M. Robinson**
Kirkland & ellis
655 15th Street, N.W.
Washington, DC 20005
(202) 879-5000
*LEAD ATTORNEY*

**Peter A. Jackman**
Sterne, Kessler, Goldstein & Fox,
PLLC
100 New York Avenue, N.W.
Washington, DC 20005
202-371-2600
*LEAD ATTORNEY*

**Robert C. Millonig**
Sterne, Kessler, Goldstein & Fox,
PLLC
1100 New York Avenue, N.W.
Washington, DC 20005-3934
*LEAD ATTORNEY*

**Vincent L. Capuano**
Sterne, Kessler, Goldstein & Fox,
PLLC
100 New York Avenue, N.W.
Washington, DC 20005-3934
202-371-2600
*LEAD ATTORNEY*

**Counter Claimant**

**Barr Laboratories, Inc.**        represented by **Charanjit Brahma**
(See above for address)
*LEAD ATTORNEY*

**Joseph C. Giaconda**
(See above for address)
*LEAD ATTORNEY*

V.

**Counter Defendant**

**Ferring B.V.**        represented by **Dennis J. Mondolino**
(See above for address)
*LEAD ATTORNEY*

**Counter Defendant**

**Aventis Pharmaceuticals, Inc.**        represented by **Aaron Stiefel**

(See above for address)
*LEAD ATTORNEY*

**Dennis J. Mondolino**
(See above for address)
*LEAD ATTORNEY*

**Counter Claimant**

**Barr Laboratories, Inc.**                represented by **Charanjit Brahma**
(See above for address)
*LEAD ATTORNEY*

**Daniel F. Attridge**
(See above for address)
*LEAD ATTORNEY*

**Edward C. Donovan**
(See above for address)
*LEAD ATTORNEY*

**Joseph C. Giaconda**
(See above for address)
*LEAD ATTORNEY*

**Karen M. Robinson**
(See above for address)
*LEAD ATTORNEY*

V.

**Counter Defendant**

**Ferring B.V.**                represented by **Dennis J. Mondolino**
(See above for address)
*LEAD ATTORNEY*

**Counter Defendant**

**Aventis Pharmaceuticals, Inc.**                represented by **Aaron Stiefel**
(See above for address)
*LEAD ATTORNEY*

**Dennis J. Mondolino**
(See above for address)
*LEAD ATTORNEY*

**Counter Claimant**

**Barr Laboratories, Inc.**

V.

**Counter Defendant**

**Aventis Pharmaceuticals, Inc.**                    represented by **Aaron Stiefel**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*

**Counter Defendant**

**Ferring B.V.**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/13/2002 | 1 | COMPLAINT filed. Summons issued and Notice pursuant to 28 U.S.C. 636(c). FILING FEE $ 150.00 RECEIPT # 459431. (pmo) (Entered: 12/17/2002) |
| 12/13/2002 |  | Magistrate Judge Yanthis is so designated. (pmo) (Entered: 12/17/2002) |
| 12/13/2002 | 2 | RULE 1.9 CERTIFICATE filed by Ferring B.V., Aventis Pharmaceuticals, Inc. (pmo) (Entered: 12/17/2002) |
| 12/13/2002 |  | In compliance with the provisions of 35:271 you are hereby advised that a court action has been filed in the U.S. District Court SDNY on the following Patent# 5,047,398 dated 9/10/02 , patent holder Helmer Hagstam (pmo) (Entered: 12/17/2002) |
| 12/23/2002 | 3 | AFFIDAVIT OF SERVICE of S&C as to Barr Laboratories, I by David Ksiazzek on 12/16/02 . Answer due on 1/5/03 for Barr Laboratories, (ll) (Entered: 12/26/2002) |
| 01/06/2003 | 4 | ANSWER to Complaint and COUNTERCLAIM by Barr Laboratories, I (Attorney Joseph C. Giaconda) against Ferring B.V., Aventis Pharmaceutic Firm of: Kirkland & Ellis by attorney Joseph C. Giaconda for defendant Barr Laboratories, I . (pf) (Entered: 01/07/2003) |
| 01/06/2003 | 5 | RULE 1.9 CERTIFICATE filed by Barr Laboratories, I . (pf) (Entered: 01/07/2003) |
| 01/17/2003 | 6 | DEMAND for jury trial by Barr Laboratories, I . (pf) (Entered: 01/21/2003) |
| 01/24/2003 | 7 | ANSWER by Ferring B.V., Aventis Pharmaceutic to [4-2] counter claim ; Firm of: Morgan, Lewis & Bockius LLP by attorney Dennis J. Mondolino for counter-defendant Aventis Pharmaceutic (jma) (Entered: 01/27/2003) |
| 02/10/2003 | 8 | STIPULATION PROTECTIVE ORDER (see document for details) . So Ordered ( signed by Judge Charles L. Brieant ) clk/m/cpys. (sv) (Entered: 02/11/2003) |
| 02/11/2003 | 12 | NOTICE OF MOTION by Barr Laboratories, I for Daniel F. Attridge, Edward C. Donovan to appear pro hac vice .No Return Date *$25.00 fee in vault* *$50.00 fee paid, receipt #0457836* (pf) Modified on 02/25/2003 (Entered: 02/24/2003) |

| 02/13/2003 | 13 | NOTICE OF MOTION by Barr Laboratories, I for Karen M. Robinson to appear pro hac vice . NO Return Date *$25.00 fee in vault* (pf) (Entered: 02/24/2003) |
| 02/14/2003 | | PRETRIAL CONFERENCE held before Magistrate Judge George A. Yanthis . (sv) (Entered: 02/20/2003) |
| 02/14/2003 | | PRETRIAL CONFERENCE concluded before Magistrate Judge George A. Yanthis . (sv) (Entered: 02/20/2003) |
| 02/19/2003 | 9 | Memorandum to Docket Clerk: 2/14/03. Court Reporter: Mary Staten. Pretrial Conference held and concluded before the Hon. George A. Yamthis, USMG. A status conference is scheduled for 9/5/03 at 9:00. Submitted by Alice F. Cama, Courtroom Deputy. (sv) (Entered: 02/20/2003) |
| 02/19/2003 | | PRETRIAL CONFERENCE held before Magistrate Judge George A. Yanthis . (sv) (Entered: 02/20/2003) |
| 02/19/2003 | | PRETRIAL CONFERENCE concluded before Magistrate Judge George A. Yanthis . (sv) (Entered: 02/20/2003) |
| 02/19/2003 | | Status Conference set at 9:00 9/5/03 before Magistrate Judge George A. Yanthis . (sv) (Entered: 02/20/2003) |
| 02/19/2003 | 10 | Memorandum to Docket Clerk: 2/14/03. Court Reporter; Mary Staten. Pretrial conference held and concluded before the Hon. George A. Yanthis, USMJ. A status conference is scheduled for 9/5/03 at 9:00. (sv) (Entered: 02/20/2003) |
| 02/19/2003 | | Status Conference set at 9:00 9/5/03 before Magistrate Judge George A. Yanthis . (sv) (Entered: 02/20/2003) |
| 02/19/2003 | 11 | SCHEDULING ORDER: this case shall be ready for trial on 3/15/04; joinder of additional parties must be accomplished by 4/30/03; ammended pleadings may be filed until 5/30/03; first interroatories are to be served by all counsel no later than 2/28/03; first request for production of doc's. to be served no later than 2/28/03; fact depositions and fact discovery to be completed by 11/21/03; any further interrogatories and doc. requests to served no later than 10/17/03; request to admit to be served not later than 1/6/04, and answered not later than 2/6/04; all discovery is to be completed by 3/1/04; next case managment conf. is 9/5/03 at 9:00. (So ordered and signed by Judge Charles L. Brieant ); copies mailed by clerks office. (jma) (Entered: 02/24/2003) |
| 02/24/2003 | 14 | AFFIDAVIT of Joseph Gioconda by Barr Laboratories, I in support of [12-1] motion for Daniel F. Attridge, Edward C. Donovan to appear pro hac vice . (pf) (Entered: 02/24/2003) |
| 02/24/2003 | 15 | ORDER granting [12-1] motion for Daniel F. Attridge, Edward C. Donovan to appear pro hac vice . ( signed by Judge Charles L. Brieant ); Copies mailed by Clerk's Office (pf) (Entered: 02/25/2003) |
| 02/24/2003 | | Memo endorsed on motion; granting [13-1] motion for Karen M. |

| | | |
|---|---|---|
| | | Robinson to appear pro hac vice ... ENDORSEMENT: Motion Granted. So Ordered: ( signed by Judge Charles L. Brieant ); Copies mailed by Clerk's Office *fee paid, receipt #0457837* (pf) (Entered: 02/25/2003) |
| 03/12/2003 | 16 | NOTICE of attorney appearance for Barr Laboratories, I by Joseph C. Gioconda, Kirkland & Ellis (sv) (Entered: 03/13/2003) |
| 03/12/2003 | 17 | NOTICE OF MOTION by Barr Laboratories, I for Charanjit Brahma to appear pro hac vice . Affidavit of Joseph C. Gioconda in support attached. (dcr) Modified on 03/13/2003 (Entered: 03/13/2003) |
| 03/13/2003 | 18 | ORDER granting [17-1] motion for Charanjit Brahma to appear pro hac vice. $25.00 Fee paid. Receipt #462214. So Ordered ( signed by Judge Charles L. Brieant ); clk/m/cpys. (sv) (Entered: 03/14/2003) |
| 03/20/2003 | 19 | NOTICE of attorney appearance for Barr Laboratories, I by Daniel Attridge (pf) (Entered: 03/24/2003) |
| 03/24/2003 | 20 | NOTICE of attorney appearance for Barr Laboratories, I by Daniel F. Attridge, Edward C. Donovan, Karen M. Robinson, Charanjit Brahma (sv) (Entered: 03/25/2003) |
| 05/30/2003 | 21 | AMENDED ANSWER to Complaint by Barr Laboratories, I : amends [7-1] counterclaim answer (gmo) (Entered: 06/05/2003) |
| 05/30/2003 | 21 | COUNTERCLAIM by Barr Laboratories, I, Barr Laboratories, I against Ferring B.V., Aventis Pharmaceutic (gmo) (Entered: 06/05/2003) |
| 06/23/2003 | 22 | PLAINTIFFS' REPLY by Ferring B.V., Aventis Pharmaceutic Re: [21-1] answer (dcr) (Entered: 06/24/2003) |
| 07/08/2003 | 23 | Letter filed by Ferring B.V. addressed to Dear Judge Brieant from Esther H. Steinhauer, dated 07/02/03, re: that counsel for plaintiff's have conferred with deft's. counsel and 7/9/03 at 9:30am is acceptable to all of the parties for the their discovery conf....... (jma) (Entered: 07/09/2003) |
| 07/09/2003 | 24 | Letter filed by Barr Laboratories, I addressed to Judge Brieant from Edward Donovan, dated 7/8/03, re: responce to plaintiffs letter. (bls) (Entered: 07/10/2003) |
| 07/09/2003 | 25 | Letter filed by Barr Laboratories, I addressed to Judge Brieant from Edward Donovan, dated 7/8/03, re: responce to plaintiffs 7/7/03. (bls) (Entered: 07/10/2003) |
| 07/09/2003 | 26 | Letter filed by Ferring B.V., Aventis Pharmaceutic addressed to Judge Brieant from esther steinhauer, dated 7/7/03, re: setting forth the scope of dis. (bls) (Entered: 07/10/2003) |
| 07/09/2003 | 27 | Letter filed by Ferring B.V., Aventis Pharmaceutic addressed to Mr. Donovan from Dennis Mondolino, dated 7O2O2O03, re: responce to Mr. Bahma's letter. (bls) (Entered: 07/10/2003) |
| 07/09/2003 | 28 | Letter filed by Ferring B.V., Aventis Pharmaceutic addressed to Judge Brieant from esther Steinhauer, dated 7/2/03, re: responce to Barr letter 7/1/03. (bls) (Entered: 07/10/2003) |

| 07/09/2003 | 29 | Letter filed by Barr Laboratories, I addressed to Judge Brienat from Edward Donovan, dated 7/1/03, re: request informal conference. (bls) (Entered: 07/10/2003) |
|---|---|---|
| 07/09/2003 | 30 | Letter filed by Barr Laboratories, I addressed to Judge Yanthis from edward Donovan, dated 6/30/03, re: request informal conference. (bls) (Entered: 07/10/2003) |
| 07/09/2003 | 31 | Memorandum to Docket Clerk: 07/09/03. court reporter Angela present; conference held and concluded; discovery issue are resolved by the Court; See Transcript. (Alice Cama Deputy). (jma) (Entered: 07/10/2003) |
| 07/09/2003 | 32 | Letter filed by Barr Laboratories, I addressed to Dear Judge Brieant from Edward C. Donovan, dated 07/08/03, re: plaintiff's have no genuine issues with Barr's discovery responses, and plaintiff's cannot begin to satisfy the discovery obligations that they seek...... (jma) (Entered: 07/10/2003) |
| 07/11/2003 | 33 | Transcript of record of proceedings before Judge Charles L. Brieant for the date(s) of 7/9/03. Court Reporter: Angela O'Donnell (pf) (Entered: 07/11/2003) |
| 09/05/2003 | 34 | Letter filed by Ferring B.V., Aventis Pharmaceutic addressed to Daniel from Esther H. Steinhauer, dated August 18,2003, re: Status Conference... (sv) (Entered: 09/08/2003) |
| 09/10/2003 | 36 | SECOND AMENDED ANSWER to Complaint by Barr Laboratories, I : amends [4-1] answer (sv) (Entered: 09/16/2003) |
| 09/11/2003 | 35 | STIPULATION RE FILING OF SECOND AMENDED ANSWER AND COUNTERCLAIMS BY BARR LABORATORIES, INC. and ORDER.....(see document for further details). So Ordered:(the Amended Pleading shall be filed as a separate document) . ( signed by Judge Charles L. Brieant ) clk/m/cpys. (sv) (Entered: 09/15/2003) |
| 10/07/2003 | 144 | TRANSCRIPT of proceedings held on 10/24/2003 before Judge Mark D. Fox.(mov, ) (Entered: 05/07/2004) |
| 10/10/2003 | | PRETRIAL CONFERENCE held before Magistrate Judge Mark D. Fox .Christina Arends-Dieck Ct. Rep. (ll) (Entered: 10/14/2003) |
| 10/10/2003 | 37 | Memorandum to Docket Clerk: PTC held before M. D. Fox, USMJ . Ct. Rep. Christina Arends-Dieck. Discovery issues are resolved and So Ordered by the Court. See transcript. Submitted by: Alice Cama Ct. Rm. Dep.. (ll) (Entered: 10/14/2003) |
| 10/10/2003 | 38 | Letter filed by Ferring B.V., Aventis Pharmaceutic addressed to Judge Brieant from Esther H. Steinhauer, dated Oct. 9, 2003, re: respond to Barr's Oct. 8, 2003 letter seeking a discovery conf. with the Court. (ll) (Entered: 10/14/2003) |
| 10/10/2003 | 39 | Order that case be referred to a Magistrate Judge for General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions and settlement). Referred to Magistrate Judge Mark D. Fox . ( signed by |

| | | |
|---|---|---|
| | | Judge Charles L. Brieant ) Copies sent by Clerk's Office (pf) (Entered: 10/16/2003) |
| 10/17/2003 | 40 | ORDER: In order to facilitate the progress of pre-trial discovery of this litigation in a just, speedy and inexpensive manner,...(see document for details)...SO Ordered: ( signed by Magistrate Judge Mark D. Fox ); Copies handed by Chambers. (pf) (Entered: 10/20/2003) |
| 10/17/2003 | | PRETRIAL CONFERENCE held before Magistrate Judge Mark D. Fox . (pf) (Entered: 10/20/2003) |
| 10/20/2003 | 41 | Memorandum to Docket Clerk: 10-17-03 Oral argument on discovery disputes heard by the Court. Discovery practice order filed. Adj to 10-22-03 8:45 IP. (dh) (Entered: 10/21/2003) |
| 10/22/2003 | | Telephone Conference held before Magistrate Judge Mark D. Fox . (dh) (Entered: 10/23/2003) |
| 10/23/2003 | 42 | NOTICE OF MOTION by Barr Laboratories, I for Peter A. Jackman, Christine M. Lhulier, Vincent L. Capuano, Robert C. Millonig to appear pro hac vice . Return Date 9/12/03 at 10:00. (ll) (Entered: 10/23/2003) |
| 10/23/2003 | 44 | ORDER granting [42-1] motion for Peter A. Jackman, Christine M. Lhulier, Vincent L. Capuano, Robert C. Millonig to appear pro hac vice, granting [17-1] motion for Charanjit Brahma to appear pro hac vice, granting [13-1] motion for Karen M. Robinson to appear pro hac vice, granting [12-1] motion for Daniel F. Attridge, Edward C. Donovan to appear pro hac vice Paid $25.00 per application for a total of $100.00 receipt 483120 Copies mailed by the Clerk's office . ( signed by Judge Charles L. Brieant ); (ll) (Entered: 10/30/2003) |
| 10/24/2003 | | PRETRIAL CONFERENCE held before Magistrate Judge Mark D. Fox cc. (ll) (Entered: 10/24/2003) |
| 10/24/2003 | 43 | Memorandum to Docket Clerk: .10/24/03 the Court hearing requests on discovery matters, informs the attorneys for plaintiff and defendant, that plaintiffs motion to amend by 10/31/03, deft. ans. by 11/07/03, and replies by 11/10/03, when the court will rule. Matter adj. to 10/31/03 Submitted by: Ed Modugno, Ct. Rm. Deputy (ll) (Entered: 10/27/2003) |
| 10/30/2003 | | Memo endorsed on motion; granting [42-1] motion for Peter A. Jackman, Christine M. Lhulier, Vincent L. Capuano, Robert C. Millonig to appear pro hac vice ... ENDORSEMENT: Applciation Granted. So Ordered: ( signed by Judge Charles L. Brieant ); Copies sent by Clerk;s Office *$100.00 fee paid, receipt #483120* (pf) (Entered: 10/30/2003) |
| 10/31/2003 | | PRETRIAL CONFERENCE held before Magistrate Judge Mark D. Fox . (pf) (Entered: 10/31/2003) |
| 11/03/2003 | 45 | ORDER THe Court having considered plaintiffs' Motion for leave to file an amended complaint and defendant's opposition thereto, grants the motion. Plaintiff shall serve and file their amended complaint as a separate paper with proof of service attached within ten days of receipt of this order. . ( signed by Judge Charles L. Brieant ); clerk mailed order. |

| | | (dh) (Entered: 11/04/2003) |
|---|---|---|
| 11/03/2003 | 130 | MOTION for Leave to File Amended Complaint. Document filed by Aventis Pharmaceuticals, Inc., Ferring B.V.. (mde, ) (Entered: 05/07/2004) |
| 11/07/2003 | 53 | MOTION to Strike [6] Jury Demand. Document filed by Aventis Pharmaceuticals, Inc., Ferring B.V.. Return Date set for 12/12/2003 09:30 AM before Judge Charles L. Brieant. (fk, ) (Entered: 12/09/2003) |
| 11/07/2003 | 54 | MEMORANDUM OF LAW in Support re: [53] MOTION to Strike [6] Jury Demand.. Document filed by Aventis Pharmaceuticals, Inc., Ferring B.V.. (fk, ) (Entered: 12/09/2003) |
| 11/12/2003 | 131 | MEMORANDUM in Support re: [130] MOTION for Leave to File Amended Complaint.. Document filed by Aventis Pharmaceuticals, Inc., Ferring B.V.. (mde, ) (Entered: 05/07/2004) |
| 11/12/2003 | 132 | APPENDIX OF THE EXHIBITS IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN SUPPORT... Document filed by Aventis Pharmaceuticals, Inc., Ferring B.V..(mde, ) (Entered: 05/07/2004) |
| 11/13/2003 | 133 | DEFENDANT'S Opposition re: [130] MOTION for Leave to File Amended Complaint.. Document filed by Barr Laboratories, Inc.. (mde, ) (Entered: 05/07/2004) |
| 11/14/2003 | | PRETRIAL CONFERENCE held before Magistrate Judge Mark D. Fox . (jma) (Entered: 11/17/2003) |
| 11/14/2003 | 46 | Memorandum to Docket Clerk:PTC held 11/14/03. Plaintiff to amend complaint in this matter. Judge Fox's Report & Recommendation placed on the record (Taped transcript) to Judge Brieant for ruling on this matter. Adjourned to Nov. 20, 2003 @11:00 am in person before MDF. Submitted by: Ed Modugno, Deputy Clerk . (ll) (Entered: 11/17/2003) |
| 11/14/2003 | | PRETRIAL CONFERENCE held before Magistrate Judge Mark D. Fox . (ll) (Entered: 11/17/2003) |
| 11/21/2003 | 47 | Memorandum to Docket Clerk: Discovery Hearing and Oral Argument held. Adjourned to 12/9/03 at 9:15. (pf) (Entered: 11/21/2003) |
| 11/26/2003 | 48 | TRANSCRIPT of proceedings held on 10/10/03 before Judge Mark D. Fox.(fk, ) (Entered: 12/01/2003) |
| 11/26/2003 | 49 | TRANSCRIPT of proceedings held on 10/10/03 before Judge Mark D. Fox.(fk, ) (Entered: 12/01/2003) |
| 12/01/2003 | 56 | MEMORANDUM OF LAW in Opposition re: [53] MOTION to Strike [6] Jury Demand.. Document filed by Barr Laboratories, Inc.. (pf, ) (Entered: 12/11/2003) |
| 12/05/2003 | 50 | MOTION to Bifurcate the Issue of Attorneys Fees and Related Discovery. Document filed by Barr Laboratories, Inc.. Return Date set for 1/16/2004 09:30 AM before Judge Charles L. Brieant. (fk, ) (Entered: 12/09/2003) |

| 12/05/2003 | 51 | MEMORANDUM OF LAW in Support re: [50] MOTION to Bifurcate.. Document filed by Barr Laboratories, Inc.. (fk, ) (Entered: 12/09/2003) |
| 12/05/2003 | 52 | CERTIFICATE OF SERVICE of Motion to Bifurcate and Memorandum in Support. Aventis Pharmaceuticals, Inc. served on 12/5/2003, answer due 12/29/2003. Service was accepted by Dennis Mondolino. Document filed by Barr Laboratories, Inc.. (fk, ) (Entered: 12/09/2003) |
| 12/08/2003 | 61 | Objection to the Magistrate Judge's 11/20/03 Order to the Extent Plntffs Contend it to Require Production of Certain Priviledged Opinion Documents. Document filed by Barr Laboratories, Inc.. (pf, ) (Entered: 01/05/2004) |
| 12/08/2003 | 62 | MEMORANDUM OF LAW in Support of their FRCP 72(a) Provisional Objection(Doc # 61). Document filed by Barr Laboratories, Inc.. (pf, ) (Entered: 01/05/2004) |
| 12/08/2003 | 63 | DECLARATION of Joseph Gioconda re Objection(doc #61). Document filed by Barr Laboratories, Inc.. (pf, ) (Entered: 01/05/2004) |
| 12/09/2003 | 55 | REPLY MEMORANDUM OF LAW in Support re: [53] MOTION to Strike [6] Jury Demand.. Document filed by Aventis Pharmaceuticals, Inc., Ferring B.V.. (fk, ) (Entered: 12/09/2003) |
| 12/09/2003 | 57 | MEMORANDUM TO THE DOCKET CLERK: (other)discovery rulings on the record held, 35 mins.; next ptc 12/22/03 @ 10:00am (IP). (jma, ) (Entered: 12/18/2003) |
| 12/12/2003 |  | Minute Entry for proceedings held before Judge Mark D. Fox : Oral Argument held on 12/12/2003 re: [56] Memorandum of Law in Oppisition to Motion filed by Barr Laboratories, Inc. Reserved on Motion. Next Conference set for 12/22/2003 at 10:00 a.m., in person. (Submitted by Ed Modugno). (Tape #2) (mde, ) (Entered: 12/19/2003) |
| 12/18/2003 | 64 | REPORT AND RECOMMENDATIONS re: [53] MOTION to Strike [6] Jury Demand. filed by Ferring B.V., Aventis Pharmaceuticals, Inc....For the foregoing reasons(see document for details), I recommend that your Honor grant Plntff's motion to strike Dft's jury demand. Pursuant to 28 U.S.C. 636(b)(1), as amended, and Rule 72(b) FRCP, the parties shall have 10 days, plus an additional 3 days, pursuant to Rule 6(e), FRCP, or a total of 13 working days...from the date hereof, to file written objections to this R & R...So Ordered: (Signed by Judge Mark D. Fox on 12/18/03) Copies sent by Chambers.(pf, ) (Entered: 01/06/2004) |
| 12/19/2003 | 60 | MEMORANDUM OF LAW in Opposition re: [50] MOTION to Bifurcate.. Document filed by Aventis Pharmaceuticals, Inc., Ferring B.V.. (pf, ) (Entered: 12/24/2003) |
| 12/22/2003 | 65 | MEMORANDUM OF LAW in Opposition to Barr's Objections to Magistrate Judge Fox's 11/20/03 Order Requiring Barr and Sterne, Kessler, Goldstein & Fox to Produce Documents Withheld on the Grounds of Atty-Client Priviledge and/or Atty Work Product Doctrine. Document filed by Aventis Pharmaceuticals, Inc., Ferring B.V.. (pf, ) |

| | | (Entered: 01/06/2004) |
|---|---|---|
| 12/22/2003 | 66 | MEMORANDUM TO THE DOCKET CLERK: discovery hearing, oral argument and scheduling conference held on 12/22/03, 35min.; rules on record see transcript; oral arguments on discovery and scheduling conf. ( see doc.); adjourned date 01/12/04, 8:45; submitted by ED Modugno. (jma, ) (Entered: 01/07/2004) |
| 12/22/2003 | 69 | ENDORSED LETTER addressed to Judge Mark D. Fox from Esther Steinhauer dated 12/18/03 re: proposed scheduled for remainder of this case: Last day to serve requests to admit: 1/9/04; Simultaneous expert reports on issues for which a perty has the burden of proof: 1/16/04; Simultaneous responsive expert reports: 2/13/04; End of expert depositions and all discovery: 3/22/04; Simultaneous responsive claim construction briefs: 4/2/04; Markman hearing: 4/9/04; Opening summary jgmnt briefs 4/26/04; Opposing summary jgmnt briefs: 5/7/04; Reply summary jgmnt briefs 5/14/04; Trial: 5/31/04...ENDORSEMENT: So Ordered:. (Signed by Judge Mark D. Fox on 12/22/03) Copies sent by Clerk's Office.(pf, ) (Entered: 01/13/2004) |
| 12/23/2003 | 59 | TRANSCRIPT of proceedings held on 12/23/03 before Judge Mark D. Fox.(jma, ) (Entered: 12/24/2003) |
| 12/24/2003 | 58 | TRANSCRIPT of proceedings held on 12/09/03 before Judge Mark D. Fox.(jma, ) (Entered: 12/24/2003) |
| 12/31/2003 | 68 | ORDER...In all other respects the oral decision is treated as a Report and Recommendation and is adopted as a decision of this Court. The Amended Complaint authorized thereby shall be docketed and filed as a seperate paper with proof of service thereof within ten (10) business days. (Signed by Judge Charles L. Brieant on 12/31/2003) "Copies Mailed By Chambers".(mov, ) (Entered: 01/09/2004) |
| 01/06/2004 | 78 | DECLARATION of Michael Stimson. Document filed by Barr Laboratories, Inc.. (pf, ) (Entered: 01/22/2004) |
| 01/06/2004 | 79 | REPLY MEMORANDUM OF LAW in Support re: [50] MOTION to Bifurcate.. Document filed by Barr Laboratories, Inc.. (pf, ) (Entered: 01/22/2004) |
| 01/07/2004 | 73 | DECLARATION of Michael Stimson. (NDB) Document filed by Barr Laboratories, Inc.. (pa, ) (Entered: 01/20/2004) |
| 01/07/2004 | 74 | REPLY To Pltffs Opposition to Deft Barr Provisional Objections to Mag. Judge 11/30/03 Order. (NDB). Document filed by Barr Laboratories, Inc.. (pa, ) (Entered: 01/20/2004) |
| 01/07/2004 | 82 | REPLY to Plntffs' Opposition to Barr's Provisional Objections to Magistrate Judge's 11/20/03 Order. Document filed by Barr Laboratories, Inc.. (pf, ) (Entered: 01/30/2004) |
| 01/08/2004 | 71 | AMENDED COMPLAINT amending [1] Complaint against Barr Laboratories, Inc..Document filed by Aventis Pharmaceuticals, Inc., Ferring B.V.. Related document: [1] Complaint.(pf, ) (Entered: |

| | | |
|---|---|---|
| | | 01/20/2004) |
| 01/12/2004 | 76 | DECLARATION of Michael Stimson Regarding Mag. Judge's Recommendation on Pltffs Motion to Strike Defts Jury Demand. (NDB). Document filed by Barr Laboratories, Inc.. (pa, ) (Entered: 01/22/2004) |
| 01/12/2004 | 77 | OBJECTION to [64] Report and Recommendations (NDB) Document filed by Barr Laboratories, Inc.. (pa, ) (Entered: 01/22/2004) |
| 01/13/2004 | | Minute Entry for proceedings held before Judge Mark D. Fox : Telephone Conference held on 1/12/2004. (mov, ) (Entered: 01/20/2004) |
| 01/13/2004 | 72 | STIPULATION REGARDING OCTOBER 17, 2003 PROTECTIVE ORDER: The parties agree and hereby Stipulate to the following propsed modification to the October 17th, 2003 Protective Order. The documents produced by plaintiffs and identified by production numbers FERB 048946 to FERB 063602 shall no longer be subject to the October 17th, 2003 Protective Order and shall instead be subject to the February 10, 2003 Stipulated Protective Order and hereby designated as "FOR OUTSIDE COUNSEL'S EYES ONLY" information under paragraph 3 (a) of the February 10, 2003 Stipulated Protective Order. SO ORDERED: (Signed by Judge Mark D. Fox on 01/13/04) Clerk's Office Mailed Copies..(dcr, ) (Entered: 01/20/2004) |
| 01/13/2004 | 75 | NOTICE of of Defts Objection to Report & Recommendation Striking Jury Demand (NDB). Document filed by Barr Laboratories, Inc.. (pa, ) (Entered: 01/22/2004) |
| 01/16/2004 | | Minute Entry for proceedings held before Judge Charles L. Brieant : Pretrial Conference held on 1/16/2004. Judge's Decision: Motion (Dkt #50)- Oral argument heard, decision reserved. The parties have ten (10) days to withdraw any documents from privilege, or they will not be used at trial. Remark: Discovery issues are resolved by the Court. (Submitted by Alice Cama). (mde, ) (Entered: 02/26/2004) |
| 01/21/2004 | | Minute Entry for proceedings held before Judge Mark D. Fox : Telephone Conference held on 1/21/2004. (dh, ) (Entered: 01/26/2004) |
| 01/26/2004 | 83 | ANSWER to Amended Complaint with JURY DEMAND., COUNTERCLAIM against Aventis Pharmaceuticals, Inc., Ferring B.V.. Document filed by Barr Laboratories, Inc..(dcr, ) (Entered: 02/05/2004) |
| 01/27/2004 | 84 | MEMORANDUM OF LAW in response to Barr's Objections to USMJ Fox's Report & Recommendation.... Document filed by Aventis Pharmaceuticals, Inc., Ferring B.V.. (pf, ) (Entered: 02/09/2004) |
| 01/30/2004 | | Minute Entry for proceedings held before Judge Mark D. Fox : Plntff has 5 business days from 1/30/04 to produce documents in question.Discovery Hearing held on 1/30/2004. Discovery Hearing set for 2/9/2004 09:00 AM before Judge Charles L. Brieant. (pf, ) (Entered: 02/06/2004) |
| 02/03/2004 | 107 | MOTION for John T. Battaglia to Appear Pro Hac Vice. Document filed by Barr Laboratories, Inc.. (mde, ) (Entered: 04/01/2004) |

| 02/06/2004 | 86 | REPLY IN SUPPORT OF OBJECTION TO REPORT & RECOMMENDATION STRIKING JURY DEMAND. Document filed by Barr Laboratories, Inc.. (pf, ) (Entered: 02/20/2004) |
| 02/09/2004 |  | Minute Entry for proceedings held before Judge Mark D. Fox : Discovery Hearing held on 2/9/2004. Adj 2-13-04 11:30 a.m. (IP). Reserved till 2-13-04 11:30 a.m. ip. (Tape #1 524 to 1050) (dh, ) (Entered: 02/09/2004) |
| 02/09/2004 | 87 | REPLY re: [83] Answer to Amended Complaint, Counterclaim. Document filed by Aventis Pharmaceuticals, Inc., Ferring B.V.. (pf, ) (Entered: 02/23/2004) |
| 02/12/2004 |  | Minute Entry for proceedings held before Judge Mark D. Fox : Pretrial Conference held on 2/12/2004. Next PTC set for 2/17/2004 at 9:30 (ip). (Submitted by J. Martinez). (mde, ) (Entered: 02/23/2004) |
| 02/17/2004 | 85 | TRANSCRIPT of proceedings held on 2/9/04 before Judge Mark D. Fox. (jma, ) (Entered: 02/18/2004) |
| 02/17/2004 |  | Minute Entry for proceedings held before Judge Mark D. Fox : Discovery Hearing held on 2/17/2004; discovery to continue to 2/27/04 10am IP; on protected order and 3/1/04 1pm IP for issued on privilege log; 02/27/04 10:30 IP; 3/1/04 1pm IP. (jma, ) (Entered: 02/18/2004) |
| 02/20/2004 |  | Minute Entry for proceedings held before Judge Mark D. Fox : Discovery Hearing held on 2/20/2004; deft. atty. Edward Donovan will view the documents @ plaintiff's office. on March 2,3 2004; adjourned date 3/1/04 at 1pm IP. (jma, ) (Entered: 02/23/2004) |
| 02/24/2004 | 90 | MOTION to Disqualify Counsel.Suzanne Ziska and Morgan Lewis & Bockius, LLP from any further representation of plntffs in the matter Document filed by Barr Laboratories, Inc.. Return Date set for 3/26/2004 09:30 AM before Judge Charles L. Brieant. (pf, ) (Entered: 02/27/2004) |
| 02/24/2004 | 91 | MEMORANDUM OF LAW in Support re: [90] MOTION to Disqualify Counsel.. Document filed by Barr Laboratories, Inc.. (pf, ) (Entered: 02/27/2004) |
| 02/25/2004 | 88 | Letter addressed to Dear Judge Brieant from Charanjit Brahma dated 01/22/04 re: Barr seeks the Court's permission, pursuant to the protective Order entered February 10, 2003 in this case, to file the following doc's. under seal........ Document filed by Barr Laboratories, Inc..(jma, ) (Entered: 02/25/2004) |
| 02/25/2004 | 92 | REPLY re: [83] Answer to Amended Complaint, Counterclaim. Document filed by Aventis Pharmaceuticals, Inc., Ferring B.V.. (fk, ) (Entered: 03/01/2004) |
| 02/26/2004 | 89 | TRANSCRIPT of proceedings held on 01/16/2004 before Judge Charles L. Brieant.(cg, ) (Entered: 02/26/2004) |
| 02/26/2004 | 93 | MOTION to Compel Service of Exhibits. Document filed by Aventis Pharmaceuticals, Inc., Ferring B.V.. Return Date set for 3/5/2004 09:30 AM before Judge Charles L. Brieant. (fk, ) (Entered: 03/01/2004) |

| 02/26/2004 | 94 | MEMORANDUM OF LAW in Support re: [93] MOTION to Compel.. Document filed by Aventis Pharmaceuticals, Inc., Ferring B.V.. (fk, ) (Entered: 03/01/2004) |
|---|---|---|
| 03/02/2004 | 95 | Letter addressed to Judge Charles L. Brieant from Dennis Mondolino dated 1/23/03 (dh, ) (Entered: 03/02/2004) |
| 03/02/2004 | 96 | Letter addressed to Judge Charles L. Brieant from Daniel Attridge dated 1/22/04 (dh, ) (Entered: 03/02/2004) |
| 03/02/2004 | 97 | MEMORANDUM & ORDER re: [50] MOTION to Bifurcate. filed by Barr Laboratories, Inc., Motions terminated: [50] MOTION to Bifurcate. filed by Barr Laboratories, Inc..... The motion is denied in all respects. So Ordered: (Signed by Judge Charles L. Brieant on 3/2/04) Copies sent by Chambers.(pf, ) (Entered: 03/04/2004) |
| 03/02/2004 | 100 | MEMORANDUM AND ORDER re: [64] Report and Recommendations. Accordingly, the Report and Recommendation filed December 18, 2003 is adopted as a decision of this Court. For the reasons set forth above, Plaintiff's Motion to strike deft's jury demand (Docket#53) is granted. The provisional objection by the Plaintiffs, dated January 7, 2004, to the oral decision of the Honorable Mark D. Fox, USMJ, issued on December 22, 2003 is moot. On February 13, 2003, Magistrate Judge Fox amended his decision, granting in limited scope Plaintiff's Motion for a protective order. Accordingly, the Court declines to address this portion of Plaintiffs objections. SO ORDERED: (Signed by Judge Charles L. Brieant on 03/02/04) Chambers Mailed Copies..(dcr, ) (Entered: 03/10/2004) |
| 03/03/2004 | 98 | DECLARATION of MIchael Stimson. Document filed by Barr Laboratories, Inc.. (pf, ) (Entered: 03/04/2004) |
| 03/03/2004 | 99 | MEMORANDUM OF LAW in Opposition re: [93] MOTION to Compel.. Document filed by Barr Laboratories, Inc.. (pf, ) (Entered: 03/04/2004) |
| 03/04/2004 | | Minute Entry for proceedings held before Judge Mark D. Fox : Discovery Hearing held on 3/4/2004. Decision on privlige docs 300-320 docs 316, 315, 312,308,307,306,304,303,302, docs 300-320, directed by the Court to be turned over to defendants. (See taped transcript). Adj date 3-12-04 8:45 cc.(Tape #2 46 to 2043) (dh, ) (Entered: 03/08/2004) |
| 03/05/2004 | | Minute Entry for proceedings held before Judge Charles L. Brieant : Motion Hearing held on 3/5/2004 re: [93] MOTION to Compel. filed by Ferring B.V., Aventis Pharmaceuticals, Inc.. Oral argument heard on motion. Motion is dismissed as moot. See transcript. (dh, ) (Entered: 03/08/2004) |
| 03/12/2004 | 101 | MEMORANDUM OF LAW in Opposition re: [90] MOTION to Disqualify Counsel.. Document filed by Aventis Pharmaceuticals, Inc.. (dh, ) (Entered: 03/15/2004) |
| 03/18/2004 | 102 | DECLARATION of Timothy P. Heaton attaching exhibits to pltffs memo of law in support of their objection to Mag. Fox's 3/4/04 ruling ordering |

| | | |
|---|---|---|
| | | the production of pltffs privileged documents. (nite dep. box). Document filed by Aventis Pharmaceuticals, Inc., Ferring B.V.. (pa, ) (Entered: 03/22/2004) |
| 03/18/2004 | 103 | MOTION of pltffs objections to Mag. Fox's 3/4/04 ruling ordering the production of pltffs privileged documents. (nite dep. box). Document filed by Aventis Pharmaceuticals, Inc., Ferring B.V.. Return Date set for 4/16/2004 09:00 AM before Judge Charles L. Brieant. (pa, ) (Entered: 03/22/2004) |
| 03/18/2004 | 104 | MEMORANDUM OF LAW in Support re: [103] MOTION objections to Mag. Fox's 3/4/04 ruling ordering the production of pltffs privileged documents.(nite dep. box). Document filed by Aventis Pharmaceuticals, Inc., Ferring B.V.. (pa, ) (Entered: 03/22/2004) |
| 03/22/2004 | | Minute Entry for proceedings held before Judge Mark D. Fox : Discovery Hearing held on 3/22/2004. Adj to 3-25-04 9:30 (IP). (Tape #3 5 to end) (dh, ) (Entered: 03/30/2004) |
| 03/22/2004 | | Minute Entry for proceedings held before Judge Mark D. Fox : Discovery Hearing held on 3/22/2004. Adj date 3-25-04 9:30 (IP) (Tape #1 3087 to end) (dh, ) (Entered: 03/30/2004) |
| 03/24/2004 | 106 | Letter addressed to Judge Charles L. Brieant from Charanjit Brahma dated 2/24/04 re:....seeks the Court's authorization to submit th efollowing exhibits to Barr's memorandum of points and authorities in camera..... (pf, ) (Entered: 03/29/2004) |
| 03/24/2004 | 110 | DECLARATION of Joseph C. Gioconda. Document filed by Barr Laboratories, Inc.. (mde, ) (Entered: 04/02/2004) |
| 03/24/2004 | 111 | REPLY MEMORANDUM OF LAW in Support re: [90] MOTION to Disqualify Counsel.. Document filed by Barr Laboratories, Inc.. (pf, ) (Entered: 04/02/2004) |
| 03/25/2004 | | Minute Entry for proceedings held before Judge Mark D. Fox : Discovery Hearing held on 3/25/2004. Decision rendered on the record (See transcript) of 3-25-04. Adj date 4-5-04 9 am (IP). (Tape #1 7 to 1880) (dh, ) (Entered: 03/26/2004) |
| 03/30/2004 | | Minute Entry for proceedings held before Judge Charles L. Brieant : Motion Hearing & Oral Argument held on 3/26/2004 re: [90] MOTION to Disqualify Counsel. filed by Barr Laboratories, Inc. Judge's Decision: Oral argument heard on motion (DKT #90) to disqualify. Remarks: 5/21/2004 return date for motion(s) to be filed. (Submitted by Alice Cama). (mde, ) (Entered: 03/31/2004) |
| 03/30/2004 | 108 | ORDER granting [107] Motion for John T. Battaglia to Appear Pro Hac Vice. $25.00 Fee Paid. Receipt# 499472. SO ORDERED: (Signed by Judge Charles L. Brieant on 03/30/04) Clerk's Office Mailed Copies.. (dcr, ) (Entered: 04/01/2004) |
| 03/31/2004 | 109 | TRANSCRIPT of proceedings held on 3/25/04 before Judge Mark D. Fox.(pf, ) (Entered: 04/01/2004) |

| 04/01/2004 | 112 | MEMORANDUM OF LAW in Opposition to Plaintiffs' objections under FRCP 72(a) to Magistrate Judge Fox's March 4, 2004 ruling ordering the production of Plaintiffs' documents. Document filed by Barr Laboratories, Inc.. (dcr, ) (Entered: 04/08/2004) |
| 04/01/2004 | 113 | DECLARATION of Michael Stimson. Document filed by Barr Laboratories, Inc.. (pf, ) (Entered: 04/09/2004) |
| 04/05/2004 | | Minute Entry for proceedings held before Judge Mark D. Fox : Discovery Hearing held on 4/5/2004, Oral Argument held on 4/5/2004; adjourned date 5/5/04 8:45 cc. (jma, ) (Entered: 04/07/2004) |
| 04/15/2004 | 127 | NOTICE of Withdrawal of their objections pursuant to FRCP 72(a) to Magistrate Fox's March 4, 2004 Ruling.... Document filed by Ferring B.V.. (pf, ) (Entered: 04/23/2004) |
| 04/15/2004 | | MEMO ENDORSEMENT on re: [127] Notice (Other) filed by Ferring B.V.... ENDORSEMENT: Objection withdrawn and the Report of the Hon. Mark D. Fox, USMJ is adopted as the Decision of this Court. So Ordered: (Signed by Judge Charles L. Brieant on 4/15/04) Copies sent by Chambers.(pf, ) (Entered: 04/23/2004) |
| 04/16/2004 | 119 | MOTION for Summary Judgment OF NON-INFRINGEMENT OF U.S. PATENT NO. 5,047,398. Document filed by Barr Laboratories, Inc.. Return Date set for 5/21/2004 09:30 AM. (pf, ) (Entered: 04/22/2004) |
| 04/16/2004 | 120 | MEMORANDUM OF LAW in Support re: [119] MOTION for Summary Judgment.. Document filed by Barr Laboratories, Inc.. (pf, ) (Entered: 04/22/2004) |
| 04/16/2004 | 121 | MOTION for Partial Summary Judgment OF INVALIDITY OF ASSERTED CLAIMS 6 and !! OF U.S. PATENT NO. 5,047,398. Document filed by Barr Laboratories, Inc.. Return Date set for 5/21/2004 09:30 AM. (pf, ) (Entered: 04/22/2004) |
| 04/16/2004 | 122 | MEMORANDUM OF LAW in Support re: [121] MOTION for Partial Summary Judgment.. Document filed by Barr Laboratories, Inc.. (pf, ) (Entered: 04/22/2004) |
| 04/16/2004 | 123 | MOTION for Summary Judgment OF INEQUITABLE CONDUCT. Document filed by Barr Laboratories, Inc.. Return Date set for 5/21/2004 09:30 AM. (pf, ) (Entered: 04/22/2004) |
| 04/16/2004 | 124 | MEMORANDUM OF LAW in Support re: [123] MOTION for Summary Judgment.. Document filed by Barr Laboratories, Inc.. (pf, ) (Entered: 04/22/2004) |
| 04/16/2004 | 125 | NOTICE of Filing Claim Construction Brief. Document filed by Barr Laboratories, Inc.. (pf, ) (Entered: 04/23/2004) |
| 04/16/2004 | 126 | PENING CLAIM CONSTRUCTION BRIEF. Document filed by Barr Laboratories, Inc..(pf, ) (Entered: 04/23/2004) |
| 04/20/2004 | 117 | Letter addressed to Judge Charles L. Brieant from Dennis J. Mondolino |

|  |  | dated 2/13/2004 re: It is respectfully requested that trial in this matter be rescheduled to a later date...Plaintiff requests a trial date in early September. Counsel for Barr has indicated that they will not agree to a change in the trial date as set forth in the scheduling order.. Document filed by Ferring B.V..(mde, ) (Entered: 04/21/2004) |
|---|---|---|
| 04/20/2004 | 118 | Letter addressed to Judge Charles L. Brieant from Edward C. Donovan dated 2/17/2004 re: I write in response to plaintiff's 2/13/2004 letter requesting that this Court change the trial date for this matter from 5/31/2004 to a date in early September, 2004. Barr opposes plaintiff's request to change the trial date..Barr requests this Court set the earliest available trial date for this case consistent with the 5/31/2004 trial date set forth in the present scheduling order.. Document filed by Barr Laboratories, Inc..(mde, ) (Entered: 04/21/2004) |
| 04/27/2004 | 128 | TRANSCRIPT of proceedings held on 3/26/2004 before Judge Charles L. Brieant.(Mary Staten, Court Reporter).(mde, ) (Entered: 04/27/2004) |
| 05/05/2004 |  | Minute Entry for proceedings held before Judge Mark D. Fox : Discovery Hearing held on 5/5/2004. (Tape #1 1 to 2188) (dh, ) (Entered: 05/07/2004) |
| 05/06/2004 | 134 | TRANSCRIPT of proceedings held on 02/20/200 before Judge Mark D. Fox.(mov, ) (Entered: 05/07/2004) |
| 05/06/2004 | 135 | TRANSCRIPT of proceedings held on 02/12/2004 before Judge Mark D. Fox.(mov, ) (Entered: 05/07/2004) |
| 05/06/2004 | 136 | TRANSCRIPT of proceedings held on 12/22/2003 before Judge Mark D. Fox.(mov, ) (Entered: 05/07/2004) |
| 05/06/2004 | 137 | TRANSCRIPT of proceedings held on 04/05/2004 before Judge Mark D. Fox.(mov, ) (Entered: 05/07/2004) |
| 05/06/2004 | 138 | TRANSCRIPT of proceedings held on 11/20/2003 before Judge Mark D. Fox.(mov, ) (Entered: 05/07/2004) |
| 05/06/2004 | 139 | TRANSCRIPT of proceedings held on 10/31/2003 before Judge Mark D. Fox.(mov, ) (Entered: 05/07/2004) |
| 05/06/2004 | 140 | TRANSCRIPT of proceedings held on 10/10/2003 before Judge Mark D. Fox.(mov, ) (Entered: 05/07/2004) |
| 05/06/2004 | 141 | TRANSCRIPT of proceedings held on 01/30/2004 before Judge Mark D. Fox.(mov, ) (Entered: 05/07/2004) |
| 05/06/2004 | 142 | TRANSCRIPT of proceedings held on 02/17/2004 before Judge Mark D. Fox.(mov, ) (Entered: 05/07/2004) |
| 05/06/2004 | 143 | TRANSCRIPT of proceedings held on 11/231/2003 before Judge Mark D. Fox.(mov, ) (Entered: 05/07/2004) |
| 05/06/2004 | 145 | TRANSCRIPT of proceedings held on 10/17/2003 before Judge Mark D. Fox.(mov, ) (Entered: 05/07/2004) |

| | | |
|---|---|---|
| 05/07/2004 | 147 | MEMORANDUM OF LAW in Opposition re: [121] MOTION for Partial Summary Judgment. Document filed by Aventis Pharmaceuticals, Inc., Ferring B.V.. Received in the night deposit box on 5/7/04 at 9:18 P.M. (sac, ) (Entered: 05/14/2004) |
| 05/07/2004 | 148 | STATEMENT OF DIPUTED AND UNDISPUTED FACTS in opposition to Barr's Motion for partial summary judgment of invalidity of asserted claims 6 and 11 of U.S. Patent No. 5,047,398. Document filed by Aventis Pharmaceuticals, Inc., Ferring B.V.. Received in the night deposit box on 5/7/04 at 9:19 P.M. (sac, ) (Entered: 05/14/2004) |
| 05/07/2004 | 149 | RESPONSE to Barr's Statement of Undisputed Facts in support of Barr's Motion for summary judgment of inequitable conduct. Document filed by Aventis Pharmaceuticals, Inc., Ferring B.V.. Received in the night deposit box on 5/7/04 at 9:19 P.M. (sac, ) (Entered: 05/14/2004) |
| 05/07/2004 | 150 | MEMORANDUM OF LAW in Opposition re: [123] MOTION for Summary Judgment. Document filed by Aventis Pharmaceuticals, Inc., Ferring B.V.. Received in the night deposit box on 5/7/04 at 9:19 P.M. (sac, ) (Entered: 05/14/2004) |
| 05/07/2004 | 151 | DECLARATION of Edward M. Reisner in Opposition re: [123] MOTION for Summary Judgment. Document filed by Aventis Pharmaceuticals, Inc., Ferring B.V.. Received in the night deposit box on 5/7/04 at 9:19 P.M.(sac, ) (Entered: 05/14/2004) |
| 05/07/2004 | 152 | DECLARATION of Jeffrey M. Gold attaching Exhibits to Plaintiffs' Memorandum of Law in opposition to Barr's Motion for summary judgment of inequitable conduct. Document filed by Aventis Pharmaceuticals, Inc., Ferring B.V.. Received in the night deposit box on 5/7/04 at 9:19 P.M. (sac, ) (Entered: 05/14/2004) |
| 05/07/2004 | 153 | RESPONSE to Plaintiff's Claim Construction Brief. Document filed by Barr Laboratories, Inc.. (sac, ) (Entered: 05/14/2004) |
| 05/07/2004 | 182 | DECLARATION of Joseph C. Gioconda. Document filed by Barr Laboratories, Inc.. (fk, ) (Entered: 02/08/2005) |
| 05/14/2004 | 155 | REPLY MEMORANDUM OF LAW in Support re: [119] MOTION for Summary Judgment.. Document filed by Barr Laboratories, Inc.. (pf, ) (Entered: 05/19/2004) |
| 05/14/2004 | 156 | REPLY to Plntff's Response to its opening claim construction brief. Document filed by Barr Laboratories, Inc.. (pf, ) (Entered: 05/19/2004) |
| 05/14/2004 | 157 | DECLARATION of Joseph Gioconda in reply to plntff's response to its opening claim construction brief. Document filed by Barr Laboratories, Inc.. (pf, ) (Entered: 05/19/2004) |
| 05/14/2004 | 158 | REPLY MEMORANDUM OF LAW in Support re: [123] MOTION for Summary Judgment.. Document filed by Barr Laboratories, Inc.. (pf, ) (Entered: 05/19/2004) |
| 05/14/2004 | 159 | DECLARATION of Joseph Gioconda attaching exhibits to Dft Barr |

| | | |
|---|---|---|
| | | Laboratories, Inc.'s Reply Memorandum in Support of its Motion for Summary Jgmnt of Inequitable Conduct. Document filed by Barr Laboratories, Inc.. (pf, ) (Entered: 05/19/2004) |
| 05/14/2004 | 160 | REPLY MEMORANDUM OF LAW in Support re: [121] MOTION for Partial Summary Judgment.. Document filed by Barr Laboratories, Inc.. (pf, ) (Entered: 05/19/2004) |
| 05/14/2004 | 161 | DECLARATION of Joseph Gioconda attaching exhibits to dft Barr Laboratories, Inc.'s Reply Memorandum of Law in support of its motion for partial summary jgmnt of invalidity of asserted claims 6 an 11 of U.S. Patent No. 5,047,498. Document filed by Barr Laboratories, Inc.. (pf, ) (Entered: 05/19/2004) |
| 05/18/2004 | 154 | Letter addressed to Edward Donovan from Esther Steinhauer dated 5/11/04 re: This is to inform you that we have been informed by Chambers that Judge Brieant has declined to adjourn the summary jgmnt hearing and accordingly, the hearing will go forward on 5/21/04 as currently scheduled... (pf, ) (Entered: 05/19/2004) |
| 05/21/2004 | 162 | MOTION for Summary Judgment of Infringement by Dft Barr of United States Patent No. 5,047,398.. Document filed by Aventis Pharmaceuticals, Inc., Ferring B.V.. Return Date set for 5/21/2004 09:00 AM. (pf, ) (Entered: 05/24/2004) |
| 05/21/2004 | | Minute Entry for proceedings held before Judge Charles L. Brieant : Oral Argument held on 5/21/2004 re: [121] MOTION for Partial Summary Judgment. filed by Barr Laboratories, Inc., [123] MOTION for Summary Judgment. filed by Barr Laboratories, Inc., [119] MOTION for Summary Judgment. filed by Barr Laboratories, Inc.. Adjourned to 6/11/04 at 11:00 a.m.. See transcript. (Court Reporter Christina Arends-Dieck) (pf, ) (Entered: 05/25/2004) |
| 06/09/2004 | 163 | SUPPLEMENTAL MEMORANDUM OF LAW in Support re: [162] MOTION for Summary Judgment.. Document filed by Barr Laboratories, Inc.. (dcr, ) (Entered: 06/15/2004) |
| 06/09/2004 | 164 | DECLARATION of Edward C. Donovan in Support of the Supplemental Memorandum re: [162] MOTION for Summary Judgment.. Document filed by Barr Laboratories, Inc.. (dcr, ) (Entered: 06/15/2004) |
| 06/28/2004 | 165 | RESPONSE to Barr Laboratories' Supplemental Memorandum in Support of its Motion for Summary Jgmnt of Non-Infringement. Document filed by Aventis Pharmaceuticals, Inc., Ferring B.V.. (pf, ) (Entered: 06/30/2004) |
| 07/01/2004 | 167 | RESPONSE to Barr Laboratories' Supplemental Memorandum in Support of its Motion for Summary Jgmnt of Non-Infringement. Document filed by Aventis Pharmaceuticals, Inc., Ferring B.V.. (pf, ) (Entered: 07/06/2004) |
| 07/01/2004 | | Minute Entry for proceedings held before Judge Mark D. Fox : Discovery Hearing held on 7/1/2004. Citizen Petition prepared by an agent of |

| | | |
|---|---|---|
| | | Ferring B.V. for F.D.A. on subject matter of patient dispute. Plntff will turn over entire citizen petition to dft by close of business day 7/1/04. (pf, ) (Entered: 07/07/2004) |
| 07/02/2004 | 166 | REPLY to Plntffs' June 25, 2004 Response to Barr's Supplemental Memorandum in Support of its Motion for Sumamry Jgmnt of Non-Infringement. Document filed by Barr Laboratories, Inc.. (pf, ) (Entered: 07/06/2004) |
| 07/08/2004 | 168 | LETTER addressed to Judge Charles L. Brieant from Daniel Attridge PC dated 7/2/04 re: response to plaintiff's 7-1 letter. Document filed by Barr Laboratories, Inc..(dh, ) (Entered: 07/13/2004) |
| 07/08/2004 | 169 | LETTER addressed to Judge Charles L. Brieant from Esther Steinhauer dated 7-6-04 re: pla produced to Barr a true copy of its citizen petition to the FDA. Document filed by Aventis Pharmaceuticals, Inc..(dh, ) (Entered: 07/13/2004) |
| 07/08/2004 | 170 | LETTER addressed to Judge Charles L. Brieant from Dennis Mondolino dated 7/1/04 re:...Ferring hereby withdraws its summary jgmnt motion for infringement..... (pf, ) (Entered: 07/14/2004) |
| 08/23/2004 | 171 | TRANSCRIPT of proceedings held on 7/7/2004 before Judge Charles L. Brieant.(jmi, ) (Entered: 08/23/2004) |
| 09/09/2004 | 172 | TRANSCRIPT of proceedings held on July 7, 2004 before Judge Charles L. Brieant.(ll, ) (Entered: 09/09/2004) |
| 10/04/2004 | 173 | LETTER addressed to Judge Charles L. Brieant from Daniel Attridge dated 9-15-04 re: additional evidence produced by plaintiffs' on 9-10-04. (dh, ) (Entered: 10/04/2004) |
| 10/04/2004 | 174 | LETTER addressed to Judge Charles L. Brieant from Dennis Mondolino dated 9-28-04 re: response to defendant's supplemental letter dated 9-15-04. (dh, ) (Entered: 10/04/2004) |
| 10/21/2004 | 175 | LETTER addressed to Judge Charles L. Brieant from Dennis Mondolino dated 10/15/04 re: Further to our letter of 9/28/04 this is to advise the COurt that a responsible official at the Office of Patent publications...... Document filed by Aventis Pharmaceuticals, Inc., Ferring B.V..(pf, ) (Entered: 10/21/2004) |
| 10/21/2004 | 176 | LETTER addressed to Judge Charles L. Brieant from Daniel Attridge dated 10/19/04 re:...in response to Ferring's letter brief dated 10/15/04.... Document filed by Barr Laboratories, Inc..(pf, ) (Entered: 10/21/2004) |
| 11/04/2004 | 177 | LETTER addressed to Judge Charles L. Brieant from Dennis Mondolino dated 11/3/2004 re: certificate of correction. (dh, ) (Entered: 11/04/2004) |
| 01/19/2005 | 178 | LETTER addressed to Judge Brieant from Daniel F. Attridge, P.C. dated 01/13/05 re: Response to Plantiffs' submission of the Federal Cirucuit's recent decision in Stevens v. Tech Intl, Inc.. Document filed by Barr Laboratories, Inc..(dcr, ) (Entered: 01/19/2005) |
| | | |

| 01/19/2005 | 179 | LETTER addressed to Judge Charles L. Brieant from Dennis Mondolino dated 1/10/05 re: As the Court may recall, claim construction, as part of dft Barr's motion for summary jgmnt of non-infingement, is currently pending in the above matter.....Plntffs enclose a newly issued decision from the Federal Circuit in further support of their claim construction..... Document filed by Ferring B.V., Aventis Pharmaceuticals, Inc..(pf, ) (Entered: 01/20/2005) |
|---|---|---|
| 01/19/2005 | 180 | LETTER addressed to Judge Charles L. Brieant from Dennis Mondolino dated 1/14/05 re:... to correct certain misstatements in Mr. Attridge's letter of 1/7/05.... Document filed by Ferring B.V., Aventis Pharmaceuticals, Inc..(pf, ) (Entered: 01/20/2005) |
| 02/07/2005 | 181 | MEMORANDUM & ORDER re: [119] MOTION for Summary Judgment. filed by Barr Laboratories, Inc.,, [121] MOTION for Partial Summary Judgment. filed by Barr Laboratories, Inc.,, [123] MOTION for Summary Judgment. filed by Barr Laboratories, Inc.,, Motions terminated: [119] MOTION for Summary Judgment. filed by Barr Laboratories, Inc.,, [121] MOTION for Partial Summary Judgment. filed by Barr Laboratories, Inc.,, [123] MOTION for Summary Judgment. filed by Barr Laboratories, Inc.,.... For the reasons set forth above(see document for details), the COurt grants summary jgmnt in favor of Dft on the bases of inequitable conduct and non-infringement. Dft's motion for partial summary jgmnt if invalidity of Claims 6 and 11 is denied. Counsel shall settle a final declatory jgmnt on five (5) days notice. So Ordered: (Signed by Judge Charles L. Brieant on 2/7/05) Copies sent by Chambers.(pf, ) (Entered: 02/08/2005) |
| 02/16/2005 | 183 | JUDGMENT...IT IS HEREBY ORDERED AND ADJUDGED that !. In accordance with the Court's Memorandum and Order of February 7, 2005, final judgment is entered in favor of the Defendant and against the Plaintiffs. 2. Plaintiffs' complaint is dismissed, Defendant's counterclaim for declaratory judgment of non-infrigement is granted, Defendant's counterclaim for declaratory judgment of invalidity is dismissed without prejudice as moot, and Defendant's defense of inquitable conduct is granted. (Signed by Judge Charles L. Brieant on 02/15/2005) The Clerk's Office Has Mailed Copies.(mov, ) (Entered: 02/16/2005) |
| 02/24/2005 | 185 | NOTICE OF APPEAL from [183] Judgment of 2/16/06 and [181] Memorandum and Order of 2/7/05 to the Federal Circuit. Document filed by Ferring B.V., Aventis Pharmaceuticals, Inc. Filing fee $ 255.00, receipt number 535814. Copies of Notice of Appeal mailed to Attorney (s) of Record: Joseph C. Gioconda; Edward C. Donovan; Robert C. Millonig and the U.S.C.A. for the Federal Circuit. (ae, ) Modified on 3/9/2005 (fk, ). (Entered: 03/02/2005) |
| 03/07/2005 | 186 | ORDER ENTERING STIPULATION TO STAY FILING FOR ATTORNEY FEES AND TAXABLE COSTS; Ordered and Adjudged that, the time for filing any application for attorney fees (including under 35 U.S.C. sec. 285) and taxable costs is stayed until 30 days after the issuance of the mandate by the Court of Appeals resolving Plaintiffs' pending appeal. An application for fees and costs purs. to this stipulation |

|  |  | is subject to any opposition filed by the non-moving party, and any subsequent reply, which shall be filed consistent w/ the requirements of FRCP 54 and the local rules. (Signed by Judge Charles L. Brieant on 3/7/05) (ae, ) (Entered: 03/09/2005) |
| --- | --- | --- |
| 03/09/2005 |  | On this date a Federal Circuit Appeal Information Sheet along with a Notice of Appeal and Certified Docket Sheet was sent to the US Court of Appeals for the Federal Circuit at 717 Madison Place, NW Washington D.C. 20439. (fk, ) (Entered: 03/09/2005) |
| 03/21/2005 | 187 | NOTICE of Docketing by the United States Court of Appeals for the Federal Circuit (Docket # 05-1284) on 3/15/05. (pf, ) (Entered: 03/24/2005) |
| 05/19/2005 | 188 | STIPULATION AND ORDER OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL; purs. to Rule 1.4 of the Local Civil Rules of the U.S.D.C. for the S.D.N.Y. and the attached Consent to Change Attorney, Kaye Scholer LLP, is hereby substituted for Patterson, Belknap, Webb & Tyler LLP, in this action as attorneys for plaintiff Aventis Pharmaceuticals, Inc. (Signed by Judge Charles L. Brieant on 5/16/05) "The Clerk's Office Has Mailed Copies".(ae, ) (Entered: 05/23/2005) |
| 05/19/2005 | 189 | CONSENT ORDER TO CHANGE ATTORNEY; Kaye Scholer LLP, shall subsituted as attorneys of record for plaintiff Aventis. (Signed by Judge Charles L. Brieant on 5/19/05) "The Clerk's Office Has Mailed Copies".(ae, ) (Entered: 05/23/2005) |
| 06/02/2005 | 190 | JOINT STIPULATION AND ORDER TO REMOVE DOCUMENTS FROM UNDER SEAL: IT IS HEREBY STIPULATED amoung the parties to the entitled action, subject to the approval of the Court, that pursuant to Fed. Cir. r. 11(d) and paragraph 12 of the Court's Stipulated Protective Order entered February 10, 2003, that the various filings or portions of filings hereinafter described shall no longer be filed under seal. (Signed by Judge Charles L. Brieant on 6/2/2005) The Clerk's Office Has Mailed Copies.(jma, ) (Entered: 06/06/2005) |
| 06/02/2005 | 192 | DECLARATION of Timothy P. Heaton re: [190 volume one of three] Stipulation and Order,,, [191 volume two of three] Declaration. Document filed by Ferring B.V., Aventis Pharmaceuticals, Inc.. (jma, ) (Entered: 06/07/2005) |
| 06/02/2005 | 193 | DECLARATION of Timothy P. Heaton volume three of three re: [192] Declaration, [190] Stipulation and Order,,, [191] Declaration. Document filed by Ferring B.V., Aventis Pharmaceuticals, Inc.. (jma, ) (Entered: 06/07/2005) |
| 06/06/2005 | 191 | DECLARATION (non-motion) of Timothy P. Heaton, Esq. re: [190] Stipulation and Order,,. Document filed by Ferring B.V., Aventis Pharmaceuticals, Inc.. (jma, ) (Entered: 06/06/2005) |
| 11/17/2005 |  | Appeal Record Sent to USCA (Index). Notice that the Original index to the record on Appeal for [185] Notice of Appeal, filed by Ferring B.V.,,, |

| | | |
|---|---|---|
| | | Aventis Pharmaceuticals, Inc., USCA Case Number 05-1284, 3 Copies of the index, Certified Clerk Certificate and Certified Docket Sheet were transmitted to the U.S. Court of Appeals for the Federal Circuit. (cg, ) (Entered: 11/18/2005) |
| 11/18/2005 | 194 | Appeal Record Sent to USCA (File). Indexed record on Appeal Files for [185] Notice of Appeal, filed by Ferring B.V.,, Aventis Pharmaceuticals, Inc., USCA Case Number 05-1284, were transmitted to the U.S. Court of Appeals for the Federal Circuit. (cg, ) (Entered: 11/18/2005) |
| 02/28/2006 | 195 | COPY ORDER of USCA for the Federal Circuit as to [185] Notice of Appeal, filed by Ferring B.V.,, Aventis Pharmaceuticals, Inc., USCA Case Number 05-1284. Jan Horbaly, Clerk USCA. (mde, ) (Entered: 02/28/2006) |
| 04/24/2006 | 196 | MANDATE of USCA for the FEDERAL CIRCUIT(Certified Copy) as to [185] Notice of Appeal, filed by Ferring B.V.,, Aventis Pharmaceuticals, Inc., USCA Case Number 05-1284. Ordered, Adjudged and Decreed that the judgment of the District Court is Affirmed. Jan Horably, Clerk USCA. Issued As Mandate: 04/19/06. Certified: 04/19/06. (dcr, ) (Entered: 04/24/2006) |
| 04/24/2006 | | Transmission of USCA Mandate/Order to the District Judge re: [196] USCA Mandate,. (dcr, ) (Entered: 04/24/2006) |
| 05/15/2006 | | Appeal Record Returned. Indexed record on Appeal Files for [185] Notice of Appeal, filed by Ferring B.V.,, Aventis Pharmaceuticals, Inc., USCA Case Number 05-1284, returned from the U.S. Court of Appeals. (cg, ) (Entered: 05/15/2006) |
| 05/15/2006 | | Appeal Record Returned. Indexed record on Appeal Files for [185] Notice of Appeal, filed by Ferring B.V.,, Aventis Pharmaceuticals, Inc., returned from the U.S. Court of Appeals. (cg, ) (Entered: 05/15/2006) |
| 05/22/2006 | 197 | STIPULATION AND ORDER Extending Time to file for Attorney Fees and Taxable Costs....So Ordered. (Signed by Judge Charles L. Brieant on 5/22/06) The Clerk's Office Has Mailed Copies.(fk, ) (Entered: 05/24/2006) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 06/19/2006 13:33:42 | | |
| **PACER Login:** | sa0064 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 7:02-cv-09851-CLB-MDF |
| **Billable Pages:** | 15 | **Cost:** | 1.20 |

# EXHIBIT E



**Sutherland
■ Asbill &■
Brennan** LLP
ATTORNEYS AT LAW

WILLIAM F. LONG
DIRECT LINE: 404.853.8347
Internet: william.long@sablaw.com

999 Peachtree Street, NE
Atlanta. GA 30309-3996
404.853.8000
fax 404.853.8806
www.sablaw.com

April 24, 2006

<u>Via Facsimile & U.S. MAIL</u>

Dennis Mondolino, Esq.
Esther Steinhauer, Esq.
McDermott Will & Emery
340 Madison Avenue
New York, NY 10017
Fax: (212) 547-5444

      Re:    Ferring B.V. v. Teva Pharmaceutical
              Civil Action No.: 04-884-SLR

Dear Counsel:

      We have learned that on April 10, 2006, the Federal Circuit denied Ferring's petition for rehearing of the February 15, 2006 decision finding that Ferring obtained the '398 patent through inequitable conduct. The stipulation between our clients, entered by the Court on March 2, 2006, provided that the present stay of the Ferring/Teva matter would remain in effect until the resolution of the petition for rehearing. Now that Ferring's petition for rehearing has been denied, the stay of the case has ended.

      Please confirm that Ferring promptly will be seeking to dismiss its Complaint against Teva in accordance to its representation to the Court in connection with summary judgment briefing: "Should the Federal Circuit affirm the *Barr* judgment, Ferring will withdraw its complaint and dismiss the action." (Ferring B.V.'s Opposition Brief to Teva's Motion for Leave to File Summary Judgment and Opening Brief in Support of Ferring B.V.'s Motion to Stay dated March 15, 2005, p. 2.)

      As you are aware, Teva is seeking attorney's fees from Ferring under 35 U.S.C. § 285. Teva is entitled to its attorney's fees because Ferring sued it on an unenforceable patent. Ferring's inequitable conduct provides a sufficient basis "to make a case exceptional for the purpose of awarding attorney fees under § 285." *Bruno Independent Living Aids, Inc. v. Acorn Mobility Services Ltd.*, 394 F.3d 1348, 1355 (Fed. Cir. 2005). Ferring's decision to continue to prosecute this case knowing that the '398 patent was unenforceable would provide another ground to support an exceptional case determination.

Dennis Mondolino, Esq.
Esther Steinhauer, Esq.
April 24, 2006
Page 2

Teva's attorney's fees and costs associated with this case total $363,958,18.

As an offer of compromise, protected under Federal Rule of Evidence 408, we propose that Ferring pay Teva's attorney's fees and costs in full within thirty days of the dismissal of the above-captioned case in exchange for (1) Teva's agreement to dismiss the case (including its counterclaims) with prejudice; and, (2) Teva's agreement to limit its claim for attorney's fees and costs to $363,958.18. Our belief is that this proposal is mutually beneficial in that it allows for an expedited resolution of this case and does not cause Teva to incur additional fees and costs while pursuing its attorney's fees motion.

Please let us know whether you will agree to this proposal no later than close of business, Tuesday, April 25. If you do not agree, please be advised that will be filing any necessary motions (to lift the stay, for entry of summary judgment, and for attorney's fees) immediately thereafter.

Sincerely yours,

William F. Long

WFL:nebm

# Sutherland
# ▪ Asbill & ▪
# Brennan LLP

ATTORNEYS AT LAW

999 Peachtree St., N.E.
Atlanta, GA 30309-3996
tel 404.853.8000
fax 404.853.8806
www.sablaw.com

## Facsimile                                          **CONFIDENTIAL**

---

**Date:**  April 24, 2006                          **Pages (including cover):  3**

---

## TO:

| Recipient Name | Firm/Company | Fax | Telephone |
|---|---|---|---|
| Dennis Mondolino, Esq.<br>Esther Steinhauer, Esq. | McDermott Will & Emery | 212.547.5444 | |

---

**FROM:**  **WILLIAM F. LONG**        **Email address:**  William.long@sablaw.com

**Telephone:**   404.853.8347       **User number:**  1318   **Client number:**   20923.0001

**Message:**

Please see attached.

---

This message is intended only for the use of the individuals or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you hereby notified that any dissemination or distribution of this communication to other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us immediately by collect telephone 404.853.8813 and return the original message to us at the above address via the U.S. Postal Service. Thank you.

Atlanta  ▪  Austin  ▪  Houston  ▪  New York  ▪  Tallahassee  ▪  Washington, DC

```
*  *  *  COMMUNICATION RESULT REPORT ( APR. 24. 2006  2:52PM ) *  *  *

                                              FAX HEADER:  SUTHERLAND ASBILL

TRANSMITTED/STORED : APR. 24. 2006  2:50PM
FILE MODE      OPTION              ADDRESS                RESULT      PAGE
---------------------------------------------------------------------------
296  MEMORY TX                     7829#20923#0001#12125475444#   OK          3/3
```

```
---------------------------------------------------------------------------
REASON FOR ERROR
  E-1) HANG UP OR LINE FAIL              E-2) BUSY
  E-3) NO ANSWER                         E-4) NO FACSIMILE CONNECTION
```

# Sutherland
# Asbill &
# Brennan LLP
#### ATTORNEYS AT LAW

999 Peachtree St., N.E.
Atlanta, GA  30309-3996
tel 404.853.8000
fax 404.853.8806
www.sablaw.com

## Facsimile                                    **CONFIDENTIAL**

**Date:   April 24, 2006**                    Pages (including cover):  3

**TO:**

| Recipient Name | Firm/Company | Fax | Telephone |
|---|---|---|---|
| Dennis Mondolino, Esq. | McDermott Will & Emery | 212.547.5444 | |
| Esther Steinhauer, Esq. | | | |

**FROM:**  **WILLIAM F. LONG**    Email address:    William.long@sablaw.com
**Telephone:**   404.853.8347    User number:   1318    Client number:   20923.0001
**Message:**
                  Please see attached.

This message is intended only for the use of the individuals or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or distribution of this communication to other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us immediately by collect telephone 404.853.8813 and return the original message to us at the above address via the U.S. Postal Service. Thank you.

Atlanta  ■  Austin  ■  Houston  ■  New York  ■  Tallahassee  ■  Washington, DC

# EXHIBIT F



# McDermott Will&Emery



Boston Brussels Chicago Düsseldorf London Los Angeles Miami Munich
New York Orange County Rome San Diego Silicon Valley Washington, D.C.

Dennis J. Mondolino
dmondolino@mwe.com
212 547-5823

**PROTECTED UNDER RULE 408
OF THE FEDERAL RULES OF EVIDENCE**

April 25, 2006

VIA FACSIMILE AND U.S. MAIL

William F. Long
Sutherland, Asbill & Brennan LLP
999 Peachtree Street, NE
Atlanta Georgia 30309 3996

Re:   *Ferring B.V. v. Teva Pharmaceutical Industries, Ltd.*, C.A. No. 04-884-SLR
      Client-Matter No. 075105-0012

Dear William

We write in response to your letter of April 24, 2006.

We agree that in view of the Federal Circuit's denial of Ferring's Combined Petition for Panel Rehearing and Rehearing *En Banc* and in accordance with the parties' stipulation, entered by the Court on March 2, 2006, the stay in this proceeding is no longer in effect. Therefore, in view of the foregoing, Ferring agrees to withdraw its complaint and dismiss this action with prejudice.

However, Ferring will not agree to any stipulation regarding attorneys fees under 35 U.S.C. §285. Teva's offer to "compromise" by proposing that Ferring simply pay attorney's fees and costs in the amount of $363,958.18 is therefore rejected.

Sincerely,

*Dennis J. Mondolino*

Dennis J. Mondolino

NYK 1034426-1.075105.0012

U.S. practice conducted through McDermott Will & Emery LLP.
340 Madison Avenue  New York, New York  10017 4613  Telephone: 212.547.5400  Facsimile: 212.547.5444  www.mwe.com

                                                                    TOTAL P.02