IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------x
FERRING B.V.                                                 :
                                                             :
                                                             :    Civil Action No. 04-884-SLR
                Plaintiff,                                   :
                                                             :
     v.                                                      :
                                                             :
TEVA PHARMACEUTICALS USA, INC. and                           :
TEVA PHARMACEUTICAL INDUSTRIES                               :
LIMITED                                                      :
                Defendants.                                  :
                                                             :
-------------------------------------------------------------x
```

### FERRING B.V.'S REPLY TO TEVA'S OPPOSITION
### TO FERRING B.V.'S MOTION FOR AN EXTENSION OF TIME

Plaintiff Ferring B.V. ("Ferring") herein replies to Teva's Opposition to Ferring's Motion for an Extension of Time.

In its Opposition, Teva improperly launches into a diatribe on the merits of its motion to dismiss (*e.g.*, whether dismissal should be with or without prejudice) and on the merits of a potential application for stay by Ferring. Teva's arguments on these issues should be disregarded, and Ferring's motion for an extension of time should be granted.

Notably, in its motion to dismiss, Teva <u>never</u> specified whether dismissal should be with or without prejudice. Suddenly, however, upon Ferring's request for a short extension of time, Teva—for the first time—demands dismissal with prejudice.

Consistent with its representation to this Court, Ferring intends to seek dismissal of its complaint. (D.I. 40, p. 2). In view of Teva's pending attorneys' fee motion and Ferring's petition for a writ of certiorari to the Supreme Court, Ferring intends to seek dismissal without prejudice. This is something that will be <u>properly</u> addressed in

1

Ferring's opposition to Teva's motion to dismiss.

Further, in its Opposition, Teva improperly discusses the merits of a <u>potential</u> application for stay by Ferring. This is entirely improper and irrelevant to what is a standard request for an extension of time in view of legitimate attorney hardships. As stated in Ferring's Motion, the firm retreat and July International Trade Commission trial by Ferring's counsel, together with the July 4th holiday, warrant the grant of Ferring's proposed extension of time. Ferring's request for an extension of time is not an attempt to delay this matter, as Teva's argues, but rather, is based on the complicated issues presented compared to the short response time provided by the Local Rules.

Teva's so-called "prejudice" should Ferring's requested extension be granted is a red herring. Teva simply cannot demonstrate how it will be prejudiced by an extension of 9 business days. Again, in an attempt to show prejudice, Teva improperly addresses the issue of a potential stay, for which Ferring has not yet even applied. Teva's hollow cries of prejudice should be disregarded.

Finally, Ferring's Motion for Extension of Time is now ripe for adjudication. Ferring therefore respectfully requests expedited consideration on its Motion, in light of the immanent due date of Ferring's Opposition to Teva's Motion to Dismiss and for an Award of Attorney's Fees and Costs, currently July 3, 2006.

Date: June 26, 2006                                  /s/ Stephanie O'Byrne
                                                     Francis DiGiovanni (#3189)
                                                     Stephanie O'Byrne (#4446)
                                                     CONNOLLY BOVE LODGE & HUTZ LLP
                                                     The Nemours Building
                                                     1007 North Orange Street
                                                     Wilmington, DE 19899-2207
                                                     (302) 888-6316

                                                     *Attorneys for Plaintiff Ferring B.V.*

OF COUNSEL:

Dennis J. Mondolino
Christine A. Pepe
McDermott, Will & Emery, LLP
340 Madison Avenue
New York, NY 10017
Phone: 212-547-5414

3

## CERTIFICATE OF SERVICE

I hereby certify that on the June 26, 2006, I electronically filed Ferring B.V.'s Reply to Teva's Opposition to Ferring B.V.'s Motion for Extension of Time with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899

I further certify that on the same date I served a copy of said document by hand and e-mail to the above-listed counsel, and by e-mail on the following counsel:

William F. Long
Sutherland Asbill & Brennan LLP
999 Peachtree Street
Atlanta, GA 30309-3996

/s/ Stephanie O'Byrne
Stephanie O'Byrne (#4446)

473107_1

1