## E-Mail Request for Emergency Relief

1. Case Number: 04-cv-884-SLR

2. Check the box that applies:

   ☐ Requesting a teleconference with the parties and the court
   ☐ Requesting an in-person conference with the parties and the court
   ☑ Requesting either of the above listed options at the court's determination

3. BRIEFLY describe the reason for this **emergency** request:

   Pursuant to Ferring B.V.'S Motion for an Extension of Time (D.I. 63) which was fully briefed (D.I. 64 and 65), Ferring B.V. respectfully requests the Court's consideration of its Motion for an Extension of Time to respond to Teva's Motion to Dismiss and Attorneys Fees until July 17, 2006. The deadline is currently set for July 3, 2006.

   *Any text added beyond the limits of this space will be disregarded by the court.

4. Name of opposing counsel contacted about this request: Josy W. Ingersoll

5. Response of opposing counsel to this request:

   Counsel opposes this request.

6. Name of local counsel making this request: Francis DiGiovanni

7. Today's Date: June 29, 2006

*********************************************************************

For court use only:

☐ A teleconference will be held on _____ to be coordinated and initiated by

☐ An in-person discovery conference will be held on:

☑ Other: Request for extension granted until July 7, 2006.

**Opposing Counsel's Response to E-Mail Request for Emergency Relief**

1. Case Number: 04 -cv- 884 -SLR

2. BRIEFLY state your response to the **emergency** request made by opposing counsel:

> This case has been stayed since April of 2005, at Ferring's request (over Teva's opposition) because Ferring represented to the Court that it would dismiss this case if the Federal Circuit affirmed the invalidity of Ferring's patent -- the same patent as in suit here -- in another case. The affirmance occurred on February 15, 2006 but Ferring still has not dismissed this case, forcing Teva to file a motion to dismiss and for attorneys' fees. Teva has agreed to extend the briefing schedule with regard to the attorneys' fees issue if Ferring will honor its commitment and dismiss the complaint now with prejudice. Also, even if Ferring will not dismiss now, Teva has offered an extension until July 7 for Ferring's answering brief. Teva has been unable to go forward in this case for over a year because of the stay, and believes further delay at this point would be unfair.

*Any text added to beyond the limits of this space will be disregarded by the court.

3. Name of local counsel submitting this response: Josy Ingersoll

4. Today's Date: 6/29/06

*************************************************************************************************