IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
FERRING B.V.                                    :
                                                :
                                                :   Civil Action No. 04-884-SLR
               Plaintiff,                       :
                                                :
      v.                                        :
                                                :
TEVA PHARMACEUTICALS USA, INC. and              :
TEVA PHARMACEUTICAL INDUSTRIES                  :
LIMITED                                         :
               Defendants.                      :
                                                :
---------------------------------------------------------------x

## ORDER

WHEREAS, having considered defendant the motion of Ferring B.V. ("Ferring") for an extension of time to file its answering brief to Defendants' Motion to Dismiss Complaint and for an Award of Attorneys' Fees and Costs,

IT IS SO ORDERED, this 30th day of June, 2006, that Ferring may file its answering brief to Defendants' Motion to Dismiss Complaint and for an Award of Attorneys' Fees and Costs on or before July 17, 2006.

_____
United States District Judge