IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------x
FERRING B.V.                                                :
                                                            :
                                                            :
              Plaintiff,                                    :    Civil Action No. 04-884-SLR
                                                            :
                                                            :
    v.                                                      :
                                                            :
TEVA PHARMACEUTICALS USA, INC. and                          :
TEVA PHARMACEUTICAL INDUSTRIES                              :
LIMITED                                                     :
              Defendants.                                   :
                                                            :
------------------------------------------------------------x
```

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Christine A. Pepe to represent plaintiff Ferring B.V. in this matter.


Dated: July 7, 2006                /s/ Francis DiGiovanni
                                   Francis DiGiovanni (#3189)
                                   CONNOLLY BOVE LODGE & HUTZ LLP
                                   The Nemours Building
                                   1007 North Orange Street
                                   P.O. Box 2207
                                   Wilmington, Delaware 19899-2207
                                   (302) 658-9141


## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.


Dated: _____            _____
                                 United States District Judge

1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to local Rule 83.6 submit to the disciplinary jurisdiction of this Court of any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee payment of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date 7/6/06

Christine A. Pepe

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Frank DiGiovanni hereby certify that on the July 7, 2006, I electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following, and I hereby certify that we have served via Hand Delivered a copy of said document to:

> Josy W. Ingersoll, Esq.
> Young Conway Stargatt & Taylor
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE 19899

I hereby certify that on July 7, 2006, I have served via facsimile and United States First Class Mail, the document to the following non-registered participant:

> William F. Long
> William L. Warren
> Sutherland Asbill & Brennan LLP
> 999 Peachtree Street, NE
> Atlanta, Georgia 30309-3996

> /s/ Francis DiGiovanni
> Francis DiGiovanni (#3189)
> CONNOLLY BOVE LODGE & HUTZ LLP
> The Nemours Building
> 1007 N. Orange Street
> Wilmington, DE 19801
> (302) 658-9141
> fdigiovanni@cblh.com
>
> *Attorneys for Plaintiff Ferring B.V.*

3