IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| FERRING B.V. | :<br>:<br>: Civil Action No. 04-884-SLR<br>:<br>Plaintiff,  :<br>:<br>v.  :<br>:<br>TEVA PHARMACEUTICALS USA, INC. and  :<br>TEVA PHARMACEUTICAL INDUSTRIES<br>LIMITED  :<br>Defendants.  :<br>: |

**FERRING B.V.'S CROSS-MOTION
FOR A STAY OF PROCEEDINGS OR, IN THE
<u>ALTERNATIVE, RULE 41(a)(2) DISMISSAL WITHOUT PREJUDICE</u>**

Plaintiff Ferring B.V. ("Ferring") respectfully moves this Court to stay this proceeding pending the resolution of the petition for writ of certiorari to the Supreme Court in the matter of *Ferring B.V. v. Barr Labs.*, No. 02-CV-9851 (CLB), 2005 U.S. Dist. LEXIS 3597 (S.D.N.Y. Feb. 7, 2005), *aff'd*, 437 F.3d 1181 (Fed. Cir. 2006), *rehearing denied*, *rehearing en banc denied*, No. 05-1284, 2006 U.S. App. LEXIS 10811 (Fed. Cir. Apr. 12, 2006), and if the writ is granted, pending the resolution of the Supreme Court decision on the merits.  The limited stay will preserve Ferring's rights pending Supreme Court review without any prejudice to Teva, as Teva is already selling its generic DDAVP product.  In the Southern District of New York case of *Ferring v. Barr*, Barr has agreed to stay its attorneys' fees claim pending resolution of the certiorari petition.

Pursuant to Local Rule 7.1.1, a stay has been requested from Teva but refused.  (*See* D.I. 64 at 3).

1

2

As an alternative to a stay, Ferring moves this Court to dismiss this action without prejudice. Fed. R. Civ. P. 41(a)(2). A dismissal without prejudice would similarly preserve Ferring's rights pending Supreme Court review, again, without any prejudice to Teva.

A proposed form of Order is attached.


Date: July 17, 2006

/s/Francis DiGiovanni
Francis DiGiovanni (#3189)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899-2207
(302) 888-6316

Dennis J. Mondolino
Christine A. Pepe
MCDERMOTT, WILL & EMERY LLP
340 Madison Avenue
New York, NY 10017
212-547-5400
Attorneys for Plaintiff Ferring B.V.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
FERRING B.V.                                :
                                            :
                                            :   Civil Action No. 04-884-SLR
            Plaintiff,                      :
                                            :
      v.                                    :
                                            :
TEVA PHARMACEUTICALS USA, INC. and          :
TEVA PHARMACEUTICAL INDUSTRIES              :
LIMITED                                     :
            Defendants.                     :
                                            :
---------------------------------------------------------------X

## [PROPOSED] ORDER

WHEREAS, having considered Plaintiff Ferring B.V.'s Cross-Motion for a Stay of Proceedings or, in the Alternative, a Rule 41(a)(2) Dismissal Without Prejudice, and also having considered Defendant Teva Pharmaceuticals USA. Inc. and Teva Pharmaceuticals Industries, Ltd. ("Teva") Motion to Dismiss Complaint and for an Award of Attorney's Fees and Costs;

IT IS SO ORDERED, this ___ day of _____, 2006, that the above-captioned litigation is hereby stayed pending the resolution of the petition for writ of certiorari to the Supreme Court in the matter of *Ferring B.V. v. Barr Labs.*, No. 02-CV-9851 (CLB), 2005 U.S. Dist. LEXIS 3597 (S.D.N.Y. Feb. 7, 2005), *aff'd*, 437 F.3d 1181 (Fed. Cir. 2006), *rehearing denied*, *rehearing en banc denied*, No. 05-1284, 2006 U.S. App. LEXIS 10811 (Fed. Cir. Apr. 12, 2006), and if the writ is granted, pending the resolution of the Supreme Court decision on the merits.

_____
The Honorable Sue L. Robinson
United States Chief District Judge

1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I, Francis DiGiovanni hereby certify that on July 17, 2006, I electronically filed Ferring B.V.'S Cross-Motion For A Stay Of Proceedings Or, In The Alternative, Rule 41(A)(2) Dismissal Without Prejudice, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following, and I hereby certify that we have served via Hand Delivery a copy of said document to:

> Josy W. Ingersoll, Esq.
> Young Conway Stargatt & Taylor
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE  19899

I hereby certify that I have served via United States First Class Mail, the document to the following non-registered participant:

> William F. Long
> William L. Warren
> Sutherland Asbill & Brennan LLP
> 999 Peachtree Street, NE
> Atlanta, Georgia  30309-3996

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19801
(302) 658-9141
fdigiovanni@cblh.com

*Attorneys for Plaintiff Ferring B.V.*

476706_1