IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------x
FERRING B.V.                                        :
                                                    :
                                                    :   Civil Action No. 04-884-SLR
            Plaintiff,                              :
                                                    :
    v.                                              :
                                                    :
TEVA PHARMACEUTICALS USA, INC. and                  :
TEVA PHARMACEUTICAL INDUSTRIES                      :
LIMITED                                             :
            Defendants.                             :
                                                    :
-----------------------------------------------------------X

**DECLARATION OF CHRISTINE A. PEPE, ESQ.
IN SUPPORT OF FERRING B.V.'S (1) ANSWER TO TEVA'S MOTION
TO DISMISS COMPLAINT AND FOR AN AWARD OF ATTORNEY'S FEES
AND COSTS AND (2) CROSS-MOTION FOR A STAY OF PROCEEDINGS OR,
IN THE ALTERNATIVE, RULE 41(a)(2) DISMISSAL WITHOUT PREJUDICE**

I, Christine A. Pepe, Esq., hereby declare as follows:

1 I am an associate at the law firm of McDermott, Will & Emery, LLP, counsel for Plaintiff Ferring B.V. ("Ferring"). I submit this Declaration in support of Ferring's: (1) answer to Teva's Motion to Dismiss Complaint and for an Award of Attorney's Fees and Costs, and (2) Cross-Motion for a Stay of Proceedings or, in the alternative, Rule 41(a)(2) Dismissal Without Prejudice.

2 Attached as Exhibit 1 is a true and correct copy of *Ferring B.V. v. Barr Labs.*, ("*Ferring v. Barr*"), Slip Opinion, Appeal No. 05-1284, reported at 437 F.3d 1181 (Fed. Cir. 2006), *rehearing denied, rehearing en banc denied*, 2006 U.S. App. LEXIS 10811 (Fed. Cir. Apr. 12, 2006).

3 Attached as Exhibit 2 is a true and correct copy of the April 12, 2006 Order from the U.S. Court of Appeals for the Federal Circuit, in *Ferring v. Barr*.

4 Attached as Exhibit 3 is a true and correct copy of Michelsohn, Arie M., *Reaching Opposite Findings on Inequitable Conduct*, Nat'l Law Journal, April 10, 2006.

5 Attached as Exhibit 4 is a true and correct copy of *The Federal Circuit's New Trio of Inequitable Conduct Patent Cases: Clarification or Confusion*, Nixon Peabody LLP, Technology and Intellectual Property Alert, February 26, 2006, http://www.nixonpeabody.com/publications_detail3.asp?Type=P&PAID=0&ID=1271&Br.

6 Attached as Exhibit 5 is a true and correct copy of Irving, Thomas L., Finnegan Henderson et al., *The Inequitable Conduct Plague in U.S. Patent Litigation: Is it Over or is the CAFC Moving Away from an Absolute Liability Standard?* available at http://www.finnegan.com/publications/news-popup.cfm?id=1553&type=article.

7       Attached as Exhibit 6 is a true and correct copy of U.S. Senate Committee on the Judiciary, Testimony of Phillip S. Johnson, Chief Patent Counsel Johnson & Johnson, May 23, 2006, available at http://judiciary.senate.gov/testimony.cfm?id=1911&wit_id=5467.

8       Attached as Exhibit 7 is a true and correct copy of *The Federal Circuit Goes Back to the Dark Ages of Inequitable Conduct, decision of the day, A Daily Summary of the Best (And Worst) of Federal Appellate Decisions,* available at http://appellatedecisions.blogspot.com/2006/02/federal-circuit-goes-back-to-dark-ages.html.

9       Attached as Exhibit 8 is a true and correct copy of a June 5, 2006 letter to the Federal Trade Commission, from Robert A. Armitage, Senior Vice President and General Counsel of Eli Lilly & Co.

10      Attached as Exhibit 9 is a true and correct copy of a collection of various publicly available articles including the following: Wellman, Arthur A., Jr., *You've Been Warned,* IP Magazine, May 8, 2006; New York City Bar Event Detail: *The Federal Circuit's Changing View of Inequitable Conduct and its Implications for Patent Prosecution, Litigation and Competition Generally,* available at http://www.nycbar.org/EventsCalendar/show_event.php?eventid=485; *J. Newman: Inequitable Conduct Charges Again on the Rise,* Patently-O. Patent Law Blog, available at http://patentlaw.typepad.com/patent/2006/02/j_newman_inequi.html; *Federal Circuit More Accepting of Inequitable Conduct Defense,* Quinn Emanuel Urquart Oliver & Hedges, LLP, Business Litigation Report; Lutzker, Joel, *Clarifying the Inequitable Conduct Standard,* available at http://www.asialaw.com/default.asp?page=14&ISS=21445&SID=616439; Sughrue Mion, PLLC News and Events, *Ferring et al. v. Barr Labs.*, Feb. 15, 2006, and *M. Eagle Tool Warehouse, Inc. v. Fisher Tooling Co., Inc.*, Feb. 27, 2006, available respectively at http://www.sughrue.com/news/decisions/

NYK 1048058-1.075105.0012

DevelopmentsDetail.aspx?id=575 and 574; Reichel, Mark, Ice Miller LLP, *Inequitable Conduct Ruling Upheld by the Federal Circuit,* available at http://dailydoseofip.blogspot.com/2006/02inequitable-conduct-ruling-upheld-by.html; *Inventors' Failure to Disclose the Known Relationship of Declarants to Patentholders Constituted Inequitable Conduct,* IP Law Observer, March 3, 2006, available at http://www.iplawobserver.com/2006/03/inventors-failure-to-disclose-known.html; University of Houston Federal Circuit Patent Law Case Update, 2006, available at www.fcplc.org; Drutchas, Grantland, *Patentee Must Disclose Affiliations of Declarants,* Feb. 16, 2006, available at http://www.typepad.com/t/trackback/4275368; *Patent Found Unenforceable Due to Inequitable Conduct with Submitted Declarations,* Patent Baristas, available at http://www.patentbaristas.com/archives/000345.php; *Barr Beats Ferring BV and Aventis Pharmaceuticals Inc. in Antidiuretic Case,* IPBIZ, Feb. 9, 2006, available at http://ipbiz.blogspot.com/2005/02/barr-beats-ferring-bv-and-aventis.html; Warren, William L., Wade, Kathryn H., *Analysis of a Patent Applicant's Obligations: Candor, Honesty and Good Faith,* Genetic Engineering News, Vol. 26, No. 9, May 1, 2006; *Inequitable Conduct Finding Affirmed Where Patentee Failed to Disclose Potential Bias of Non-Inventors who Submitted Declarations Support Patent Application,* Duane Morris, Federal Circuit Alert, available at http://www.duanemorris.com/alerts/alert2141.html; *Declarations Supporting Patentability Result in Finding Inequitable Conduct,* Legal Alerts, Dinsmore & Shohl, LLP, available at http://www.dinslaw.com/pubs/legal_alert.asp?ID=1489.

11   Attached as Exhibit 10 is a true and correct copy of a Feb. 14, 2005 letter to D. Mondolino from W. Long, and a Feb. 15, 2005 letter to W. Long from D. Mondolino.

12   Attached as Exhibit 11 is a true and correct copy of an Apr. 24, 2006 letter to D. Mondolino from W. Long.

NYK 1048058-1.075105.0012

- 5 -

13   Attached as Exhibit 12 is a true and correct copy of an Apr. 25, 2006 letter to W. Long from D. Mondolino.

14   Attached as Exhibit 13 is a true and correct copy of May 22, 2006 Order Granting Stipulation for Extension of Time, in *Ferring v. Barr,* Case No. 02 CV 9851 (CLB (MDF).

15   Attached as Exhibit 14 is a true and correct copy of U.S. Patent No. 5,047,398.

16   Attached as Exhibit 15 is a true and correct copy of an August 20, 1984 Office Action, from Application No. 06/613,779.

17   Attached as Exhibit 16 is a true and correct copy of U.S. Patent No. 3,497,491.

18   Attached as Exhibit 17 is a true and correct copy of a May, 28, 1986 Interview Summary, from App. No. 809,937.

19   Attached as Exhibit 18 is a true and correct copy of a June 12, 1986 Preliminary Amendment, from App. No. 809,937.

20   Attached as Exhibit 19 is a true and correct copy of the Declaration of Hans Vilhardt, dated May 29, 1986, submitted during the prosecution of App. No. 809,937.

21   Attached as Exhibit 20 is a true and correct copy of the Declaration of Hans Vilhardt, with attached CV, dated May 27, 1986, submitted during the prosecution of App. No. 809,937.

22   Attached as Exhibit 21 is a true and correct copy of the Declaration of Paul Czernichow, with attached CV, dated June 4, 1986, submitted during the prosecution of App. No. 809,937.

23      Attached as Exhibit 22 is a true and correct copy of the Declaration of Myron Miller, with attached CV, dated June 9, 1986, submitted during the prosecution of App. No. 809,937.

24      Attached as Exhibit 23 is a true and correct copy of an Office Action, dated Nov. 13, 1986, from App. No. 809,937.

25      Attached as Exhibit 24 is a true and correct copy of a Request for Reconsideration, dated May 20, 1987, from App. No. 809,937.

26      Attached as Exhibit 25 is a true and correct copy of an Office Action, dated Aug. 13, 1987, from App. No. 809,937.

27      Attached as Exhibit 26 is a true and correct copy of Brief of Appellant, In re Application of Helmer Hagstam and Hans Vilhardt, Serial No. 809, 937, dated March 13, 1988.

28      Attached as Exhibit 27 is a true and correct copy of the decision issued on Sept. 20, 1990, Ex parte Helmer Hagstam and Hans Vilhardt, by the Board of Patent Appeals and Interferences.

29      Attached as Exhibit 28 is a true and correct copy of an Amendment After Appeal Under 37 C.F.R. 1.196(b), dated Nov. 21, 1990, with attached Declarations of Drs. Hans Vilhardt, Myron Miller, Paul Czernichow, I.C.A.F. Robinson and Tomislav Barth

30      Attached as Exhibit 29 is a true and correct copy of the Non-Confidential Brief for Plaintiff-Appellant Ferring B.V., Appeal No. 05-1284, dated Apr. 25, 2006.

31      Attached as Exhibit 30 is a true and correct copy of Non-Confidential Reply Brief for Plaintiff-Appellant Ferring B.V., Appeal No. 05-1284, dated July 8, 2005.

32      Attached as Exhibit 31 is a true and correct copy of Plaintiff-Appellant Ferring B.V.'s Combined Petition for Panel Rehearing and for Rehearing *En Banc*, dated march 1, 2006.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:       July 17, 2006

_____
Christine A. Pepe. Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni hereby certify that on July 17, 2006, I electronically filed Declaration Of Christine A Pepe, Esq. In Support Of Ferring B.V.'S (1) Answer To Teva's Motion To Dismiss Complaint And For An Award Of Attorney's Fees And Costs And (2) Cross-Motion For A Stay Of Proceedings Or, In The Alternative, Rule 41(A)(2) Dismissal Without Prejudice, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following, and I hereby certify that we have served via Hand Delivery a copy of said document to:

> Josy W. Ingersoll, Esq.
> Young Conway Stargatt & Taylor
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE  19899

I hereby certify that I have served via United States First Class Mail, the document to the following non-registered participant:

> William F. Long
> William L. Warren
> Sutherland Asbill & Brennan LLP
> 999 Peachtree Street, NE
> Atlanta, Georgia  30309-3996

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19801
(302) 658-9141
fdigiovanni@cblh.com

*Attorneys for Plaintiff Ferring B.V.*