# Exhibit 2

Case 1:04-cv-00884-SLR   Document 71-3   Filed 07/17/2006   Page 1 of 3

NOTE: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public order.

REVISED: April 12, 2006

# United States Court of Appeals for the Federal Circuit

2005-1284

FERRING B.V.,

                    Plaintiff-Appellant,

and

AVENTIS PHARMACEUTICALS, INC.,

                    Plaintiff-Appellant,

v.

BARR LABORATORIES, INC.,

                    Defendant-Appellee.

ON PETITION FOR PANEL REHEARING
AND REHEARING EN BANC

Before MICHEL, Chief Judge, NEWMAN, MAYER, LOURIE, RADER, SCHALL, BRYSON, GAJARSA, LINN, DYK, and PROST, Circuit Judges.

ORDER

A combined petition for panel rehearing and rehearing en banc was filed by Aventis Pharmaceuticals, Inc.[1], and a response thereto was invited by the court and filed by Barr Laboratories, Inc. The petition for rehearing was referred to the panel that heard the appeal, and thereafter the petition for rehearing en banc, response and the amicus curiae brief were referred to the circuit judges who are authorized to request a poll whether to rehear the appeal en banc. A poll was requested, taken, and failed.

Upon consideration thereof,

---

[1] The Pharmaceutical Research and Manufacturers of America filed an amicus curiae brief.

43

PAGE 4/5 * RCVD AT 4/14/2006 3:38:12 PM [Eastern Daylight Time] * SVR:RF/2 * DNIS:500 * CSID:804 644 3256 * DURATION (mm-ss):01-32

IT IS ORDERED THAT:

(1) The petition for panel rehearing is denied.

(2) The petition for rehearing en banc is denied.

(3) The mandate of the court will issue April 19, 2006.

NEWMAN, LOURIE, and GAJARSA, <u>Circuit Judges</u>, would rehear the appeal en banc.

APR 12 2006
Date

FOR THE COURT

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc:  Dennis J. Mondolino, Esq.
     Gerald Sobel, Esq.
     Daniel F. Attridge, Esq.
     Richard L. Rainey, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 12 2006

JAN HORBALY
CLERK

2005-1284                                    2