# Exhibit 7



**Blogger** | SEARCH ALL BLOGS | SEARCH THIS BLOG | BlogThis! | GET YOUR OWN BLOG | FLAG? | NEXT BLOG»

# decision of the day

A DAILY SUMMARY OF THE BEST (AND WORST) OF FEDERAL APPELLATE DECISIONS

**Federal Criminal Lawyers**
Specializing in Federal Crimes: Attorney James Budreau
Ads by Google

**Houston Appeals Lawyer**
Free Case Evaluation. 877-224-0207 We Will Defend Your Criminal Case!
Advertise on this site

## about me

Name: Robert Loblaw

Wednesday

## The Federal Circuit Goes Back to the Dark Ages of Inequitable Conduct

Ferring B.V. v. Barr Laboratories, Inc., 05-1284
(Fed. Cir., Feb. 15, 2006)

A divided Federal Circuit affirms a district court order that invalidated Ferring's patent on a new oral dosage of a diabetes medication based on inequitable conduct before the Patent and Trademark Office. On two occasions when the PTO expressed concerns about patentability, Ferring submitted declarations from non-inventors who explained away these concerns. Ferring did not, however, disclose that several of the declarants had significant financial connections to Ferring. The majority agrees with the district court that Ferring's failure to disclose these relationships amounted to inequitable conduct.

Dissenting, Judge Newman traces the history of the inequitable conduct defense back to a time when courts routinely found patents to be unenforceable based on a standard of perfection that was virtually unattainable. In 1988, the Federal Circuit changed all that with Kingsdown, a landmark decision that required a showing of materiality and intent to deceive. Judge Newman argues that the majority is ignoring Kingsdown and "has regressed to that benighted era . . . reviving the culture of attack on inventor rights and attorney reputations based on

inference and innuendo."

// posted by Robert Loblaw @ Wednesday, February 15, 2006

## Comments:  Post a Comment

## Links to this post:

### Create a Link

### << Home



This website is intended purely for entertainment. It is not intended to be a comprehensive review of appellate law. It is not intended as a legal research tool. Nothing in this blog should be interpreted as legal advice.

View my complete profile

# links

Glossary
Federal Practice Bulletin
Patently-O: Patent Law
Appellate Law & Practice
Sentencing Law & Policy
White Collar Crime
The 10b-5 Daily
Howard Bashman
Mayer Brown Appellate Website
Goldstein & Howe SCOTUS Blog
Crime and Federalism
TaxProf
Orin Kerr
Taxonomy of Legal Blogs

## archives

2005-10-09
2005-10-16
2005-10-23
2005-10-30
2005-11-06
2005-11-13
2005-11-20
2005-11-27
2005-12-04
2005-12-11
2005-12-18
2005-12-25
2006-01-01
2006-01-08
2006-01-15
2006-01-22
2006-01-29
2006-02-05
2006-02-12
2006-02-19
2006-02-26
2006-03-05
2006-03-12
2006-03-19
2006-03-26
2006-04-02
2006-04-09
2006-04-16
2006-04-23
2006-04-30
2006-05-07
2006-05-14
2006-05-21
2006-05-28
2006-06-04
2006-06-11
2006-06-18
2006-06-25

feeds

Site Feed