# Exhibit 10

**Sutherland**
**Asbill &**
**Brennan LLP**
ATTORNEYS AT LAW

999 Peachtree Street, N
Atlanta, GA 30309-399
404.853.8000
fax 404.853.8806
www.sablaw.com

WILLIAM F. LONG
DIRECT LINE: 404.853.8847
Internet: bill.long@sablaw.com

February 14, 2005

<u>VIA FACSIMILE & UNITED STATES MAIL</u>

Dennis J. Mondolino, Esq.
Esther H. Steinhauer, Esq.
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
Fax: (212) 309-6001

Re: *Ferring v. Teva*, Civil Action No. 04-884 (SLR) (D. Del.)

Dear Counsel:

Jack Minnear advised me that during last week's telephone call, Ms. Steinhauer asserted that Ferring would not voluntarily dismiss its patent infringement claims in the above-captioned matter. I write to request that you reconsider that position.

As you are aware, Judge Brieant's February 7, 2005 Memorandum and Order held that the '398 patent is unenforceable for inequitable conduct and not infringed by desmopressin acetate tablets. The Supreme Court's ruling in *Blonder-Tongue* and that case's progeny prevent Ferring from attempting to enforce patent rights held in other jurisdictions to have been procured through inequitable conduct. As such, Ferring does not have a reasonable basis in law or fact to oppose the entry of summary judgment in Teva's favor on its non-infringement and unenforceability defenses and counterclaims. Ferring's infringement claims should be dismissed.

In light of clear precedent prohibiting further attempts to enforce the '398 patent by Ferring, further activity by Ferring in this action is inappropriate. We do not understand why further discovery efforts or any other actions would be warranted, aside from possible motions designed to effectuate a dismissal of this case.

Atlanta ■ Austin ■ Houston ■ New York ■ Tallahassee ■ Washington, D

Dennis J. Mondolino, Esq.
Esther H. Steinhauer, Esq.
February 14, 2005
Page 2

      Please let us know no later than Friday, February 18, 2005 whether Ferring will reconsider its refusal to voluntarily dismiss the case. If Ferring does not do so, Teva intends to seek summary judgment on the basis of collateral estoppel and to seek sanctions including, without limitation, its attorneys' fees and other expenses.

                                               Sincerely yours,

                                               William F. Long

cc:     Francis DiGiovanni, Esq.
        Josy Ingersoll, Esq.

AO 1271685.4

Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel: 212.309.6000
Fax: 212.309.6001
www.morganlewis.com



Dennis J. Mondolino
**Partner**
(212) 309-2107
dmondolino@morganlewis.com

February 15, 2005

**VIA FACSIMILE**

William F. Long, Esq.
Sutherland Asbill & Brennan LLP
999 Peachtree Street, N.E., Suite 2300
Atlanta, Georgia 10309-3996

      Re:   *Ferring B.V. v. Teva*
              Civ. Action No. 04-884 (SLR)

Dear Mr. Long:

This responds to your letter of February 14, 2005.

Ferring declines Teva's request to voluntarily dismiss its patent infringement suit in the above-captioned matter but would agree to a stay of all discovery pending Ferring's appeal of the New York district court's decision to the Federal Circuit. A stay will preserve this Court's resources in the event of a reversal. Should Teva file a summary judgment motion based on collateral estoppel, we will oppose and request a stay pending the above-mentioned appeal.

                              Very truly yours,

                              Dennis J. Mondolino

cc:  Josy W. Ingersoll, Esq. (via facsimile)
      Francis DiGiovanni, Esq. (via facsimile)

1-NY/1875347.1