# Exhibit 12

# McDermott
# Will & Emery

Boston  Brussels  Chicago  Düsseldorf  London  Los Angeles  Miami  Munich
New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Dennis J. Mondolino
dmondolino@mwe.com
212-547-5823

## PROTECTED UNDER RULE 408
## OF THE FEDERAL RULES OF EVIDENCE

April 25, 2006

VIA FACSIMILE AND U.S. MAIL

William F. Long
Sutherland, Asbill & Brennan LLP
999 Peachtree Street, NE
Atlanta Georgia 30309-3996

Re:    *Ferring B.V. v. Teva Pharmaceutical Industries, Ltd.*, C.A. No. 04-884-SLR
       <u>Client-Matter No. 075105-0012</u>

Dear William:

We write in response to your letter of April 24, 2006.

We agree that in view of the Federal Circuit's denial of Ferring's Combined Petition for Panel
Rehearing and Rehearing *En Banc* and in accordance with the parties' stipulation, entered by the
Court on March 2, 2006, the stay in this proceeding is no longer in effect.  Therefore, in view of
the foregoing, Ferring agrees to withdraw its complaint and dismiss this action with prejudice.

However, Ferrring will not agree to any stipulation regarding attorneys fees under 35 U.S.C.
§285.  Teva's offer to "compromise" by proposing that Ferring simply pay attorney's fees and
costs in the amount of $363,958.18 is therefore rejected.

Sincerely,

Dennis J. Mondolino

NYK 1034426-1.075105.0012