# Exhibit 13




197

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FERRING B.V. and
AVENTIS PHARMACEUTICALS, INC.,

    Plaintiffs,

-against-

BARR LABORATORIES, INC.,

    Defendant.

Case No: 02 CV 9851 (CLB) (MDF)

DEFENDANT BARR LABORATORIES, INC., AND PLAINTIFFS AVENTIS PHARMACEUTICALS, INC. AND FERRING B.V.'S STIPULATION FOR EXTENSION OF TIME

### ~~PROPOSED~~ ORDER GRANTING STIPULATION FOR EXTENSION OF TIME

Upon consideration of the Stipulation for Extension of Time to File for Attorney Fees and Taxable Costs submitted by Defendant Barr Laboratories, Inc. and Plaintiffs Ferring B.V. and Aventis Pharmaceuticals, Inc., and consistent with precedent;

IT IS HEREBY ORDERED AND ADJUDGED that:

1. The parties Stipulation for Extension of Time to File for Attorney Fees and Taxable Costs is GRANTED; and

2. The briefing schedule for the filing of any applications of attorney fees (including under 35 U.S.C. §285) and/or costs and any opposition and subsequent reply is as follows:

    a. Barr Laboratories' motion for attorney fees and costs would be due 30 days after the United States Supreme Court's denial of Plaintiffs' petition for writ of certiorari or resolution of Plaintiffs' appeal if Plaintiffs' petition is granted;

b. Plaintiffs' opposition to Barr's motion would be due 30 days after the filing of Barr's motion; and

c. Barr Laboratories' reply brief would be due 30 days after the filing of Plaintiffs' opposition.

SO ORDERED

Dated: White Plains, N.Y.
May 22, 2006

_____
The Honorable Charles L. Brieant
United States District Judge

3