# Exhibit 15

Case 1:04-cv-00884-SLR  Document 71-21  Filed 07/17/2006  Page 2 of 4



UNITED STATES DEPARTMENT OF COMMERCE
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 06/613,779 | 05/24/84 | HAGSTAM H | 0849-463 |

STEPHEN B. JUDLOWE
HOPGOOD, CALIMAFDE, KALIL,
BLAUSTEIN & JUDLOWE
60 EAST 42ND STREET
NEW YORK, NY 10165

| EXAMINER |
|---|
| STONE, J |

| ART UNIT | PAPER NUMBER |
|---|---|
| 123 | |

DATE MAILED: 08/29/84

This is a communication from the examiner in charge of your application.
**COMMISSIONER OF PATENTS AND TRADEMARKS**

[✓] This application has been examined    [ ] Responsive to communication filed on _____    [ ] This action is made final.

A shortened statutory period for response to this action is set to expire __3__ month(s), _____ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

**Part I**  THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:
1. [✓] Notice of References Cited by Examiner, PTO-892.    2. [ ] Notice re Patent Drawing, PTO-948.
3. [ ] Notice of Art Cited by Applicant, PTO-1449.    4. [ ] Notice of Informal Patent Application, Form PTO-152
5. [ ] Information on How to Effect Drawing Changes, PTO-1474.    6. [ ] _____

**Part II**  SUMMARY OF ACTION

1. [✓] Claims __1-10__ are pending in the application.
   Of the above, claims _____ are withdrawn from consideration.
2. [ ] Claims _____ have been cancelled.
3. [ ] Claims _____ are allowed.
4. [✓] Claims __1-10__ are rejected.
5. [ ] Claims _____ are objected to.
6. [ ] Claims _____ are subject to restriction or election requirement.

7. [ ] This application has been filed with informal drawings which are acceptable for examination purposes until such time as allowable subject matter is indicated.

8. [ ] Allowable subject matter having been indicated, formal drawings are required in response to this Office action.

9. [ ] The corrected or substitute drawings have been received on _____. These drawings are [ ] acceptable;
   [ ] not acceptable (see explanation).

10. [ ] The [ ] proposed drawing correction and/or the [ ] proposed additional or substitute sheet(s) of drawings, filed on _____ has (have) been [ ] approved by the examiner. [ ] disapproved by the examiner (see explanation).

11. [ ] The proposed drawing correction, filed _____, has been [ ] approved. [ ] disapproved (see explanation). However, the Patent and Trademark Office no longer makes drawing changes. It is now applicant's responsibility to ensure that the drawings are corrected. Corrections MUST be effected in accordance with the instructions set forth on the attached letter "INFORMATION ON HOW TO EFFECT DRAWING CHANGES", PTO-1474.

12. [✓] Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has [ ] been received [✓] not been received
   [ ] been filed in parent application, serial no. _____ ; filed on _____

13. [ ] Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. [ ] Other

PTOL-326 (Rev. 7-82)     EXAMINER'S ACTION

Serial No.   613779
Art Unit    123

2

The specification is objected to under 35 U.S.C. 112, first paragraph, as failing to provide an enabling disclosure. This paragraph of the statute requires that the specification shall contain a written description of the invention and of the manner and process of making and using it, in such full, clear, concise and exact terms as to enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the same, and shall set forth the best mode contemplated by the inventor of carrying out his invention. The terminology "in oral dosage form" and "in the form of a tablet" and "in the form of a capsule" is considered beyond the scope of enablement as Applicant indicates that sublingual tablets are unsatisfactory.

Claims 1-10 are rejected under 35 U.S.C. 112, first paragraph, for the reasons set forth in the objection to the specification. The terminology criticized supra and the term "substantially dissolved and absorbed in the gastrointestinal tract of said human" is also considered vague and indefinite as to exactly what is intended and the metes and bounds thereof. The functional language "said composition being capable of dissolving and being absorbed in the gastrointestinal tract of said humans" is further seen as improper.

Serial No. 613779
Art Unit  123                                              3

The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless;
> (b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of application for patent in the United States.

Claims 1-10 are rejected under 35 U.S.C. 102 b as anticipated by or, in the alternative, under 35 U.S.C. 103 as obvious over Zaoral et al. or the Chem. Abstracts citation of Kinter et al. Each reference teaches the oral administration of 1-deamino-8-D-arginine vasopressin as claimed by applicant. The choice of tablet, capsule or liquid form is deemed to be within the skill of the artisan.

No claims are allowed.

Stone:bjk
A/C 703
557-3920
8/20/84

DONALD B. MOYER
SUPERVISORY PATENT EXAMINER
ART UNIT 123