# Exhibit 17



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 809937 | 12-17-85 | Hagstam | |

| EXAMINER |
|---|
| Store/Moyer |

| ART UNIT | PAPER NUMBER |
|---|---|
| 123 | 2 |

DATE MAILED:

## EXAMINER INTERVIEW SUMMARY RECORD

All participants (applicant, applicant's representative, PTO personnel):

(1) Mr. Meikeljohn          (3) Exr Moyer

(2) H. Vilhardt            (4) Exr Storie

Date of interview _5-28-86_

Type:  ☐ Telephonic   ☑ Personal (copy is given to ☐ applicant  ☑ applicant's representative).

Exhibit shown or demonstration conducted:  ☐ Yes  ☑ No.  If yes, brief description: _____

Agreement  ☐ was reached with respect to some or all of the claims in question.  ☑ was not reached.

Claims discussed: _1 — 10_

Identification of prior art discussed: _Zaoral et al, Kinter et al_
_(Bossenmas et al 3,454,549)_

Description of the general nature of what was agreed to if an agreement was reached, or any other comments: _Applicants urge that prior art does not teach administration via stomach route & that peroral — implies "buccal" etc, & that one skilled in the art would not think otherwise. A newly found ref 3,454,549 was brought to their attention which teaches the lysmes in a tablet. Applicants will consider amending claims & filing declarations. The examiner will wait 2 weeks_

(A fuller description, if necessary, and a copy of the amendments, if available, which the examiner agreed would render the claims allowable must be attached. Also, where no copy of the amendments which would render the claims allowable is available, a summary thereof must be attached.)

Unless the paragraphs below have been checked to indicate to the contrary, A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION IS NOT WAIVED AND MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW (e.g., items 1—7 on the reverse side of this form). If a response to the last Office action has already been filed, then applicant is given one month from this interview date to provide a statement of the substance of the interview _→ before giving 1st action. No other promises._

☐ It is not necessary for applicant to provide a separate record of the substance of the interview.

☐ Since the examiner's interview summary above (including any attachments) reflects a complete response to each of the objections, rejections and requirements that may be present in the last Office action, and since the claims are now allowable, this completed form is considered to fulfill the response requirements of the last Office action.

81-3679 PTOL-413 (rev. 1-81)

_D. Moyer_
Examiner's Signature

**APPLICANT'S COPY**