# Exhibit 19

Exhibit A

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re application of | : | HELMER HAGSTAM and HANS VILHARDT |
| Serial No. | : | 809,937 |
| Filed | : | December 17, 1985 |
| For | : | DDAVP ANTIDIURETIC AND METHOD THEREFOR |
| Examiner | : | J. Stone |
| Group Art Unit | : | |

Honorable Commissioner of Patents
  and Trademarks
Washington, D.C. 20231

### DECLARATION OF HANS VILHARDT

Sir:

Hans Vilhardt declares and states that:

1. I am one of the co-inventors of the subject matter of the above-identified patent application.

2. I have reviewed the prior art set forth in the Information Disclosure Statement filed May 27, 1986. None of this prior art, taken either alone or in any combination, teaches or suggests that DDAVP may be administered in oral dosage form for absorption in the gastrointestinal tract of humans. The following discussion is directed specifically to four of the references cited in the Information Disclosure Statement:

  a) U.S. Patent No. 3,497,491 to Zaoral et al ("Zaoral");

  b) Kinter et al, "Oral Antidiuretic Therapy: Studies In the Diabetes Insipidus Rat", 243 Am. J. Physiol. R 491 (1982) ("Kinter");

c) Dunn et al., "Renal Excretion Of Prostaglandin $E_2$ and $F_2$ In Diabetes Insipidus Rats", 235 Am. J. Physiol. 624 (1978) ("Dunn"); and

d) Saffran et al, "A Model For The Study Of The Oral Administration Of Peptide Hormones", 57 Can. J. Biochem. 548 (1979) ("Saffran").

3. Zaoral is directed to DDAVP. This patent discloses that "the preferred way of administration is subcutaneous but the drug can also be used by intranasal application" (column 3, lines 29 and 30). Dosage ranges are supplied for subcutaneous (5-10ng/kg/day) and intranasal (approximately 200 ng/kg/day) administration (column 3, lines 31 through 33). No dose or dosage range is provided for oral administration.

4. Zaoral also lists "peroral" (col. 3, line 21) as one of many ways of DDAVP "application". The term "peroral" meant, in 1970, in the context of DDAVP administration, sublingual and buccal administration. If "peroral" did not mean "sublingual and buccal", then Zaoral would have excluded from his list of administration methods two of the more commonly used means at that time.

5. I read the Zaoral patent on several occasions in my position with Ferring Pharmaceuticals, the exclusive licensee under the Zaoral patent. Despite my frequent review of the patent, the disclosure, including the section on administration of the drug, did not teach or suggest to me that DDAVP could be orally administered to humans for gastrointestinal absorption.

6. I concluded that "peroral" in Zaoral meant "sublingual or buccal" because it was well established in the mid 1960's that peptides similar to DDAVP were readily absorbed from the oral mucosa. Buccal application of oxytocin, a peptide closely

-2-

related to DDAVP (both DDAVP and oxytocin have nine amino acids, seven of which are common to both molecules), for example, has been used since 1960. See Dillon et al, 15 Obstet. Gynecol. 587 (1960). The absorption and biological effects of oxytocin after various forms of application are shown in Dawood et al, "Plasma Oxytocin Levels And Disappearance Rate After Buccal Pitccin", 138 Am. J. Obstet. Gynecol. 20 (1980).

   7.  Those skilled in this art did not recognize that DDAVP could be orally administered for gastrointestinal absorption by humans. Ten years after the issuance of Zaoral, leading researchers in London and Hungary were looking for ways of administering DDAVP which were less disadvantageous than the intranasal route which was then used. See Laczi et al, "Effects Of Vasopressin Analogues (DDAVP, DVDAVP) In The Form Of Sublingual Tablets In Central Diabetes Insipidus", 18 Int. J. Clin. Pharmacol. Ther. Toxical 63 (1980) and Grossman et al, "Two New Modes Of Desmopressin (DDAVP) Administration", 2 Brit. Med. J. 1215 (1980). These researchers did not consider the oral/gastrointestinal route because of the state of knowledge at that time that DDAVP would be inactivated if so administered.

   8.  The articles described in paragraphs 6 & 7 show that the mucosal lining of the oral cavity, like the nasal mucosa, is unique in the sense that it will allow absorption not only of a variety of drugs of rather simple chemical structure, but also more complex molecules like peptides. The mucosa of the oral cavity and presumably the mechanisms of passage of molecules are, however, completely different from conditions in the gastrointestinal tract. Deductions from one to the other as to absorption cannot be made.

-3-

9. The manner in which we made our invention is further evidence of the fact that the Zaoral patent did not disclose to me or my co-workers the oral/gastrointestinal absorption route of administration. After reading the appropriate scientific papers and patents, including Zaoral, our group attempted to get DDAVP into the gut by microencapsulating it in liposomes. The purpose of the microencapsulation was to protect the DDAVP from the degrative action of the enzymes in the gut. The present invention was discovered when I conducted the "control" experiment - i.e., the use of DDAVP which was not microencapsulated. To our surprise, and contrary to the reason that we were conducting the microencapsulation experiment, the control experiment produced a substantial, and unexpected, antidiuretic effect.

10. Kinter and Dunn show an antidiuretic effect in rats suffering from diabetes insipidus when DDAVP was added to the drinking water. Neither article teaches or suggests anything about the human response to DDAVP administered in solution form. Neither article teaches or suggests that DDAVP is absorbed in the gastrointestinal tract of humans or even rats.

11. Accordingly, the antidiuretic effect observed in the Kinter and Dunn experiments with DDAVP in the drinking water of rats is based on the fact that DDAVP is absorbed from the mouth of the rat during drinking. There is no teaching or suggestion of gastrointestinal absorption in either Kinter or Dunn. Furthermore, there is no disclosure in either Kinter or Dunn that the vasopressin compounds may be used for humans. As established in paragraphs 15-18, infra, there is no transferability with respect to the mechanism of absorption from rats to humans.

-4-

12. <u>Saffran</u> shows an antidiuretic effect in anesthesized rats following the intragastric administration of vasopressin (AVP) and a vasopressin analogue - 1-d-4-Val-8-D-AVP (1-d-4 Val DAVP). The antidiuretic response is dose dependent. DDAVP was not studied by <u>Saffran</u>. The methods used by <u>Saffran</u> and the activity obtained do not relate to our discovery that DDAVP is absorbed in the gastrointestinal tract of humans.

13. As to the method used in <u>Saffran's</u> work, fasting rats were anesthesized by the administration of alcohol via a gastric tube. These conditions of administration are substantially different from those used in treating humans with an oral dosage form of DDAVP.

14. <u>Saffran's</u> use of alcohol, for example, has an irritant action which is particularly marked on mucous membranes. This irritant action has resulted in an antidiuretic effect for other peptides when such an effect is not observed without the use of the alcohol. Trasylol, for example, is a large peptide with a molecular weight (6000) similar to that of insulin. Under normal conditions, Trasylol is not absorbed from the gastrointestinal tract. The appearance of Trasylol in the blood after gastric administration to <u>Saffran's</u> alcohol anesthesized rats supports the view that the use of alcohol creates unusual absorption conditions in rats.

Furthermore, other substances with mild effects on surface epithelium can induce qualitative changes in transepithelial transport. It has been reported (L.J. Caldwell (Merck Sharp and Dohme Research Laboratories, Lawrence, Kansas)) at the AAAS symposium "Oral Administration of Peptide and Protein Drugs", on May 29, 1983 in Detroit, that 5-metoxysalicylate and the sodium salt of cholic acid when

-5-

administered rectally in dogs together with insulin causes a dramatic absorption (20-25% bioavailability) of the hormone. It would not be unexpected, therefore, that the use of alcohol in connection with a vasopressin compound might dramatically affect the absorption properties of the vasopressin compound.

At a minimum, results from absorption studies of a molecule (vasopressin analogues) administered together with another substance (alcohol) should be interpreted with caution.

15. Saffran's use of anesthesia during his experiments also represents a complicating factor. Very little is known about drug absorption from the gastrointestinal tract during anaesthesia. Moreover, changes in both the secretion rate of digestive juices and motility of the stomach and intestines are expected and may influence absorption patterns.

16. Furthermore, mechanical irritation of the gastric mucosa caused by introduction of a tube into the stomach may lead to irritation and micro-lesions of the mucous membrane rendering it more permeable to peptides.

17. Also, in order to measure the peptide antidiuretic effect, Saffran used hydrated rats (4% of b.w. = 8 ml) in order to maximize urine excretion rate. The water was administered through the gastric tube. Urine output was measured at regular intervals and equivalent volumes of water were currently administered to the rat, again through the gastric tube.

The volume of a rat's stomach is only a few milliliters. Continuous instillations of volumes of up to 8 milliliters of water has a ballooning effect on the stomach with a distension of the epithelial lining, causing a condition which is substantially different from the physiological condition.

-6-

More seriously, however, administration of the peptide solution into a stomach overextended with fluid might very well lead to a reflux into the oesophagus. Since the mucosal lining of the oesophagus histologically and functionally is related to that of the oral cavity (but not at all to that of the gastrointestinal tract) and since the mucosa of the oral cavity willingly absorbs peptides, reflux of vasopressin and 1-d-4-Val-8-D-AVP into the oesophagus would lead to absorption of these peptides from that organ.

18. The activity noted by <u>Saffran</u> also does not relate to our discovery that DDAVP is absorbed in the gastrointestinal tract of humans. In the <u>Saffran</u> work, the threshold dose of 1-d-4-Val-DAVP was 80 pg/kg body weight. A full antidiuretic effect was obtained only with 800 pg/kg b.w. In contrast, the threshold dose of DDAVP to provide an antidiuretic effect in humans is approximately 200 ng/kg b.w. A full response is obtained with approximately 1 ug/kg b.w.

There is thus a discrepancy in doses between 1-d-4-Val-DAVP in anesthesized rats, on the one hand, and DDAVP in conscious humans on the other of the order of 1250 - 2500. The explanation for this discrepancy may be due to structural differences between the two molecules, to the peculiarity of the rat model, or to pronounced species differences in the absorption of peptides between rats and humans.

19. <u>Saffran</u> states that, when given via gastric tube to rats, 1-d-4-Val-8-D-AVP is 60 times more potent than vasopressin. Yet when tested in conscious dogs and humans the difference in absorption between vasopressin and 1-d-4-Val-8-D-AVP is only on the order of 5-10.

-7-

I have found, from observations in our laboratory that DDAVP and 1-deamino-4-aspargine-8-D-AVP ("4-Asn DDAVP") are equipotent in their antidiuretic action both when tested intravenously in rats, but also when administered perorally to rats and to conscious dogs. See Vilhardt et al,"Antidiuretic Response In Conscious Dogs Following Peroral Administration Of Arginine Vasopressin And Its Analogues", 93 Eur. J. Pharmacol. 201 (1983). When given intranasally to hydrated human volunteers, 4-Asn DDAVP gave the same antidiuretic response as observed after DDAVP. See my other Declaration filed in this case and dated May 27, 1986, par. 12 & 13. However, when 4-Asn DDAVP was administered perorally to the volunteers, the antidiuretic response was practically absent even after the highest doses of analogue tested.

These results are in contrast to the results with DDAVP when as little as 20 ug perorally caused a clear antidiuretic response. This observation establishes that this vasopressin analogue is readily absorbed from the gut of the rat and dog, but not from the human intestinal tract.

20. There is other evidence suggesting differences in absorption patterns between rats and humans. For larger peptides (proteins), the differences between human and rat intestinal absorption capacity are even more conspicuous. It is widely assumed that, in the neonatal state, large molecules like immunoglobulins from maternal milk can cross the intestinal mucosa to reach the blood, although definite proof that such a transport takes place in the human infant is still lacking. In most mammals this ability to absorb large molecules disappears when the animals pass into adulthood. However, not so in the adult rat.

-8-

Studies in adult rats have shown that up to 40% of immunoglobulin administered via gastric tube can be recovered in the blood and tissues as fragments with molecular weights ranging from 20,000 to 50,000 Daltons. See Hemmings et al, "Transport of Large Breakdown Products Of Dietary Protein Through The Gut Wall", 19 Gut 715 (1978). Similarly Warshaw et al. (66 Gastroenterology 987(1974)) have reported that about 2% of labelled bovine serum albumin were absorbed from the small intestine of adult rats.

This unique capacity of the rat to transport large peptides and proteins also extends to the blood-brain barrier. See Hemmings, "The Entry Into The Brain Of Large Molecules Derived From Dietary Protein", 200 Proc. R. Soc. Land. B. 175(1978), whereas in man even small peptides like DDAVP are totally reflected by the blood-brain barrier. See Soelberg, et al, "Impermeability Of The Blood-Cerebrospinal Fluid Barrier To 1-deamino-8-D-arginine-vasopressin (DDAVP) In Patients With Acquired, Communicating Hydrocephalus", 14 Eur. J. Clin. 435 (1984).

21. Apart from quantitative differences in intestinal absorptive ability between rat and man as described above, there are also discrepancies of a qualitative nature. In rats exposed to semistarvation, the rate of intestinal absorption of amino acids is increased when compared to absorption in rats fed on an "ad libitum" diet. See Kershaw, et al, "The Effect Of Semistarvation On Absorption By The Rat Small Intestine In Vitro And In Vivo", 152 J.Physiol. 182 (1960). On the other hand, for normal human volunteers, starvation results in a reduction of amino acid absorption rates from the intestinal lumen. See Abidi et al, "Impaired Jejumal Absorption Rates Of

-9-

Essential Amino Acids Induced By Either Dietary Caloric Or Protein Deprivation In Man", 59 Gastroenterology 404 (1979).

22. Perhaps the best examples of the difficulty in predicting the probability of intestinal absorption of a given substance by analogy from one species to another may be found among the most commonly used laboratory animals, i.e., the rat, the guinea pig and the rabbit. Obviously no data exist on the absorption of peptides, but for amino acids, species differences become apparent. Thus guinea pig small intestine is equipped with a separate transport system for amino acids, which differs from that of the rat (Munck, B.G.," Comparative Aspects Of Amino Acid Transport In Guinea Pig, Rabbit And Rat Small Intestine", in *Intestinal Transport* (Gilles-Baillien, et al eds. 1983) Springer Verlag, Berlin & Heidelberg, at page 275. Alkylated aliphatic neutral amino acids (e.g. leucine) are transported by guinea pig and rabbit intestinal mucosa, but not by the rat carrier system. Similar differences between rats, rabbits and guinea pigs have been described for alanine and beta-alanine.

23. Finally, as evidence of the unobviousness of the absorption of DDAVP via the gastrointestinal tract of humans, I note that the *Laczi* and *Grossman* work described in paragraph 5 hereof represents two groups of researchers, one in London (Grossman) and the other in Hungary (Laczi) which were searching for means for administering DDAVP, which means do not require the use of the rhinyl because of the problems associated therewith. The alternatives investigated include the use of a nasal spray and sublingual tablets. Neither group even considered that DDAVP could be absorbed via the gastrointestinal tract.

-10-

24. I first saw the Boissonnas et al U.S. Patent No. 3,454,549 at the interview with Examiners Moyer and Stone on May 28, 1986. I would not have considered this reference particularly pertinent to my work with DDAVP because this patent is directed to a compound different from DDAVP. While Boissonnas does disclose an L form isomer of DDAVP, and isomers in areas of chemistry may be considered very similar because they exhibit very similar properties, this is not so in the field of peptides. For peptides generally, the difference in properties between an L and D form of a compound is almost always so substantial that the two isomers are considered completely different compounds. In particular, gastrointestinal absorption in humans cannot be predicted from one isomer to another.

25. This is true of DDAVP. The biological properties of DDAVP and its isomer are so substantially different that they are considered as totally different compounds. The ratio of antidiuretic response to pressor effect for DDAVP is about 4000, for example, whereas the same ratio for the Boissonnas et al isomer is about 4. On the basis of these extremely significant biological property differences, one could not predict the biological utility of one compound based on a knowledge of the other.

26. I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under section 1001 of Title 18 of the United States Code, and that such willful false statements may

-11-

jeopardize the validity of the application, any patent issuing thereon, or any patent to which this statement is directed.

*Hans Vilhardt* (signature)
Hans Vilhardt

Dated: May 29, 1986

-12-