# Exhibit 20

Exhibit B

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re application of | : | HELMER HAGSTAM and |
| | | HANS VILHARDT |
| Serial No. | : | 809,937 |
| Filed | : | December 17, 1985 |
| For | : | DDAVP ANTIDIURETIC AND |
| | : | METHOD THEREFOR |
| Examiner | : | J. Stone |
| Group Act Unit | : | |

Honorable Commissioner of Patents
   and Trademarks
Washington, D.C. 20231

DECLARATION OF HANS VILHARDT

Sir:

Hans Vilhardt declares and states that:

1. I am one of the co-inventors of the subject matter of the above-identified patent application.

2. I am presently Professor of Medical Physiology C at the University of Copenhagen. A copy of my curriculum vitae is annexed hereto as Exhibit 1. A list of my publications is annexed hereto as Exhibit 2.

3. I have reviewed and am familiar with each of the references which is listed in the Information Disclosure Statement which was filed on May 27, 1986.

4. Our invention is directed to an antidiuretic composition. This composition comprises a gastrointestinally absorbable antidiuretically effective amount of 1-deamino-8-D-arginine vasopressin ("DDAVP") and a pharmaceutically acceptable carrier. The composition is in oral dosage form for absorption in the gastrointestinal tract of humans.

5.    As far as I know, no one had ever known that DDAVP, administered orally, would be absorbed by the gastrointestinal tract of humans and thus exhibit an antidiuretic effect. Indeed, those skilled in this art have stated that peptides like vasopressin and oxytocin are degraded by the enzymes in the gut. Goodman & Gilman, The Pharmacological Basis Of Therapeutics, (5th Ed. 1975) (Exhibit 3, page 854), for example, teach that ADH, lypressin and their congeners, when given orally, "are quickly inactivated by trypsin". So is oxytocin (pg. 870). See also Ganong, Review Of Medical Physiology (11th ed. 1983) at 380—81. (Exhibit 4).

6.    While proteolytic enzymes are present in the gut and these enzymes are presumed to degrade peptides, no such enzymes are secreted by the nasal mucosa so it was recognized that peptides such as DDAVP and AVP (arginine vasopressin) would not be degraded if administered intranasally.

7.    Accordingly, AVP and DDAVP, as well as posterior pituitary extracts containing vasopressin, have been administered intranasally for numerous years. These posterior pituitary extracts, for example, have been described by Blumgart ("The Antidiuretic Effect of Pituitary Extract Applied Intranasally In A Case Of Diabetes Insipidus", 29 Archs. Intern. Med. 508 (1922)) for intranasal use more than sixty years ago for patients suffering from diabetes insipidus. This same mode of administration is used even today. In 1922, Blumgart stated:

> "Failure has attended practically
> all attempts to diminish the
> urinary output by dried extract
> given by mouth".

-2-

8.   AVP and other vasopressin analogs have also been administered to humans intranasally despite the problems associated with this mode of administration.  Intranasal administration is, for example, difficult to carry out for many patients, particularly the elderly.  Furthermore, nasal administration adversely affects the cilia such that virus and bacteria may more readily pass the mucosa.  Also, DDAVP in solution must be refrigerated and a preservative must be added for the solution to remain stable.

9.   Furthermore, it is, and has been, well known that for pharmaceuticals generally oral ingestion is the "safest, most convenient and most economical" route of administration, See "The Pharmacological Basis Of Therapeutics," Goodman et al (5th Ed.) at pages 5 through 8 (copy annexed hereto as Exhibit 5), yet there is no teaching or suggestion in any of the references listed in the Information Disclosure Statement that oral/gastrointestinal absorption of DDAVP is contemplated. Indeed, as late as 1980, ten years after the issuance of the Zaoral patent on DDAVP, oral administration of DDAVP for gastric absorption was not considered possible.  See Grossman et al, 2 Brit. Med. J. 1215 (1980) (annexed hereto as Exhibit 6) and Laczi et al, 18 Int. J. Clin. Pharmacol Ther. Tox. 63 (1980) (annexed hereto as Exhibit 7).

10.   DDAVP is a very important drug which is commercially successful.  This drug has been sold from 1973 to present.  The worldwide sales of DDAVP (in 2.5 milliliter vials for intranasal administration) has increased from 1973 through 1985 as shown in the graph which is annexed hereto as Exhibit 15.  Almost thirty million dollars ($30,000,000.00) worth of DDAVP has been sold worldwide in 1985 alone (Exhibit 16).   None of the DDAVP sold to date has been sold in a form for oral administration. All of the DDAVP sold to date has been sold by the exclusive licensee of the Zaoral patent or by its sublicencees.

-3-

11. The prior art listed in the Information Disclosure Statement referred to in paragraph 3 hereof neither teaches nor suggests, either alone or in any combination, the antidiuretic composition which is the subject of this invention. In particular, no one or combination of these references teaches or suggests that DDAVP in oral dosage form will be absorbed within the gastrointestinal tract of humans. This finding was and is of key interest to the scientific community and has been the subject of various scientific talks and papers. See, for example, a publication of which I am co-author, entitled "Antidiuretic Effect Of Pecorally Administered DDAVP In Hydrated Humans," 105 Acta Endocrinol 474 (1984) (Exhibit 8).

12. Our finding that DDAVP is useful in oral dosage form for absorption in the gastrointestinal tract of humans is contrary to the findings with respect to other vasopressin compounds. In this connection, I or those under my direct supervision conducted experiments with both DDAVP and 1-deamino-4-aspargine-8-D-Arginine-vasopressin (4-Asn DDAVP) via both oral and intranasal modes of administration as follows:

    a)  Six experiments were performed on volunteers of both sexes at the Department of Medical Physiology C, University of Copenhagen. Upon arrival at the laboratory, the volunteers emptied their bladders and drank a volume of tap water corresponding to 1.5% of their body weight. Throughout the experiment urine was voided every 15 minutes and the volume was measured. The volunteers replaced their fluid loss by drinking corresponding volumes of tap water.

    b)  When urine production rate exceeded 150 ml/15 minutes, 4-Asn-DDAVP was administered pecorally, either in solution (50 ml) or as a tablet (100 ug or 200 ug). Most of the volunteers received more than one dose of 4-Asn-DDAVP and, for some volunteers, 4-Asn-DDAVP was also administered

-4-

intranasally. One of the volunteers also received a peroral
dose of DDAVP. For each 15 minute period, urine volume and
osmolality were measured.

    c)    The results of the six experiments are shown on
the graphs of individual experiments annexed hereto as Exhibits
9 through 14.

    d)    Perorally administered 4-Asn-DDAVP had no effect
on diuresis or urine osmolality. In a few cases, urine volumes
decreased somewhat after administration of the highest doses of
4-Asn-DDAVP, but urine osmolality remained unaffected.

    e)    However, when 4-Asn-DDAVP was administered
intranasally (Exhibits 10 through 12), a full antidiuretic
response was observed with marked reduction of urine volumes
and increases in osmolality over a long period of time,
comparable to the response found after intranasal
administration of DDAVP.

    f)    DDAVP administered perorally to one of the
volunteers (Exhibit 13) caused a profound and prolonged
antidiuretic response as previously described by me in the
Exhibit 8 article of which I am co-author.

    13.    I conclude from the above experiments that when DDAVP
and 4-Asn-DDAVP are each administered intranasally, they
produce a comparable antidiuretic effect. On the other hand,
when 4-Asn-DDAVP is given orally, even the highest dosages
tested had only a marginal effect on urine volume and no effect
on urine osmolality. This finding is consistent with the
expectations of the scientific community with respect to the
oral administration of vasopressin compounds but is in contrast
to our discovery that DDAVP when administered orally,
unexpectedly produced a profound and prolonged antidiuretic
response.

-5-

14. I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application, any patent issuing thereon, or any patent to which this statement is directed.

_____
Hans Vilhardt

Dated: May 27, 1986

-6-

Exhibit 1

## C U R R I C U L U M   V I T A E

### Personal Data

| | |
|---|---|
| Name: | Hans Vilhardt |
| Born: | 13. February 1940 |
| Place of birth: | Copenhagen, Denmark |
| Nationality and citizenship: | Danish |
| Married 1968 to: | Dorthe Langhoff, born 30. august 1941 |
| Three children: | Frederik born 13. January 1969 |
| | Peter born 8. November 1970 |
| | Maria born 30. June 1976 |
| Present address: | Tibberup Alle 79 |
| | DK-3060 Espergærde |
| | Denmark |

### Education and Appointments

| | |
|---|---|
| 1958: | Graduated from Frederiksberg Gymnasium, modern languages and mathematics line. |
| February 1967: | ECFMG (Educational Council for Foreign Medical Graduates) examination, United States. Scaled score 80. |
| June 1967: | Medical Degree, University of Copenhagen. Score 249 point. |
| July 1967–May 1968: | Internship at Sundby Hospital (surgery) and St. Lukes Hospital (obestetr. and gynec.), both Copenhagen. |

- 2 -

| | |
|---|---|
| June 1968–<br>November 1971: | Research fellow, Institute of Medical Physiology C, University of Copenhagen (Professor Niels A. Thorn). |
| September –<br>November 1969: | Visiting research fellow, Department of Physiology, Karolinska Institution, Stockholm (Professor U.S. von Euler). |
| December 1971–<br>August 1974: | Research fellow (British Council Scholar), Department of Pharmacology, University of Oxford, England (Professor Sir William Paton). |
| September 1974: | Reader in Physiology, Institute of Medical Physiology C, University of Copenhagen. |
| November 1977–<br>November 1980: | Research and Medical Director, Ferring Pharmaceuticals Ltd., Malmö, Sweden. |
| Since 1980: | Reader in Physiology, Institute of Medical Physiology C, University of Copenhagen. |

## Postgraduate Courses

| | |
|---|---|
| 1969: | Radioisotope course, Copenhagen University. |
| 1970: | Course in ultracentrifugation, Beckman Inc., Munich, Germany. |
| 1970: | Course in protein fractionation, The Protein Laboratory, Copenhagen University. |
| December 1970–<br>November 1971: | Advanced Couse in Basic Sciences Related to Medicin (650 scheduled lectures in mathematics, physicis, chemistry, biological chemistry, biophysics, immunology and various minor subjects). |
| Thesis: | Subcellular Distribution of Hormones and Proteins in the Neural Lobe of the Pituitary Gland, Oxford University 1975. |
| 1980: | Applied for the Chair in Pharmacology, the Medical Faculty of Aarhus University, Denmark. Found qualified as a professor of pharmacology by the Faculty. |
| 1982: | Applied for the Chair in Physiology and Biochemestry, The Royal Veterinary College, Copenhagen and found qualified as a professor by the Board. |

- 3 -

### Administrative Experience

| | |
|---|---|
| 1964-1965: | Chairman of the board of The Union of Danish Medical Students. |
| 1973-1977: | Member of the board of The Danish Endocrinological Society. |
| 1974-1976: | Member of the Faculty Study Board and vice study dean of the Medical Faculty, University of Copenhagen. |
| 1974-1975: | Vice chairman of Institute of Medical Physiology C, University of Copenhagen. |
| 1977-1980: | Chairman of the board of research and development, The Ferring Pharmaceutical Group. |

### Teaching Experience

| | |
|---|---|
| 1962-1967: | Undergraduate teacher of medical students in physiology at the Institute of Medical Physiology, University of Copenhagen. Class room demonstrations and group colloquia. |
| 1968-1971: | Teacher of medical students in physiology, Institute of Medical Physiology, University of Copenhagen. Class room demonstrations, group colloquia and lectures. |
| 1974-1977: | As reader in physiology at the Institute of Medical Physiology participated in the following activities |

a) Class room demonstrations, group colloquia and lectures.

b) Construction of questions for written examinations for medical students.

c) Examination in physiology of medical students.

d) Defined curriculum in endocrinology, kidney physiology and water/mineral metabolism for the medical faculty.

e) Chief organizer of teaching at the medical faculty in the fields mentioned under d).

f) Tutor for junior medical researchers working in r laboratory (Ph.D. student level).

g) Establishing practical class room exercises in endocrinology for medical students.

- 4 -

1975- :          External examiner in pharmacology, the medical
                 faculty, University of Odense, Denmark.

1975-1977:       Part time lecturer in physiology at the Royal
                 College of Dentistry, Copenhagen.

1979- :          Lecturer at postgraduate workshops on hypothalamo-
                 hypophysial disorders arranged by the Danish Societ
                 for Internal Medicine for specialists in endocrino-
                 logy, by the Scandinavian Paediatric Association
                 and by the Swedish Gynecological Society.


Member of the following Societies

                 Danish Society for Internal Medicine
                 Danish Endocrinological Society
                 Swedish Endocrinological Society
                 Danish Pharmacological Society
                 Scandinavian Society for Physiology
                 Danish Biological Society
                 Biochemical Society (Great Britain)

Exhibit 2

HANS VILHARDT

## PUBLICATIONS

The list does not include Abstracts submitted for Meetings, Symposia etc.

1. H. Vilhardt: Vasopressin content and neurosecretory material in the hypothalamo-neurohypophyseal system of rats under different states of water metabolism.
   Acta Endocrinol., 1970, 63, 585-594.

2. H. Vilhardt & P. Hedqvist: A possible role of prostaglandin $E_2$ in the regulation of vasopressin secretion in rats.
   Life Sciences, 1970, 9, 825-830.

3. H. Vilhardt: Influence of corticosteroids and chlorpromazine on the release of vasopressin from isolated neural lobes of rats.
   Acta Endocrinol., 1970, 65, 490-496.

4. V. Pliska, N.A. Thorn & H.Vilhardt: In vitro uptake and breakdown of tritiated lysine vasopressin by bovine neurohypophysial and cortical tissue.
   Acta Endocrinol., 1971, 76, 12-22.

5. H. Vilhardt: Uptake of tritiated lysine-vasopressin by isolated secretory granules from bovine neurohypophyses.
   Acta Endocrinol., 1971, 68, 417-424.

-2-

6. H. Vilhardt & T. Jørgensen: Free flow electrophoresis of
   isolated secretory granules from bovine neurohypophyses.
   Experientia, 1972, 29, 852.

7. H. Vilhardt & E. Tøndevold: Studies on isolated secretory
   granules from bovine neurohypophyses.
   Acta Endocrinol., 1972, 70, 625-635.

8. H. Vilhardt & G. Hølmer: Lipid composition of membranes of
   secretory granules and plasma membranes from bovine neuro-
   hypophyses.
   Acta Endocrinol., 1972, 71, 638-648.

9. H. Vilhardt & D.B. Hope: Adenosine triphosphatase activity
   in the neural lobe of the bovine pituitary gland.
   Biochem. J., 143, 181-190.

10. R.V. Baker, H. Vilhardt & D.B. Hope: Cold-induced release of
    hormones and proteins from nerve endings from the bovine
    neural lobe.
    J. Neurochem., 1975, 24, 1091-1093.

11. H. Vilhardt & I.C.A.F. Robinson: Polyacrylamide-gel elec-
    trophoresis of bovine neurophysins.
    J. Neurochem., 1975, 24, 1275-1276.

12. H. Vilhardt, R.V. Baker & D.B. Hope: Isolation and protein
    composition of membranes of neurosecretory granules and
    plasma membranes from neural lobes of the bovine pituitary.
    Biochem. J., 1975, 148, 57-65.

13. H. Vilhardt: Subcellular organization of hormones and pro-
    teins in the bovine neural lobe.
    Thesis, Oxford University, 1975.

-3-

14. N.A. Thorn, J.T. Russell & H. Vilhardt: Hexosamine, calcium, and neurophysin in secretory granules and the role of calcium in hormone release.
    Ann. N.Y. Acad. Sci., 1975, 248, 202-217.

15. H. Vilhardt & R.V. Baker: Subcellular distribution of acetylcholinesterases in the neural lobe of the bovine pituitary gland.
    Experientia, 1976, 32, 1154-1155.

16. H. Vilhardt, R.V. Baker & D.B. Hope: Subcellular fractionation by centrifugation of homogenates of the neural lobe of the bovine pituitary gland: Identification of different pools of hormone in the homogenate and isolation of neurosecretosomes.
    Acta Endocrinol., 1977, 85, 300-313.

17. T. Sørmark & H. Vilhardt: Isolation and partial characterization of magnesium ion- and calcium ion-dependent adenosine triphosphatase activity from bovine brain microsomal fraction.
    Biochem. J., 1979, 181, 321-330.

18. I.M. Nilsson, M. Mikaelsson, H. Vilhardt & H. Walter: DDAVP factor VIII concentrate and its properties in vivo and in vitro.
    Thrombosis research, 1979, 15, 263-271.

19. I.M. Nilsson, H. Walter, M. Mikaelsson & H. Vilhardt: Factor VIII concentrate prepared from DDAVP stimulated blood donor plasma.
    Scand. J. Haematol., 1979, 22, 42-46.

-4-

20. M. Åberg, I.M. Nilsson & H. Vilhardt: The release of fibri-
    nolytic activator and factor VIII after injection of DDAVP.
    In: Progress in Chemical Fibrinolysis and Thrombolysis,
    (eds) J.F. Davidson, V. Cepalak, M.M. Samama & P.C. Des-
    noyers.
    Churchill Livingstone, 1979, pp. 92-97, Edingburgh. London &
    New York.

21. P. Melin, M. Åkerlund & H. Vilhardt: Antagonism of the
    myometrial response to oxytocin and vasopressin by synthetic
    analogues.
    Danish Med. Bull., 1979, 26, 126-128.

22. V. Pliska & H. Vilhardt: Design of DDAVP: the path between
    ideas and pharmacological reality. In: DDAVP in Bleeding
    Disorders (1st Int. Symp. DDAVP in Bleeding Disorders),
    (ed) A.H. Sutor.
    F.K. Schattauer Verlag, 1980, pp. 12-29, Stuttgart & New
    York.

24. V. Pliska, M. Meyer-Grass, N. Bersinger, L. Carlsson, P.
    Melin & H. Vilhardt: Long term stability of lysine vasopres-
    sin and of specifically tritiated lysine vasopressin in weak
    acidic aqueous solutions.
    Experientia, 1980, 36, 1145-1146.

25. P.Melin, S. Lundin, H. Vilhardt, G. Lindeberg, L.E.Larsson &
    V. Pliska: Antidiuretic agonism and antagonism of some O-
    alkylated analogues of vasopressin.
    Eur. J. Pharmacol., 1980, 67, 173-177.

26. P. Melin, H. Vilhardt, G. Lindeberg, L.E. Larsson & M.
    Åkerlund: Inhibitory effect of some O-alkylated analogues of

-5-

oxytocin and vasopressin on human and rat myometrial ac-
tivity.
J. Endocrinol., 1981, 88, 173-180.

27. G. Lindeberg, H. Vilhardt, P. Melin, L.E. Larsson & V.
Pliska: Activation of adenylate cyclase in pig kidney mem-
branes by O-alkylated analogues of lysine vasopressin.
J. Receptor Research., 1980, 1, 389-402.

28. I.M. Nilsson, L. Holmberg, M. Åberg & H. Vilhardt: The
release of plasminogen activator and factor VIII after in-
jection of DDAVP in normal persons and in patients with von
Willebrand's disease.
Scand. J. Haematol., 1980, 24, 351-359.

29. H. Vilhardt & I.M. Nilsson: Further studies on the use of
DDAVP in blood donors. In: DDAVP in Bleeding Disorders (2nd
Int. Symp. DDAVP in Bleeding Disorders), (ed) A.H. Sutor.
F.K. Schattauer Verlag, 1981, pp. 32-35, Stuttgart & New
York.

30. N. Cort, S. Einarsson, D. Schams & H. Vilhardt: Blood levels
of oxytocin equivalents after single injections of deamino-
1-monocarba- 2-O-methyltyrosine -oxytocin in lactating sows.
Amer. J. Vet. Res., 1981, 42, 1804-1806.

31. I.M. Nilsson, H. Vilhardt, L. Holmberg & B. Åstedt: As-
sociation between factor VIII related antigen and plas-
minogen activator.
Acta Med. Scand., 1982, 211, 105-122.

32. M. Mikaelsson, I.M. Nilsson, H. Vilhardt & B. Wiechel: Fac-
tor VIII concentrate prepared from blood donors stimulated
with intranasal DDAVP.

-6-

Transfusion, 1982, 22, 229-233.

33. I.M. Nilsson, M. Mikaelsson & H. Vilhardt: The effect of
intranasal DDAVP on coagulation and fibrinolytic activity in
normal persons.
Scand. J. Haematol. 1982, 29, 70-74.

34. M. Åkerlund, P. Stromberg, M. Forsling, P. Melin & H. Vil-
hardt: Inhibition of vasopressin effects on the human uterus
by an oxytocin analogue.
Obstetrics and Gynecology, 1983, 62, 309-312.

35. M. Åkerlund, A. Kostrzewska, T. Laudanski, P. Melin & H.
Vilhardt: Vasopressin effects on isolated non-pregnant
myometrium and uterine arteries and their inhibition by
deamino-ethyl-lysine-vasopressin adn deamino-ethyl-oxytocin.
Brit. J. Obstet. Gynaecol., 1983, 90, 732-738.

36. H. Vilhardt & P. Bie: Antidiuretic response in conscious
dogs following peroral administration of arginine vasopres-
sin and its analogues.
Eur. J. Pharmacol., 1983, 93, 201-204.

37. H. Vilhardt & P. Bie: Antidiuretic effect of perorally ad-
ministered DDAVP in hydrated humans.
Acta Endocrinol., 1984, 105, 474-476.

38. T. Barth, P. Hrbas, J. Skopkova, H. Vilhardt, M. Flegel & K.
Jost: The effect of some structural changes in the molecule
of vasopressin on the duration of antidiuretic action.
Coll. Czech. Chem. Commun., 1984, 49, 137-140.

-7-

39. P. Melin, J. Trojnar & H. Vilhardt: Uterotonic oxytocin and
    vasopressin antagonists with minimal structure modifi-
    cations. In: Peptides, structure and function (Proc. VIIIth
    Am. Pept. Symp.), (eds) V.J. Hruby & D.H. Rich.
    Pierce Chemical Company, 1984, pp. 361-364, Illinois.

40. P. Soelberg Sørensen, H. Vilhardt, F. Gjerris & J. Warberg:
    Impermeability of the blood-cerebrospinal fluid barrier to
    1-deamino-8-D-arginine-vasopressin (DDAVP) in patients with
    acquired, communicating hydrocephalus.
    Eur. J. Clin. Invest., 1984, 14, 435-439.

41. H. Vilhardt, M. Hammer & P. Bie: Peroral administration of
    antidiuretic peptides to conscious dogs, normal humans and
    patients with diabetes insipidus. In: Fron. Horm. Res.
    Karger, 1985, vol. 13, pp. 314-320, Basel.

42. S. Lundin, P. Melin & H. Vilhardt: Plasma concentrations of
    1-deamino-8-D-arginine-vasopressin after intragastric ad-
    ministration in the rat.
    Acta Endocrinol., 1985, 108, 179-183.

43. S. Lundin, P. Melin & H. Vilhardt: Use of three specific
    radioimmunoassays in measuring neurohypophysial hormone con-
    tent and plasma concentrations of vasopressin, oxytocin and
    DDAVP in rats after prolonged infusion of DDAVP.
    Experientia, 1985, 41, 933-935.

44. H. Vilhardt, M. Åkerlund & P. Melin: The effect of 1-dea-
    mino-2-Tyr(O-ethyl)-oxytocin in normal women and patients
    with primary dysmenorrhea. In: Oxytocin-Clinical and Labo-
    ratory Studies, (eds) J.A. Amico & A.G. Robinson.
    Exerpta Medica, 1985, pp. 415-422, Amsterdam, New York &
    Oxford.

-8-

45. M. Hammer & H. Vilhardt: Peroral treatment of diabetes in-
    sipidus with a polypeptide hormone analog, desmopressin.
    J. Pharmacol. Exp. Therapeut., 1985, 234, 754-760.

46. S. Lundin & H. Vilhardt: Absorption of intragastrically ad-
    ministered DDAVP in conscious dogs.
    Life Sciences, 1986, 38, 703-709.

47. H. Vilhardt, T. Krarup, J.J. Holst & P. Bie: The mechanism
    of the effect of oxytocin on plasma concentrations of glu-
    cose, insulin and glucagon in conscious dogs.
    J. Endocrinol., 1986, 108, 293-298.