# Exhibit 21

Exhibit C

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re application of | : | HELMER HAGSTAM and |
| | | HANS VILHARDT |
| Serial No. | : | 809,937 |
| Filed | : | December 17, 1985 |
| For | : | DDAVP ANTIDIURETIC AND |
| | | METHOD THEREFOR |
| Examiner | : | J. Stone |
| Group Art Unit | : | |

DECLARATION OF PAUL CZERNICHOW

Paul Czernichow declares and states that

1. I am a Professor of Pediatrics at Hopital des Enfants-Malades, Paris. Copies of my Curriculum Vitae and publications are annexed hereto as Exhibit 1. I have been in the field of peptide research since at least 1965. In particular, I have studied DDAVP which is the subject of several of my publications.

2. I have reviewed the above-identified patent application as well as the disclosure of U.S. Patent 3,497,491 to Zaoral et al ("Zaoral"), particularly the disclosure at column 3, lines 16 through 34 of Zaoral.

3. The Zaoral patent, which issued in 1970, did not teach me and, in my opinion, did not teach others skilled in this art to administer DDAVP in oral dosage form for gastrointestinal absorption by humans for reasons which I explain hereinbelow.

4. If the 1970 Zaoral patent had disclosed the use of DDAVP in oral dosage form for gastrointestinal absorption by humans, then the teachings of the art and the activities of those skilled in this art have been inconsistent with that disclosure of the Zaoral patent. It is well known, for example, that administering a drug orally for gastrointestinal absorption is vastly preferable to subcutaneous, intranasal, sublingual, or buccal administration if the oral/gastrointestinal absorption route is available. Those of us knowledgeable of DDAVP-like peptides always believed that DDAVP could not be administered via this highly preferred mode because it was believed that DDAVP was inactivated in the gut.

5. A major problem with DDAVP treatment was the fact that a rhinyl was commonly used to administer the drug. There are well-known difficulties associated with the use of a rhinyl.

6. I first recognized that DDAVP could be administered via the oral route in humans for gastrointestinal absorption in 1984 when I attended a talk given by Dr. Hans Vilhardt, one of the co-inventors of the subject matter of the above-identified patent application. I was surprised to learn from that talk that Dr. Vilhardt had successfully administered DDAVP via the oral/gastrointestinal absorption route to human volunteers because his finding that DDAVP could be absorbed by humans in the gastrointestinal tract was contrary to my understanding based upon my review of the literature, my own personal research, and discussions with my colleagues in the peptide field.

7. Subsequent to that talk, I confirmed Dr. Vilhardt's discovery by treating certain of my patients with DDAVP by orally administering it in a form for gastrointestinal absorption. To my surprise, there was an anti-diuretic response as a result of this treatment.

8. The Zaoral patent does not teach or suggest to me and, as far as I know, to those skilled in this art, that DDAVP may be administered in an oral form for gastrointestinal absorption in humans. The meaning of the term "peroral" at column 3, line 22 of the Zaoral patent to me and, as far as I know, to others skilled in this art, is that the DDAVP could be administered "through the mouth" for sublingual or buccal absorption. This mea-

ning is consistent with all my knowledge of the literature prior to 1966
when the Zaoral patent was filed. It was known at that time, for example, .
that peptides structurally similar to DDAVP, such as oxytocin, could be ad-
ministered in a form for sublingual or buccal absorption. If the term
"peroral" did not mean "sublingual" and "buccal", then Zaoral would have
excluded from his list of possible application methods, two of the more ad-
vantageous methods of administering DDAVP and like compounds which were
known at that time.

9. I hereby declare that all statements made herein of my own knowledge
are true and that all statements made on information and belief are believ-
ed to be true; and further that these statements were made with the know-
ledge that willful false statements and the like so made are punishable by
fine or imprisonment, or both, under section 1001 of Title 18 of the United
States Code, and that such willful false statements may jeopardize the va-
lidity of the validity of the application, any patent issuing thereon, or
any patent to which this statement is directed.

Paul Czernichow

Dated: 4th June 1986

Exhibit 1

Paul CZERNICHOW
né le 22.04.1940

Titres universitaires

- Ancien Interne des Hôpitaux de Paris (1965-1970)
- Ancien Chef de Clinique Assistant (1978)
- Maître de Conférence (Pédiatrie) Médecin des Hôpitaux
  (nommé en 1978)

Formation à la recherche

- Research fellow au John's Hopkins Hospital (Baltimore, 1969)
- Assistant de recherche à l'Hôpital cantonal de Genève
  (Département d'investigation clinique et endocrinologique, 1971)
- Attaché puis chargé de recherche au CNRS - travail de recherche
  à l'Unité INSERM U.30
- Visiting Professor - Service du Dr Drash, Pediatric Hospital
  (Pittsburgh, 1980)
- Séjour de 6 mois au Département de Biologie Cellulaire,
  Pr Hellerström UPPSALA (Suède) (Bourse du MRC Suédois).

Fonctions actuelles

- Maître de Conférence, médecin des Hôpitaux, UER Necker-Enfants-
  Malades, Département d'Endocrinologie Pédiatrique et Diabète.
- Rattachement à l'Unité INSERM U.30 (Pr P. Rappaport) où j'anime
  un groupe de recherche comprenant 2 Chargés de Recherche INSERM
  et 2 laboratoires.

2

**Autres Responsabilités**

- Direction Technique Administrative et Médicale du Laboratoire
  de Dépistage de l'Hypothyroïdie Congénitale,
- Membre de la Commission Technique pour le Dépistage et la Pré-
  vention des Handicaps de l'Enfant,
- Membre de la Commission Scientifique Spécialisée N°4 à l'INSERM,
- Membre du Conseil Supérieur des Universités, 38e section,
- Membre du Conseil Supérieur d'Etablissement.

**Membre de Société**

- Société Française de Pédiatrie,
- Société Française de Neuroendocrinologie,
- European Study for Pediatric Research,
- International Study Group for Juvenile Diabetes,
- Endocrine Society,
- American Diabetes Association.

**Principaux travaux de recherche ayant donné lieu à publication**

Etude de la régulation de la secrétion de la vasopressine chez
l'homme, le singe et le porc. Ontogénèse de la fonction anti-
diurétique (en collaboration avec JD Vincent, Bordeaux et A.
Robinson, Pittsburgh).

Etude du développement de la fonction thyroïdienne et ontogénèse
des enzymes de dégradation du TRH.

Investigation clinique soutenue par des contrats INSERM.

Etude de diabète insipide central. Conséquences de la radiothé-
rapie sur le tissu endocrine chez l'enfant. Hypothyroïdie
congénitale.

Développement du pancréas endocrine.
- Etude des complications dégénératives précoces,
- Problèmes psychologiques,
- Utilisation des pompes à insuline,
- Immunothérapie : effet de la ciclosporine.

Investigation clinique dans le diabète sucré.

Membre de Comités de lecture de Journaux Scientifiques
- Archives Françaises de Pédiatrie,
- Neuro-endocrinology,
- Hormone Research,
- Biology of the Neonates,
- European Journal of Pediatrics.

4

## PUBLICATIONS

**1968**

1. MATHIEU H, GAGNADOUX MF, HOVGOUR P, CZERNICHOW P, VOLTER F, KAPLAN M.
   Oxalose familiale. Etude de deux cas. Essai de traitement.
   Société Médicale des Hôpitaux de Paris 1968 ; 119 (9) : 719-30

2. SEE G, BRIARD J, CZERNICHOW P.
   Fibrose consécutive à des injections intra-musculaires pratiquées chez le prématuré.
   Ann Ped 1968 ; 6 : 105

**1970**

3. GREENBERG AH, CZERNICHOW P, BLIZZARD RM.
   Diazepam (Valium R) in thyrotoxicosis negative results.
   Hopkins Med J 1970 ; 126 : 134

4. GREENBERG AH, CZERNICHOW P, HUNG W, SHELLEY W, WINSHIP T, BLIZZARD RM.
   Juvenile chronic lymphocytic thyroiditis : Clinical laboratory and histological correlations.
   J Clin Endocrinol 1970 ; 30 : 293

5. GREENBERG AH, CZERNICHOW P, PERA P, TYSON J, BLIZZARD RM.
   Observations on the maturation of thyroid function in early fetal life.
   J Clin Invest 1970 ; 49 : 1790

**1971**

6. CZERNICHOW P, GREENBERG AH, TYSON J, BLIZZARD RM.
   Thyroid function studied in paired maternal-cord sera and sequential observations of thyrotropic hormone release during the first 72 days of life.
   Pediatr Res 1971 ; 5 : 53-8

5

7. SEE G, DAYPAS JC, CZERNICHOW P, GUESRY P.
   Association d'une maladie d'Addison et d'une leucodystrophie.
   Arch Fr Pediatr 1971 : 20 : 847-864

<u>1972</u>
8. CZERNICHOW P, SELLEM C, BAILLY DU BOIS M, RAPPAPORT R.
   Variation des taux plasmatiques de somathormone au cours du
   sommeil chez l'enfant, et dans les retards staturaux avec
   insuffisance somatotropique.
   Arch Fr Pediatr 1972 ; 29 : 1033-41

<u>1974</u>
9. CZERNICHOW P, REINHARZ AC, VALLOTTON MR.
   Immunochemical analysis of rabbit antibodies against vasopressin.
   Immunochemistry 1974 ; 11 : 47

10. DE VITRY F, CAMIER M, CZERNICHOW P, COHEN P, BENDA P,
    TIXIER-VIOLET A.
    Establishment of a clone of mouse hypothalamic neurosecretory
    cells synthetizing vasopressin and neurophysin.
    Proc Natl Acad Sli 1974 ; 71 : 3575

11. REINHARZ AC, CZERNICHOW P, VALLOTTON MR.
    Neurophysin-like protein in bovine pineal gland.
    J Endocrinol 1974 ; 62 : 35

<u>1975</u>
12. CZERNICHOW P.
    Development of thyroid function and regulation in human fetus.
    In : Brain Development and Thyroid Deficiency.
    Ed. R. Querido and D.F. Schwaab.
    North-Holland Pub. Co. 1975 : p12.

13. CZERNICHOW P, HEPKELRACH U, VALLOTTON MR.
    Radioimmunoassay of 8-Arginine - vasopressin :
    1. Methodology.
    Acta Endocrinologica 1975 ; 80 : 444-52

6

14. CZERNICHOW P, RAPPAPORT R.
    Detection et signification des anticorps anti-somathormones au
    cours du traitement par l'hormone de croissance humaine.
    Journée Parisienne de Pédiatrie. 1975. Flammarion Edit. p.156.

15. DE VITRY F, CAMIER M, CZERNICHOW P, RENDA P, COHEN P,
    TIXIER-VIDAL P.
    Characterization of a clonal strain of mouse hypothalamic cells
    synthesizing neurophysins and vasopressin.
    Ann. NY Acad. Sci. 1975 ; 248 : 64

16. HERKELBACH U, CZERNICHOW P, GAILLARD RC, VALLOTTON MB.
    Radioimmunoassay of 8-Arginine - vasopressin :
    II. Application to determination of antidiuretic hormone in urine.
    Acta Endocrinologica 1975 ; 80 : 453-64

17. REINHARZ AC, CZERNICHOW P, VALLOTTON MB.
    Neurophysin I and II from the posterior pituitary lobe and
    neurophysin-like proteins from bovine pineal gland.
    Ann NY Acad Sci 1975 ; 248 : 172

1976
18. CZERNICHOW P, DANZET MC, RPOYER M, RAPPAPORT R.
    Abnormal TSH, PRL and GH response to TSH releasing factor in
    chronic renal failure.
    J Clin Endocrinol Metab 1976 ; 43 : 630

19. CZERNICHOW P.
    Développement de la fonction thyroïdienne chez le foetus humain.
    Rev Prat 26 : 127

20. CZERNICHOW P, DIHEZ Y, RASHACIOGULLARI A, TOUBAS P,
    TCHOBROUTSKY C.
    Secretion de vasopressine chez le foetus de mouton : passage
    transplacentaire et sécrétion au cours de l'hémorragie.
    INSERM, Colloque de Synthèse 1976, série Action Thématique
    Rapport n°7 :  Actions thématiques 22 et 35 Neurodendocrinologie
    1976 : 87-96

7

21. CZERNICHOW P, FRYDMANN R, OLIVIER C.
    Le TRH plasmatique, la TSH et la Prolactine chez l'homme dans la
    période néonatale.
    INSERM, Colloque de Synthèse 1976, série Action Thématique
    Rapport n°7 : Actions thématiques 22 et 35
    Neuroendocrinologie 1976 ; 377-83

22. CZERNICHOW P, DRAY F, ROMME J.
    Immunochemical analysis of rabbit antibodies against ocytocin.
    Immunochemistry 1976 ; 1 : 389-394

<u>1977</u>

23. ARNAULD E, CZERNICHOW P, FUHOUX F, VINCENT JD.
    The effects of hypotension and hypovolaemia on the liberation of
    vasopressin  during haemorrhage in the unanesthetized monkey
    (Macaca Mulatta).
    Pflügers Arch 1977 ; 371 : 193-200

24. CZERNICHOW P, CACHIN O, LIMAL JM, RAPPAPORT R.
    Goitre multinodulaire et hyperthyroïdie chez l'enfant.
    Ann Pediat 1977 ; 24 : 69

25. CZERNICHOW P, RAPPAPORT R, FLAMANT F, SAPPAZIN D, SCHWEISGUTH, O.
    Séquelles endocriniennes des irradiations de la tête et du cou
    pour tumeurs endocriniennes.
    Arch Fr Pediatr 1977 ; 34 : 154-164

26. LIMAL JM, MUGNER E, CZERNICHOW P.
    Traitement du diabète insipide pitresso-sensible de l'enfant par
    le DDAVP.
    Arch Fr Pediatr 1977 ; 34 : 965-972

27. RAPPAPORT R, CZERNICHOW P, PREVOST C, JULLIEN M.
    Retard de croissance avec somathormone élevée et incapacité à
    générer la somatomédine (nanisme de type Laron).
    Ann Pediat 1977 ; 24 : 63

8

28. RAPPAPORT R, CZERNICHOW P, GIPON BJ, LIMAL JM, LENOIR G, MATEMI M,
    NIMOUL-FEKETE C.
    Hypoglycémie  néonatale  grave  due  à  une  nésidioblastose
    pancréatique.
    Ann Pediatr 1977 ; 24 : 57

1978
29. ABATAN S, CZERNICHOW P.
    Développement  et  évaluation  d'une  méthode  par chromatographie
    liquide à haute pression pour la détermination du taux et dégrada-
    tion de la thyréolibérine (TRH) par le plasma.
    C.R. Acad. Sci. Paris, 1978 ; 286 : Série D1735

30. BROYER M, CZERNICHOW P, TETE MJ, LAUDAT MH, DARTOIS AM.
    Insulin and growth hormone secretion in dialyzed children :
    Influence of dietary manipulation.
    Amer J Clin Nutr 1978 ; 31 : 1876-1880

31. CZERNICHOW P.
    Les hypoglycémies de l'enfant.
    Gaz Med de France. 1978 ; 85(24) : 2769-2775

32. CZERNICHOW P.
    Neurosecretion in the fetus.
    In : Cell Biology of Hypothalamic Neuro-secretin. Vincent J.D. and
    Kordon C.L. Ed.
    CNRS 1978 pp. 725-742

33. CZERNICHOW P, RAPPAPORT R. .
    Hyperinsulinismes du nouveau-né de l'enfant.
    Ann Pediatr 1978 ; 25 (3-4) : 161-167

34. CZERNICHOW P, LENOIR G, ROY MP, RAPPAPORT R, BROYER M.
    Atteintes thyroïdiennes au cours de la cystinose.
    Arch Fr Pediatr 1978 ; 35 : 930-938

9

35. CZERNICHOW P, PATTIN AM.
La vasopressine chez le nouveau-né :
Taux plasmatiques dans le sang du cordon et chez la mère.
Ann Endocr 1978 ; 39 : 225-226

36. CZERNICHOW P, RAPPAPORT R.
Hypophyse.
Encyclopédie Médico-chirurgicale (Paris) 1978 ; 4107 D10 : 3-12.

37. FUNDUX F, CZERNICHOW P, ARNAULD E, DU PONT J, VINCENT JD.
Effect of hypotension induced by sodium nitrocyanofercate (III) on
the release of arginine-vasopressin in the unanaesthetized monkey.
J Endocr 1978 ; 78 : 449-450

38. PAULIN C, DUBOIS PM, CZERNICHOW P, DUBOIS MP.
Immunocytochemical evidence for oxytocin neurons in the human
fetal hypothalamus.
Cell Tiss. Res. 1978 ; 188 : 259-264

39. POMAREDE R, MORIETTE G, CZERNICHOW P, RELIER R.
Etude de la vasopressine plasmatique chez les enfants prématurés
soumis à la ventilation artificielle.
Arch Fr Pediatr (Suppl) 1978 ; 35 : 75-83

40. RAPPAPORT R, PREVOT C, CZERNICHOW P.
Somathormone et activité somatomédine plasmatique au cours des
amaigrissements graves de l'anorexie mentale chez l'enfant.
Ann Endocr 1978 ; 39 : 259-260

1979
41. BURLET A, CHATEAU M, CZERNICHOW P.
Infundibular localization of vasopressin, oxytocin and neurophy-
sins in the rat : its relationships with corticotrope function.
Brain Research 1979 ; 168 : 275-286

10

42. BRESSON JL, PREVOT C, RAPPAPORT R, CZERNICHOW P, SCHMITZ J, REY J.
    Activité somatomédine circulante et sécrétion d'hormone de
    croissance. II modification au cours de la maladie coeliaque à
    révélation tardive et effets du traitement.
    Arch Fr Pediatr 1979 ; (suppl) 36 : XIII-XVIII

43. CZERNICHOW P.
    Vasopressin in fetal sheep : a review
    J Physiol (Paris) 1979 ; 75 : 33-36

44. DREYFUSS F, BURLET A, CHATEAU M, CZERNICHOW P.
    Localisation ultrastructurale par immunocytochimie de la vasopres-
    sine non granulaire dans la neurohypophyse du rat : rôle possible
    du réticulum endoplasmique lisse dans le transport de l'hormone.
    Biol. Cell 1979 ; 35 : 175-84

45. HIRSCH JF, RENIER D, CZERNICHOW P, BENVENISTE L, and
    PIERRE-KAHN A.
    Medulloblastome in childhood. Survival and functional results.
    Acta Neurochirurgica 1979 ; 48 : 1-15

46. RAPPAPORT R, PREVOT C, CZERNICHOW P.
    Somatomedin activity in children with growth retardation with
    special reference to nutrition.
    In : Somatomedins and Growth Serono Symposia. Vol 23 Giordano G,
    Van Wyk JJ and Minuto F Eds. London, 1979 ; Academic Press pp.
    303-309

47. SIMONNET G, RODRIGUEZ Z, FUMOUX F, CZERNICHOW P,
    VINCENT JD.
    Vasopressin release and drinking induced by intracranial injection
    of angiotensin II in monkey.
    Am. J. Physiol. 1979 ; 237 : R20-R25

48. TURLEAU C, CZERNICHOW P, GORIN R, ROYER P, DE GROUCHY P.
    Débilité mentale liée au sexe, visage particulier, macroorchidie
    et zone de fragilité de l'X.
    Ann. Génét., 1979 ; 22 : 205-209

11

1980

49. ARATAN-SPIRE S, CZERNICHOW P.
    Thyrotropin-releasing hormone - Degrading activity of neonatal
    human plasma.
    J. Clin. Endocrinol. Metab. 1980 ; 50 : 88-92


50. BRAUNER R, RAPPAPORT P, CZERNICHOW P, CACHIN O, THIBAUD E.
    Effects of hypothalamic and gonadal irradiation and pubertal
    development in children with cranial, cervical and abdominal
    tumors and acute leukemia.
    Acad. Press 1980 ; 163-173


51. BRAUNER R, RAPPAPORT P, CZERNICHOW P, CACHIN O, THIBAUD E.
    Effect of the hypothalamic and gonadal irradiation on pubertal
    development n children with cranial, cervical and abdominal tumors
    and acute leukemia.
    In : Cacciari E, Prader A, Eds. Pathophysiology of Puberty, London
    Press 1980 ; pp 163-173


52. CARRASCOSA A, PREVOT C, EVAIN D, CZERNICHOW P, RAPPAPORT R.
    Activité somatomédine et secrétion de l'hormone de croissance au
    cours des retards de croissance essentiels : celation avec la
    croissance.
    Arch. Fr. Pediatr. 1980 ; 37 : 515-520


53. CZERNICHOW P, POMAREDE R.
    Renseignements fournis par le dosage vasopressine plasmatique.
    Journées de Parisiennes de Pédiatrie 1980, Paris : Flammarion.
    Med. Sci., 1980 ; 187-195


54. POMAREDE R, CZERNICHOW P, RAPPAPORT P, ROYER P.
    Le diabète insipe pitresso-sensible chez l'enfant. II. Etude de 93
    cas observés entre 1955 et 1978.
    Arch. Fr. Pediatr. 1980 ; 37 : 37-44

12

55. RAPPAPORT R, PREVOT C, CZERNICHOW P.
Somatomedin activity and growth hormone secretion. I. Changes
relative to body weight in anorexia nervosa.
Acta Paediatr. Scand. 1980 ; 69 : 37-41

56. SIMOING C, CZERNICHOW P, SEIF SM, ROBINSON AG.
Quantitative changes in neurohypophyseal peptides in the
developing brain.
Peptides 1980 (Suppl. 1) ; 1 : 45-50

1981

57. CZERNICHOW P, ROBINSON AG.
Neurohypophis.
In : Pediatric Endocrinology, Collu R, Ducharme JR, Guyda H Ed.,
Raven Press 1981, p 571-596

58. CZERNICHOW P, VANDALEM JL, HENNEN G.
Transcient neonatal hyperthyrotropinemia : a factitious syndrome
due to the presence of heterophilic antibodies in the plasma of
infants and their methods.
J. Clin. Endocrinol. Metab. 1981 ; 53 : 387-93

59. DUHAMEL JF, CHERON G, JEHANNIN R, APHAN P, LENOIR C, CZERNICHOW P.
Subocclusion néonatale et athyréose. Anomalies du réflexe
recto-anal inhibiteur.
Arch. Fr. Pediatre. 1981 ; 38 : 213

60. LE BOUC Y, CZERNICHOW P.
Manifestations endocriniennes du syndrome de Mac Cune-Albright.
Journées Parisiennes de Pédiatrie, 1981 ; p 303-315

61. HUGNIER E, RAHGNERES P, ASTRE J, CZERNICHOW P, RAPPAPORT R.
Le diabète sucré de l'enfant : Surveillance et traitement.
La Revue de Pédiatrie 1981 ; 17 : 53-61

13

__1982__

62. BOURAS M, CZERNICHOW P.
Relationship between the diabetic child and his illness : a
psychoanalytical study.
In : Psychological aspects of diabetes in children and
adolescents.
Laron Z, Galatzer A, Ed. Karger AG, 1982, P 25-26

63. ARAUNER R, THIBAUD E, POMAREDE R, CACHIN O, MAUSSER C,
CZERNICHOW P, RAPPAPORT R.
Pubertés précoces : Réflexion sur les conditions de diagnostic et
les aspects étiologiques.
Ann Endocrinol 1982 ; 43 : 497-508

64. CZERNICHOW P.
Endocrinologie du foetus et du nouveau-né.
In : Physiologie de la grossesse.
Tourraine M, Masson Ed. 1982, p 117-124.

65. CZERNICHOW P.
Hormones posthypophysaires.
In : Endocrinologie Pédiatrique : Physiologie, Physiopathologie
clinique. Bertrand J, Rappaport R, Sizonenko PC. Payot Lausanne,
Doin Ed. Paris. p 60-67

66. CZERNICHOW P.
Hormones thyréotrope et thyroïdiennes.
In : Endocrinologie Pédiatrique : Physiologie, Physiopathologie
clinique. Bertrand J, Rappaport R, Sizonenko PC. Payot Lausanne,
Doin Ed. Paris. p 68-78

67. CZERNICHOW P.
Métabolisme de l'eau. Biochimie et Physiologie.
In : Endocrinologie Pédiatrique : Physiologie, Physiopathologie
clinique. Bertrand J, Rappaport R, Sizonenko PC. Payot Lausanne,
Doin Ed. Paris. p 524-533

14

68. CZERNICHOW P.
    Métabolisme de l'eau. Pathologie.
    In : Endocrinologie Pédiatrique : Physiologie, Physiopathologie
    clinique. Bertrand J, Rappaport R, Sizonenko PC. Payot Lausanne,
    Doin Ed. Paris. p 534-577

69. FAGIOLI I, COMAE S, CZEPNICHOW P, SALZARULO P.
    Long-term effects of CNS radiotherapy in children sleep-related
    growth hormone secretion : a preliminary report.
    BDV Werk : Sleep 1982 ; 5O0014 : 1-3

70. FAGIOLI I, CZERNICHOW P, SALZARULO P, BONARDI JM, RICOUC C,
    SACHS C, SALOMON F.
    Sleep related growth hormone and prolactin secretion in children
    during constant rate enteral nutrition.

71. POMAREDE R, CZERNICHOW P, FINIDRAI J, PFISTER A, ROGER M, KALIFA
    C, ZUCKER JM, PIERRE-KAHN A, RAPPAPORI R.
    Endocrine aspects and tumoral markers in intracranial germinoma :
    a attempt to delineate the diagnostic procedure.
    J Pediatr 1982 ; 101 : 374-8

72. POMAREDE R, BRAUNER R, RAPPAPORT , CZERNICHOW P.
    Les séquelles thyroïdiennes des radiothérapies pour cancer de la
    tête et du cou chez l'enfant.
    Actualités carcinologiques de l'Institut Gustave Roussay, Lemecle J
    Ed., Masson Paris, 1982, p 211-221 ,

73. RAPPAPORI R, BRAUNER R, CZERNICHOW P, THIBAUD E, REHIER O, ZUCKER
    JM, LEHEPLE J.
    Effect of hypothalamic and pituitary irradiation on pubertal
    development in children with cranial tumors.
    J Clin Endocrinol Metab 1982 ; 54 : 1164-8

15

74. RAPPAPORT R, CZERNICHOW P.
    Anomalies de la sécrétion.
    In : Endocrinologie Pédiatrique : Physiologie, Physiopathologie
    clinique. Bertrand J, Rappaport R, Sizonenko PC. Payot Lausanne,
    Doin Ed. Paris. p 204-216

75. SANGLADE A, BOURAS H, CZERNICHOW P.
    How diabetic and adolescents relate to their body : a psycholo-
    gical  survey based on the Rorschach test.
    In : Psychological aspects of diabetes in children adolescents.
    Laron Z, Galatzer A, Ed. Karger AG, 1982 p12-14

1983
76. ARATAN-SPIRE S, MOILANEN K, CZERNICHOW P.
    Postnatal developmental pattern of thyrotrophin releasing
    hormone-degrading activity in rat plasma, hypothalamus and liver :
    role of tri-iodothyronine.
    J Endocrinology 1983 ; 97 : 409-18

77. BRAUNER R, CZERNICHOW P, RAPPAPORT R.
    La puberté après irradiation crânienne.
    In : Journées Parisiennes de Pédiatrie, 1983, Flammarion Médecine-
    Sciences, Paris.

78. BRAUNER R, CZERNICHOW P, CRAMER P, SCHAISON G, RAPPAPORT R.
    Leydig-cell function in children after direct testicular irradia-
    tion for acute lymphoblastic leukemia.
    N Engl J Med 1983 ; 309 : 25-8

79. BRICAIRE H, VIROM B, CZERNICHOW P, LUTON JP.
    Traitements par antithyroïdiens de synthèse au cours de la
    grossesse.
    Presse Méd 1983 ; 12(17) : 1057-61

16

80. CZERNICHOW P.
    Métabolisme de l'eau et posthypophyse. Rapport au Congrès des
    Péaninateurs du Congrès Français — 1983.
    In : Masson Ed. 1983 ; 145—54

81. CZERNICHOW P, HUGNIER E, BRAUNER R, ASTRE J, RAPPAPORT J.
    Traitement actuel du diabète de l'enfant.
    Concours Médical 1983 ; 747—55

82. CZERNICHOW P,D SCHLUMBERGER M, POMAREDE R, FRAGU P.
    Plasma thyroglobulin measurements help determine the type of
    thyroid defect in congenital hypothyroidism.
    J Clin Endocrinol Metab 1983 ; 56 : 242—5

83. FAGIOLI I, COMBE S, CZERNICHOW P, SALZARULO P.
    Long term effects of CNS radiotherapy in children on sleep related
    growth hormone secretion, a preliminary report.
    6th Eur Congress Sleep Research, Zurich, Suisse, 1982.
    In : Sleep 1982 p 199—201, Karger Basel (1983).

1984

84. ARATAN-SPIRE S, WOLF B, CZERNICHOW P.
    Developmental pattern of TRH-degrading activity and TRH content in
    rat pancreas.
    Acta Endocrinol. 1984, 106 : 102—8

85. ARATAN-SPIRE S, WOLF B, PORTHA B, BAILBE O, CZERNICHOW P.
    Streptozotocine treatment at birth induces a parallel depletion of
    thyrotropin-releasing hormone (TRH) and insulin in the rat
    pancreas during development.
    Endocrinology 1984 ; 114 : 2369—73

86. ARATAN-SPIRE S, WOLF B, CZERNICHOW P.
    Effects of hypo and hyperthyroidism on pancreatic TRH-degrading
    activity and TRH concentrations in developing rat pancreas.
    Acta Endocrinol. 1984 ; 106 : 209—14

17

87. PPAUNER R, CZERNICHOW P, RAPPAPORT R.
    Precocious puberty after hypothalamic and pituitary irradiation in
    young children.
    N. Engl. J. Med. 1984 ; 311 : 920

88. CZERNICHOW P, PONAREDE E, BRAUNER R, RAPPAPORT R.
    Diabetes insipidus (DI) in children - Etiology and associated
    anterior pituitary anomalies.
    Symposium International sur le Diabète Insipide chez l'Homme.
    Paris, France. 1984.

89. CZERNICHOW P, WOLF B, FERMANIAN J, PONAREDE R, RAPPAPORT R.
    Twenty-four hour variations of thyroid hormones and thyrotropin
    concentrations in hypothyroid infants treated with L-thyroxine.
    Clin. Endocrinol. 1984 ; 21 : 393-7

90. LEVY-MARCHAL C, BRAUNER R, PAREDES A, KALUZYNER M, VAN KOTE I,
    DUFIER JL, JOS J, CZERNICHOW P.
    Analyse de la microangiopathie diabétique à l'aide de l'angio-
    graphie rétinienne chez 82 enfants.
    La Presse Médicale 1984 ; 13 : 2617-20

91. PONAREDE R, FINIDORI J, CZERNICHOW P, PFISTER A, HIRSCH JF,
    RAPPAPORT R.
    Germinoma in a boy with precocious puberty : Evidence of hCG
    secretion by the tumoral cells.
    Childs Brain 1984 ; 11 : 298-303

92. WOLF B, ARATAN-SPIRE S, CZERNICHOW P.
    Hypothyroidism increases pancreatic thyrotropin-releasing hormone
    (TRH) concentrations in adult rats.
    Endocrinology 1984 ; 114 : 1334-7

18

93. CZERNICHOW P.
Étude endocrinienne du retard de croissance au cours de l'anorexie
mentale.
Neuropsychiatrie de l'Enfance. 1984 ; 325 (5-6) : 241-243

94. POHARÈDE R, CZERNICHOW P, ZUCKER JM, SCHLIENGER P, HAYE C,
ROSENWALD JC, LABIB A, RAPPAPORT R.
Incidence of anterior pituitary deficiency after X-ray therapy at
an early age : study in retinoblastoma.
Acta Paediatr. Scand 1984 ; 73 : 115-9

1985
95. ALONSO G, CZERNICHOW P, ASSENHACHER I.
Reserpine inhibits release of vasopressin from the neural lobe of
the pituitary in dehydrated rats.
Cell Tissue Res 1985 ; 240 : 375-80

96. BRAUNER R, CZERNICHOW P, RAPPAPORT R.
Croissance staturale après irradiation du système nerveux central
pour médulloblastome de la fosse postérieure.
Arch Fr Pediatr 1985 ; 42 : 219-23

97. BRAUNER R, SCHAISON G, CZERNICHOW P, RAPPAPORT R.
Atteinte testiculaire au cours des leucoses aiguës lymphoblasti-
ques. Conséquences du traitement de radiothérapique et chimiothé-
rapique.
Ann Pédiatr (Paris), 1985 ; 32 (5) : 427-30

98. CZERNICHOW P.
Acquired hypothyroidism.
Pediatr Adoles Endocrinol 1985 ; 14 : 199-209

99. CZERNICHOW P, POHARÈDE R, BASHACIOGULLARI A, BRAUNER R,
RAPPAPORT R.
Diabetes-insipidus in children. III. Anterior pituitary
dysfunction in idiopathic types.
J Pediatr 1985 ; 106 : 41-4

19

100. CZERNICHOW P, POMAREDE R, BRAUNER R, RAPPAPORT R.
     Neurogenic diabetes insipidus in children.
     In : Czernichow P, Robinson AG. Diabetes Insipidus in Man.
     International Symposium of Diabetes Insipidus in Man. Paris.
     1984 Published by S. Karger. Basel. Munchen. Paris. London.
     New York. Tokyo. Sydney. 1985 ; 13 : 190-209

101. LEDUQUE P, WOLF B, ARATAN-SPIRE S, DUBOIS PM, CZERNICHOW P.
     Immunocytochemical location of thyrotropin-releasing hormone
     (TRH) in the B-cells of adult hypothyroid rat pancreas.
     Regul Pept 1985 ; 10 : 281-92

102. POMAREDE R, CZERNICHOW P, BRAUNER R RAPPAPORT R.
     Intracranial germinoma in children and diabetes insipidus :
     Clinical description and search for tumor markers.
     In : Czernichow P, Robinson AG. Diabetes Insipidus in Man.
     1984 Published by S. Karger. Basel. Munchen. Paris. London.
     New York. Tokyo. Sydney. 1985 ; 13 240-6

103. QHINIOU-DERRIE MC, DEBRAY-SACHS M, DARDENNE M, CZERNICHOW P,
     ASSAN R, BACH JF.
     Anti-islet cellular and humoral immunity, T-cell subsets, and
     thymic function in type I diabetes.
     Diabetes 1985 ; 34 : 373-9

104. SCHERBAUM WA, BOTTAZZO GF, CZERNICHOW P, WASS JAH, DONIACH D.
     Role of autoimmunity in central diabetes insipidus.
     In : Czernichow P, Robinson AG. Diabetes Insipidus in Man.
     International Symposium on Diabetes Insipidus in Man. Paris. 1984.
     Published by S. Karger. Basel. Munchen. Paris. London. New York.
     Tokyo. Sydney. 1985 ; 13 ;.232-9

105. WOLF BA, HUGUES JN, ARATAN-SPIRE S, RFINBERG A, VOIROL MJ,
     CZERNICHOW P.
     Hypothalamo-pituitary regulation of thyrotropin secretion in
     chronically catheterized Brattleboro rats.
     J Endocrinol 1985 ; 105 ; 277-83

20

**1986**

106. ARATAN-SPIRE S, WOLF B, CZERNICHOW P.
Enzymatic degradation of thyrotropin releasing hormone by
pancreatic homogenates.
Neuroendocrinol 1986 ; 42 : 399-406

LIVRE

107. CZERNICHOW P, ROBINSON AG.
Diabetes Insipidus in Man.
Basel, Munchen, Paris, New-York, Tokyo, Sydney : S. Karger,
1985.

THESES OU MEMOIRES

108. Christiane SINDING
Réponse au TRH au cours de tumeur de l'enfant.
Thèse pour le Doctorat en Médecine, Octobre 1975.

109. Marc JULIEN
Purification des neurophysines humaines.
Thèse pour le Doctorat en Médecine, Octobre 1976.

110. Anne-Marie TRELAT épouse PATIN
Mise en évidence et caractérisation partielle dans le plasma
humain d'une protéine de PM élevée porteuse de déterminants
antigéniques de la vasopressine.
Thèse pour le Doctorat en Médecine, 1981.

111. Renée POMAREDE
Le diabète insipide chez l'enfant.
Thèse pour le Doctorat en Médecine,

112. Juliane LEGER
Traitement de l'hypothyroïdie congénitale au cours des 24 premiers
mois.
Thèse pour le Doctorat en Médecine, Mai 1984.

21

113. B. WOLF
Variations des taux de $T_4$, $FT_4$, $T_3$ et TSH après administration orale de L-thyroxine chez des nourrissons ayant une hypothyroïdie congénitale.
Thèse pour le Doctorat en Médecine, 1984.

114. Sonia ARATAN-SPIRE
Etude de la dégradation du TRH par le plasma humain à la naissance et à la période néonatale.
Diplôme de 3ème Cycle, 1978.

115. A. SANGLADE
L'angoisse et le corps chez l'enfant diabétique dans le test du Rorschach.
Thèse de Doctorat de 3ème Cycle, 1982.

116. B. WOLF
Etude de l'évolution de la croissance à l'âge adulte du contenu en TRH dans le pancréas de sa dégradation in situ, de sa localisation et de sa régulation par la triodothyronine.
Thèse de Doctorat de 3ème Cycle, Juin 1984.

117. A. MEZA de PARADES.
Analyse de la rétinopathie diabétique à l'aide de l'angiographie rétinienne chez 80 enfants.
Mémoire pour le Titre d'Assistant Etranger, 1982.

22

SEMINAIRES, CONGRES ET ABSTRACTS

<u>1981</u>

1. BOURAS M, CZERNICHOW P, SANGLADE A, MUGNIER E, RAPPAPORT R.
   Relationship between the diabetic child and his illness : A
   psychoanalytic study.
   The 5th International Beilinson Symposium on Psychosocial Aspects
   of Diabetes in Children and Adolescents ; Israel 1981.

2. CZERNICHOW P.
   Problems of false positive results in screening procedure for
   congenital hypothyroidism.
   Deutsche Gesselschaft für Endokrinologie, Berlin, 1981 (Rapport).

3. CZERNICHOW P, ARATAN-SPIRE S.
   Physiologie de la thyroïde chez le foetus et le nouveau-né.
   XVIème Congrès des Pédiatres de Langue Française. Toulouse,
   France. 1981 (Rapport).

4. CZERNICHOW P, LUTON JP, ETLING N.
   Les enfants de mères hyperthyroïdiennes.
   XXVIème Congrès de l'Association des Pédiatres de Langue
   Française. Toulouse, France. 1981 (Rapport).

5. CZERNICHOW P, LUTON JP, RAPPAPORT R, BRICAIRE H.
   Fonction thyroïdienne chez les nouveau-nés de mère hyperthyroï-
   diennes (HT) traitées par les antithyroïdiens de synthèse (ATS).
   2ème Congrès Français d'Endocrinologie, Paris 1981 (Rapport).

6. CZERNICHOW P, OLIVIER C.
   Plasma immunoreactive TRH (IR-TRH) in normal and anencephalic
   neonates and their mother.
   First Joint Meeting LWPES-ESPE 1981, in Pediatr Res 1981 ; 15 :
   1544 (Abstract n°34).

23

7. CZERNICHOW P, RAPPAPORT R.
   Détermination de la glycémie à domicile.
   In : Entretiens de Bichat Pitié-Salpetrière ; Expansion Sc Fc
   Paris, 1981 : 227-9 (Abstract)

8. LEBOUC Y, CZERNICHOW P.
   Complications endocriniennes du syndrome d'Albright.
   In : Journées Parisiennes de Pédiatrie (Paris) Flammarion Méd. Sc.
   Ed. 1981 : 301-15

10. MUGNIER E, BOUGNERES P, ASTRE J, CZERNICHOW P, RAPPAPORT R.
    Le diabète sucré de l'enfant. Surveillance et traitement.
    Revue de Pédiatrie 1981 ; 1 : 53-61

11. WOLF B, CZERNICHOW P, EILING N, POMAREDE R, RAPPAPORT R.
    24 H variation of $T_4$, $FT_4$, $T_3$ and TSH after a single oral dose of
    $l-T_4$ in congenital hypothyroidism.
    First Joint Meeting LWPES-ESPE, Genève, Suisse. 1981.
    In : Pediatr Res 1981 ; 15 : 1538 (Abstract n°4).

1982
12. BOURAS M, CZERNICHOW P.
    Relationship between the diabetic child and his illness : a
    psychoanalytical study.
    In : Psychological aspects of diabetes in children and
    adolescents.
    Laron Z, Galatzer A Eds. Karger AG, 1982 ; pp 25-6

13. CZERNICHOW P.
    Endocrinologie du foetus et du nouveau-né.
    In : Physiologie de la grossesse.
    Touraine M, Masson Ed. 1982 ; p.117-24.

14. CZERNICHOW P.
    Développement foetal et périnatal : Hormones posthypophysaires –
    Hormones lycéotropes et thyroïdiennes – Métabolisme de l'eau et de
    la posthypophyse.
    In : Endocrinologie Pédiatrique 1982 ; pp60-68-224

24

15. POMAREDE R, BRAUNER R, RAPPAPORT R, CZERNICHOW P.
    Les séquelles thyroïdiennes des radiothérapies pour cancer de la
    tête et du cou chez l'enfant.
    Actualité Carcinologique de l'Institut Gustave Roussy.
    Lemerle J Ed., Masson Paris, 1982 ; pp 211-221.

16. SANGLADE A, BOURAS M, CZERNICHOW P.
    How diabetic and adolescents relate to their body : A psycholo-
    gical survey based on the Rorschach Test.
    In : Psychological aspects of diabetical in children adolescents.
    Laron Z, Galatzer A Eds. Karger AC 1982 ; pp 12-14

1983

17. ARATAN-SPIRE S, WOLF B, CZERNICHOW P.
    The parallel developmental pattern of thyrotropin releasing
    hormone-degrading activity (TRH-DA) in plasma in liver.
    XIII Annual Meeting of the European Thyroid Association,
    Madrid, Espagne. Juillet 1983.

18. ARATAN-SPIRE S, WOLF B, CZERNICHOW P.
    TRH degrading activity and TRH content in pancreas during rat
    postnatal development.
    XIIIth Annual Meeting of European Thyroid Association. Bruxelles,
    Belgique. Septembre 1983.

19. ARATAN-SPIRE S, WOLF B, CZERNICHOW P.
    Attempts to detect the source of plasma specific TRH-degrading
    activity in pancreas and liver.
    13th International SUmmerschool of Brain Research. Amsterdam,
    Hollande. Août 1983.

20. ARATAN-SPIRE S, WOLF B, CZERNICHOW P.
    L'usage des inhibiteurs pedférentiels pour la mise en évidence
    d'une activité dégradative spécifique anti-TRH dans le foie.
    Son évolution au cours de la période néonatale comparée à celle du
    plasma.
    Congrès de Neuroendocrinologie Expérimentale. Rouen, France.
    Septembre 1983.

25

21. ARATAN-SPIRE S, WOLF B, CZERNICHOW P.
    Attempts to detect the source of plasma specific TRH-degrading
    activity in pancreas in liver.
    8th European Symposium on Hormones and Cell Regulation. Le Mont-
    Sainte-Odile. Septembre 1983.

22. CZERNICHOW P.
    Immunité cellulaire et luminale dans le diabète de l'enfant.
    Réunion de la Société Française de Pédiatrie. Strasbourg, France,
    Avril 1983.

23. CZERNICHOW P.
    Métabolisme de l'eau et post-hypophyse.
    Réunion Annuelle des Réanimateurs.
    Novembre 1983 (Rapport).

24. POMAREDE R, CZERNICHOW P, SCHLUMBERGER M, BAYLE-WEISBERGER C,
    RAPPAPROT R.
    Decrease thyroid I$^{127}$ store measured by X-Ray fluorescence in
    compensated hypothyroidism due to X-Ray therapy.
    22nd Annual Meeting of the European Society for Paediatric
    Endocrinology, Budapest, Hongrie. 1983.
    Ped Res 1984 ; 18 : 106 (Abstract).

25. P. CZERNICHOW.
    Métabolisme de l'eau et posthypophyse.
    Rapport au Congrès des Réanimateur du Congrès Français - 1983.
    Masson Edit. p145-154, 1983.

26. WOLF B, ARATAN S, CZERNICHOW P.
    Hypothyroidism increases pancreatic TRH concentrations in adult
    rats.
    22nd Annual Meeting of the European Society for Paediatric
    Endocrinology, Budapest, Hongrie. Septembre 1983.
    Ped Res 1984 ; 18 : 105 (Abstract)

26

27. WOLF B, ARATAN  S, PORTHA B, BALDE D, CZERNICHOW P.
Streptozotocin abolishes the neonatal pancreatic TRH surge in
rats.
22nd Annual Meeting of the European Society for Paediatric
Endocrinology, Budapest, Hongrie. Septembre 1983.
Ped Res 1984 ; 18 : 112 (Abstract)

1984

28. BRAUNER R, CZERNICHOW P, RAPPAPORT R.
Insuffisance somatotrophique après irradiation prophylactique de
l'encéphale chez les enfants atteints de leucose aigue ou
lymphosarcome : role possible de l'âge à l'irradiation.
27e Congrès des Pédiatres de Langue Française. 1984.

29. BRAUNER R, THIBAUD E, CZERNICHOW P, RAPPAPORT R, BISCHOF P,
SIZONENKO P.
Traitement des pubertés précoces d'origine centrale par un
analogue du LHRH (HOE 766).
27e Congrès des Pédiatres de Langue Française. 1984.

30. BRAUNER R, THIBAUD E, CZERNICHOW P, RAPPAPORT R, BISCHOF P,
SIZONENKO PC.
Results of treatment with an LHRH agonist (HRE 766) in true
precocious puberty (PP).
23rd Annual Meeting of the European Society for Paediatric
Endocrinology, Heidelberg, Allemagne. 1984.

31. CZERNICHOW P, POMAREDE R, BRAUNER R, RAPPAPORT R.
Diabetes insipidus (DI) in children - Etiology and associated
anterior pituitary anomalies.
Symposium International sur le Diabète Insipide chez l'Homme.
Paris, France. 1984.

32. LABORDE LEVY CZERNICHOW
Etude de la fonction rénale chez l'enfant.
Club de Néphrologie. Nice, France. 1984.

27

33. LEVY-MARCHAL C, MOREDDU F, CZERNICHOW P.
Contrôles par salicylémie de l'aspirine à fortes doses dans les
syndromes inflammatoires de l'enfant.
Groupe Latin de Pédiatrie. 1984.

34. LEVY-MARCHAL C, QUINIOU MC, DEBRAY-SACHS M, CZERNICHOW P.
Cyclosporin administration in 9 diabetic children : first results
after 3 months.
6th International Beilinson Symposium on Future Trends in Juvenile
Diabetes. Tel Aviv, Israël. 1984.

35. PICARD F, HUGUES JN, DURANT D, CZERNICHOW P, POSTEL-VINAY MC.
Défaut de croissance du rat Brattleboro : Diminution des
récepteurs hépatiques de l'hormone de croissance.
Journée du Conseil Scientifique. Faculté de Médecine Necker-
Enfants-Malades, Paris V, France. 1984.

36. TAU C, FARRIAUX JP, GARABEDIAN M, CZERNICHOW P, BALSAN S.
Normal plasma concentration of vitamin D metabolites in 18
neonates with congenital hypothyroidism.
XVIII European Symposium on Calcified Tissues, Angers, 1984.
Calc Tiss Int (Suppl n°2) ; 36 : S35, 1984.

1985
37. BRAUNER R, CZERNICHOW P, PREVOT C, GUYDA HJ, RAPPAPORT R.
Longitudinal study of GH secretion, somatomedin and growth in the
two years following cranial irradiation.
Second Joint Meeting LWPES-ESPE. Baltimore, USA. 1985
Ped. Res. 1985 ; 19 : 613

38. CZERNICHOW P, LEDUQUE P, ARATAN-SPIRE S, WOLF B, DUBOIS PM.
TRH immunoreactivity in neonatal rats after treatment with
streptozotocin.
12th Congress of the IDF, Madrid, Espagne. 1985.

28

39. CZERNICHOW P, LEVY-MARCHAL C.
    L'utilisation des pompes à insuline chez l'enfant. Perspectives
    d'avenir.
    Académie de Médecine. 1985.

40. FAGIOLI I, BRAUNER R, CZERNICHOW P, RAPPAPORT R, HASSEYANI R,
    SALZARULO P.
    Predictive value of sleep related and provocative tests induced
    growth hormone secretion for growth of children after cranial
    irradiation.
    7th European Sleep Research Society. 1985.

41. FJELLESTAD A, RAPPAPORT R, CZERNICHOW P.
    Oral treatment of central diabetes insipidus (DI) in children by
    DDAVP tablets.
    Second Joint Meeting of LWPES-ESPE. Baltimore, USA. 1985
    Ped Res 1985 ; 19 : 604

42. LEVY-MARCHAL C, CZERNICHOW P.
    Constant nocturnal subcutaneous infusion of insulin (CNSII) in six
    diabetic children.
    12th Congress of the I.D.F. Madrid, Espagne. Octobre 1985.

43. LEVY-MARCHAL C, LABORDE K, KINDERMANS C, CZERNICHOW P.
    Anomalies rénales précoces chez l'enfant diabétique.
    ALFEDIAM, Paris, France. 1985.

44. LEVY-MARCHAL C, LABORDE K, KINDERMANS C, CZERNICHOW P.
    Early renal lesions in insulin dependent diabetic children.
    12th Congress of the I.D.F. Madrid, Espagne. 1985.