# Exhibit 22

Exhibit D

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of          :    HELMER HAGSTAM and
                                   HANS VILHARDT

Serial No.                    :    809,937

Filed                         :    December 17, 1985

For                           :    DDAVP ANTIDIURETIC AND
                              :    METHOD THEREFOR

Examiner                      :    J. Stone

Group Art Unit                :

Honorable Commissioner of Patents
    and Trademarks
Washington, D.C. 20231

DECLARATION OF MYRON MILLER

Sir:

Myron Miller declares and states that:

1.    I am Chief of Geriatric Medicine, Medical Services,
V.A. Medical Center, 800 Irving Avenue, Syracuse, New York
13210.  A copy of my curriculum vitae and list of publications
is annexed hereto as Exhibit 1.  I have read the
above-identified patent application as well as the Office
Action and the Zaoral patent and Kinter article cited in the
Office Action.

2.    I believe that the invention set forth in the
above-identified patent application – i.e., an antidiuretic
composition of DDAVP and a carrier in oral dosage form for
gastrointestinal absorption by humans – is an important
invention and one which was unobvious to me and, I believe,
unobvious to others skilled in this art even after a review of
the cited references.

3.    In order to understand the teachings of the art as of

1983, I have annexed hereto as Exhibit 2 a chapter entitled "Disorders Of the Neurohypophysis" which appears at pages 604 through 614 of Harrison's "Principles Of Internal Medicine" (10th ed. 1983). I am a co-author of that chapter.

4. The Harrison text is a well known treatise on internal medicine and is used in most medical schools throughout the United States. In the particular chapter of which I am co-author, I discuss (at page 610) the known treatment as of 1983 of diabetes insipidus. This treatment involves administration of peptides, such as DDAVP. As of 1983, I was unaware of Dr. Vilhardt's invention and, accordingly, did not know that DDAVP could be administered orally for gastrointestinal absorption by humans. Accordingly, I wrote in 1983 (see the second column on page 610 of the Exhibit 2 chapter under the heading "Treatment") the following:

> "As is true of most peptides, oral administration of vasopressin is ineffective".

Vasopressin is the parent molecule of DDAVP and the statement concerning vasopressin is equally applicable to DDAVP.

5. It was my belief in 1983, prior to hearing of Dr. Vilhardt's invention, that vasopressin and its derivatives, such as DDAVP, could not be orally administered. Accordingly, the method of administration which I recommend at page 610 is the use of the intranasal administration route.

6. DDAVP is the drug of choice in the treatment of most patients with diabetes insipidus. The use of intranasal administration is troublesome for reasons which are obvious to anyone knowledgeable about drug administration.

-2-

7.   Annexed hereto as Exhibit 3 is a copy of pages 1078 through 1081 of the "AMA Drug Evaluations" (5th ed. 1983).  A discussion of DDAVP is set forth at pages 1079 and 1080 of this article.  At page 1079, it is noted

> Desmopressin [DDAVP] is administered intranasally through a calibrated catheter (rhinyle).  Because some patients find the rhinyle difficult to use, two new intranasal forms have been developed and are currently under investigation:  a conventional nasal spray and sublingual lozenges".

If the oral administration for gastrointestinal absorption route had been obvious from the disclosure of the Zaoral patent, this method of administration would have been disclosed in the AMA Drug Evaluations article since this route of administration would be by far the most economical, most efficient, and safest method presently known.

8.   While the Zaoral patent does include "peroral" along with a list of other application methods (column 3, lines 16 through 28) one skilled in this art reading the term "peroral" in connection with knowledge of DDAVP and its means of administration at that time would conclude that the term "peroral" was referring to  sublingual and/or buccal administration of DDAVP.  As one skilled in this art, the term "peroral" as used by Zaoral, does not indicate oral administration of DDAVP for gastrointestinal absorption by humans.

9.   I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful

-3-

false statements and the like so made are punishable by fine or
imprisonment, or both, under section 1001 of Title 18 of the
United States Code, and that such willful false statements may
jeopardize the validity of the application, any patent issuing
thereon, or any patent to which this statement is directed.


Myron Miller

Dated:   June 9 , 1986

-4-

Exhibit 1

<u>CURRICULUM VITAE</u>

<u>NAME</u>: Myron Miller

<u>ADDRESS</u>: 219 Oakmont Drive, DeWitt, New York

<u>MARITAL STATUS</u>: Married, 3 children

<u>PLACE OF BIRTH</u>: Rochester, New York

<u>DATE OF BIRTH</u>: March 31, 1933

<u>UNDERGRADUATE EDUCATION</u>: University of Illinois, September 1951 to June 1955
B.S. in Chemistry

<u>PROFESSIONAL EDUCATION</u>: State University of New York, Upstate Medical Center
at Syracuse, September 1955 to June 1959 - M.D.

Student Fellowships: Summer 1956 - Biochemistry
Summer 1957 - Endocrinology
Summer 1958 - Endocrinology

<u>PROFESSIONAL TRAINING</u>:

Internship: University Hospitals, University of Wisconsin, Madison
Wisconsin, July 1959 - June 1960, Medical-Surgical

Residency: University Hospitals, University of Wisconsin, Madison,
Wisconsin, July 1960 - June 1963, Internal Medicine

Fellowship: University Hospitals, University of Wisconsin, Madison,
Wisconsin, July 1962 - June 1963, Postdoctoral Fellow
in Endocrinology

<u>MILITARY SERVICE</u>: U.S. Air Force, 2845th USAF Hospital, Griffiss Air
Force Base, July 1963 - July 1965, Chief of Internal
Medicine Service

<u>RESEARCH TRAINING</u>: Research Associate in Internal Medicine (Endocrinology),
Veterans Administration Hospital, Syracuse, New York,
July 1965 to December 1966

Clinical Investigator (Endocrinology), Veterans
Administration Hospital, Syracuse, New York, January
1967 - May 1971

<u>LICENSURE</u>: National Board of Medical Examiners 1960
Wisconsin  1961
California 1965
New York 1965

Myron Miller, M.D.

| | |
|---|---|
| SPECIALTY BOARD CERTIFICATION: | Certified as a Diplomate of the American Board of Internal Medicine, March 1966; Subspecialty Board of Endocrinology, October 1975. |
| PROFESSIONAL ORGANIZATIONS: | American Association for the Advancement of Science<br>American College of Physicians (Fellow)<br>American Federation for Clinical Research<br>American Medical Association<br>American Physiological Society<br>Endocrine Society<br>Gerontological Society<br>International Society of Neuroendocrinology<br>New York Academy of Sciences |
| ACADEMIC APPOINTMENTS: | Instructor, Department of Medicine, State University of New York, Upstate Medical Center at Syracuse, July 1965 to November 1967 |
| | Assistant Professor, Department of Medicine, State University of New York, Upstate Medical Center at Syracuse, December 1967 to June 1971 |
| | Associate Professor, Department of Medicine, State University of New York, Upstate Medical Center at Syracuse, July 1971 to June 1975 |
| | Professor, Department of Medicine, State University of New York, Upstate Medical Center at Syracuse, July 1975 to Present |
| HOSPITAL APPOINTMENTS: | Physician, Veterans Administration Hospital, Syracuse, New York, July 1965 to February 1972 |
| | Chief, Medical Service, Veterans Administration Hospital, Syracuse, New York, March 1972 to January 1984 |
| | Attending Physician, State University Hospital, Upstate Medical Center, Syracuse, New York, July 1965 to Present |
| | Chief, Section of Geriatric Medicine, Department of Medicine, State University of New York, Upstate Medical Center at Syracuse, January 1984 to Present |
| | Consultant in Internal Medicine, 2845th USAF Hospital, Griffiss AFB, Rome, New York, July 1965 to Present |
| | Attending Physician, St. Joseph's Hospital, Syracuse, New York, May 1971 to Present |

Myron Miller, M.D.

CONSULTANT APPOINTMENTS:    Consultant in Endocrinology to National Aeronautics
                           and Space Administration (NASA), April 1970 to Present

ADMINISTRATIVE
LEADERSHIP POSITIONS:    Chief, Medical Service, Veterans Administration
                            Medical Center
                         Chief, Section of Geriatric Medicine, Department of
                            Medicine, SUNY Upstate Medical Center
                         Director, Program In Geriatrics,
                            SUNY Upstate Medical Center
                         Program Director, Central New York Long Term Care
                            Gerontology Center
                         Statewide Gerontological Council of the State
                            University of New York

MAJOR HOSPITAL AND
ACADEMIC COMMITTEES:

    VA Medical Center:
                    Deans Committee
                    Clinical Executive Board
                    Research Committee
                    Resources Committee
                    Geriatric Program Development Committee (Chairman)

    SUNY Upstate Medical Center:
                    Council of the Faculty Organization
                    Executive Committee for the Program In Geriatrics
                    Basic Science Curriculum Committee for
                        Geriatrics (Chairman).
                    Planning Committee for Introduction to Clinical
                        Medicine Program
                    Planning Committee for Course In Endocrinology
                    Department of Medicine Executive Committee
                    Executive Committee of the Medical Service Group,
                        Department of Medicine
                    Faculty Appointments and Promotions Committee,
                        Department of Medicine
                    Geriatrics Program Committee, Department of Medicine
                        (Chairman)
                    Housestaff Selection Committee, Department of Medicine
                    Housestaff Program Committee, Department of Medicine
                    Clinical Competency Committee, Department of Medicine
                    Search Committee for Chief of Staff
                    Search Committee for Chairman of Department of Psychiatry
                        (Chairman)
                    Search Committee for Chief of Rheumatology (Chairman)
                    Search Committee for Chief of Radiology

AWARDS:    Hartford Foundation Faculty Scholar In Geriatric Medicine,
              1984-85.  UCLA Medical Center, Los Angeles, California

GRANT AWARDS                                   Myron Miller, M.D.

INDIVIDUAL/PRINCIPAL INVESTIGATOR AWARDS

1. Veterans Administration:  Research Associate Career
   Development Award (Endocrinology),
        July 1965 - December 1966 : $22,500

2. Veterans Administration:  Clinical Investigator Career
   Development Award (Endocrinology),
        January 1967 - June 1971 : $143,561

3. Veterans Administration:  Merit Review Program - Regulation
   of Neurohypophyseal Function in Normal and Disease States,
        July 1971 - June 1976 : $101,311

4. Veterans Administration:  Merit Review Program - Regulation
   of Neurohypophyseal Function in Normal and Disease States,
        July 1976 - June 1980 : $124,263

5. Veterans Administration:  Merit Review Program - Regulation
   of Neurohypophyseal Function in Normal and Disease States,
        1981 - 1986 : $153,110

6. National Aeronautics and Space Administration:  Development
   of Vasopressin Radioimmunoassay,
        1971-1976 : $92,000

7. Upjohn Company:  Vasopressin During the Menstrual Cycle In
   The Monkey,
        1971 - 1972 : $2,500

8. Bristol Laboratories:  Study of Narcotic Antagonists,
        1976 - 1977 : $7,000

9. Ayerst Laboratories:  Cavinton In The Treatment Of
   Multi-Infarct Dementia,
        1982 - 1983 : $105,870

10. Hendricks Fund:  Abnormal Water Handling In the Elderly,
        1983 - 1984 : $2,000

11. John A. Hartford Foundation:  Faculty Development Fellowship
    In Geriatric Medicine,
        September 1984 - August 1985 : $50,000


PROGRAM/GROUP PROJECT AWARDS

1. Administration on Aging:  Long Term Care Gerontology Center,
        October 1979 - September 1980 : $99,413
        October 1980 - December 1981 : $124,333

Myron Miller, M.D.

2.  New York State Department of Education:  Statewide Resource
    Center For Geriatric Education.
        April 1981 – March 1982        $25,000
        April 1982 – March 1983         25,000
        April 1983 – March 1984         25,000
        April 1984 – March 1985         25,000
        April 1985 – March 1986         50,000

3.  State University of New York/New York State Legislature:
    Distinguished Chair In Geriatric Medicine.
        April 1984 – March 1985       $100,000
        April 1985 – March 1986        100,000

## PUBLICATIONS

### Myron Miller, M.D.

1. Miller, M. and Chodos, R.B.: Thyroid carcinoma occurring in Graves' disease. Arch. Int. Med. 117:432-435, 1966.

2. Hoovermen, L.L., Sager, D.B., Meyer, R.K., Wolf, R.C. and Miller, M.: Production of gonadotrophin antibodies in mouse peritoneal fluid. Proc. Soc. Exp. Biol. Med. 123:848-853, 1966.

3. Miller, M., Moses, A.M. and Streeten, D.H.P.: Quantitative studies on the relationship between osmotic and volume stimuli to vasopressin release. Program of the 48th Annual meeting of the Endocrine Society, 20, 1966. (abstract)

4. Moses, A.M., Miller, M. and Streeten, D.H.P.: Quantitative influence of blood volume expansion on the osmotic threshold for vasopressin release. J. Clin. Endocrinol. 27:655-662, 1967.

5. Miller, M. and Moses, A.M.: Influence of dexamethasone and fever on 17-OHCS and growth hormone responses to febrile stress. Clin. Res. 15:456, 1967. (abstract)

6. Segal, A.J., Miller, M. and Moses, A.M.: Hypercalcemia during the diuretic phase of acute renal failure. Ann. Int. Med. 68:1066-1068, 1968.

7. Miller, M. and Moses, A.M.: Radioimmunoassay of vasopressin with comparison of immunological and biological activity in the rat posterior pituitary. Program of the 3rd International Congress of Endocrinology, 47, 1968. (abstract)

8. Miller, M. and Moses, A.M.: Effect of temperature and dexamethasone on the plasma 17-hydroxycorticoid and growth hormone response to pyrogen. J. Clin. Endocrinol. 28:1056-1063, 1968.

9. Moses, A.M. and Miller, M.: Stimulation and inhibition of ACTH release in patients with pituitary disease. J. Clin. Endocrinol. 28:1581-1588, 1968.

10. Miller, M. and Moses, A.M.: Radioimmunoassay of vasopressin with a comparison of immunological and biological activity in the rat posterior pituitary. Endocrinology 84:557-562, 1969.

11. Miller, M. and Moses, A.M.: In vivo and in vitro inactivation of biological activity of vasopressin by antiserum to lysine vasopressin. Endocrinology 84:798-802, 1969.

12. Miller, M. and Moses, A.M.: Chlorpropamide-induced release of antidiuretic hormone in patients with diabetes insipidus. Clin. Res. 17:290, 1969. (abstract)

13. Moses, A.M., Miller, M., Dalakos, T. and Streeten, D.H.P.: Partial diabetes insipidus. Ann. Int. Med. 70:1064, 1969. (abstract)

Myron Miller, M.D.

14. Moses, A.M. and Miller, M.: Assessment of pituitary reserve in subjects pretreated with dexamethasone. Metabolism 18:376-386, 1969.

15. Moses, A.M. and Miller, M.: Depletion and repletion of pituitary vasopressin in rats heterozygous for hereditary hypothalamic diabetes insipidus. Program of the 51st Annual Meeting of the Endocrine Society, 94, 1969. (abstract)

16. Moses, A.M. and Miller, M.: Accumulation and release of pituitary vasopressin in rats heterozygous for hypothalamic diabetes insipidus. Endocrinology 86:34-41, 1970.

17. Miller, M. and Moses, A.M.: Radioimmunological determination of urinary antidiuretic hormone in the Brattleboro rat. Fed. Proc. 29:378, 1970. (abstract)

18. Miller, M. and Moses, A.M.: Mechanism of chlorpropamide action in diabetes insipidus. Ann. Int. Med. 72:789, 1970. (abstract)

19. Miller, M. and Moses, A.M.: Mechanism of chlorpropamide action in diabetes insipidus. J. Clin. Endocrinol. 30:488-496, 1970.

20. Miller, M. and Moses, A.M.: Potentiation of vasopressin action by chlorpropamide in vivo. Endocrinology 86:1024-1027, 1970.

21. Miller, M., Dalakos, T., Moses, A.M., Fellerman, H. and Streeten, D.H.P.: Recognition of partial defects in antidiuretic hormone secretion. Ann. Int. Med. 73:721-729, 1970.

22. Moses, A.M. and Miller, M.: Osmotic threshold for vasopressin release as determined by saline infusion and by dehydration. Neuroendocrinology 7:219-226, 1971.

23. Moses, A.M. and Miller, M.: Diabetes Insipidus. In H.F. Conn and R.B. Conn, Jr., (eds), Current Diagnosis 3, W.B. Saunders Co., Philadelphia, Pa., 1971, p. 705-710.

24. Miller, M. and Moses, A.M.: Radioimmunoassay of urinary antidiuretic hormone with application to study of the Brattleboro rat. Endocrinology 88:1389-1396, 1971.

25. Miller, M. and Moses, A.M.: Radioimmunoassay of urinary antidiuretic hormone in normal and pathological states. Program of the 53rd Annual Meeting of the Endocrine Society, 104, 1971. (abstract)

26. Moses, A.M., Numann, P., Friedman, R. and Miller, M.: Dual antidiuretic actions of chlorpropamide in man. Program of the 53rd Annual Meeting of the Endocrine Society, 236, 1971. (abstract)

27. Miller, M.: Radioimmunoassay of antidiuretic hormone. In Proceedings of the 1970 Manned Spacecraft Center Endocrine Program Conference, NASA Technical Memorandum X-58068, National Aeronautics and Space Administration, Houston, Texas, p. 6-1 to 6-19, 1971.

Myron Miller, M.D.

28. Garcia, M., Miller, M. and Moses, A.M.: Chlorpropamide-induced water retention in patients with diabetes mellitus. Ann. Int. med. 75:549-554, 1971.

29. Miller, M. and Moses, A.M.: Radioimmunoassay of urinary antidiuretic hormone in man: Response to water load and dehydration in normal subjects. J. Clin. Endocrinol. 34:537-565, 1972.

30. Howanitz, J., Van Gemert, M., Miller, M. and Moses, A.M.: Clofibrate-induced antidiuresis. Program of the 64th Annual Meeting of the American Society for Clinical Investigation, 45a, 1972. (abstract)

31. Moses, A.M. and Miller, M.: Urine and plasma osmolality in the differential diagnosis of polyuria. Postgrad. Med. 52:187-190, 1972.

32. Moses, A.M. and Miller, M.: Urine and plasma osmolality in the diagnosis and management of patients with dilutional hyponatremia. Postgrad. Med. 52:232-235, 1972.

33. Miller, M.: Urinary excretion of antidiuretic hormone in man. In Proceedings of the 1971 Manned Spacecraft Center Endocrine Program Conference, NASA Technical Memorandum X-58093, National Aeronautics and Space Administration, Houston, Texas, p. 3-1 to 3-15, 1972.

34. Miller, M. and Moses, A.M.: Urinary antidiuretic hormone in polyuric disorders and in inappropriate ADH syndrome. Ann. Int. Med. 77:715-721, 1972.

35. Moses, A.M., Numann, P. and Miller, M.: Mechanism of chlorpropamide-induced antidiuresis in man: Evidence for release of ADH and enhancement of peripheral action. Metabolism 22:59-66, 1973.

36. Moses, A.M., Howanitz, J., Van Gemert, M. and Miller, M.: Clofibrate-induced antidiuresis. J. Clin. Invest. 52:535-542, 1973.

37. Moses, A.M., Howanitz. J. and Miller, M.: Diuretic action of three sulfonylurea drugs. Ann. Int. Med. 78:541-544, 1973.

38. Miller, M. and Wilks, J.N.: Urinary antidiuretic hormone excretion during the menstrual cycle and pregnancy in the monkey. Neuroendocrinology 12:174-178, 1973.

39. Miller, M.: Effect of chlorpropamide and other drugs on diabetes insipidus. In Proceedings of the IV International Congress of Endocrinology, Excerpta Medica, Amsterdam, 1973, p. 163-169.

40. Moses, A.M. and Miller, M.: Osmotic influences on the release of vasopressin. In E. Knobil and W.H. Sawyer, (eds.), Handbook of Physiology, Endocrinology, Vol. IV, Part 1, The Pituitary Gland and its Neuroendocrine Control, American Physiological Society, Washington, D.C., 1974, p. 225-242.

41. Van Gemert, M., Miller, M. and Moses, A.M.: Sulfonylurea-induced diuresis. Fed. Proc. 32:1973. (abstract)

Myron Miller, M.D.

42. Freiberg, M., Sabatino, B., Dalakos, T.G., Miller, M., Moses, A.M. and Streeten, D.H.P.: Diurnal and sleep influences on renal excretion. Clin. Res. 21:686, 1973. (abstract)

43. Van Gemert, M., Carey, R., Moses, A.M. and Miller, M.: Polyuria and impaired ADH excretion following medial preoptic lesions in the rat. Program of the 55th Annual Meeting of the Endocrine Society, 70, 1973. (abstract)

44. Streeten, D.H.P., Ross, G.S., Souma, M., Lewis, R., Moses, A.M. and Miller, M.: Osmotic threshold for ADH release: Effects of cortisol introduced into supraoptic nuclei. Program of the 55th Annual Meeting of the Endocrine Society, 71, 1973. (abstract)

45. Epstein, M., Pins, D. and Miller, M.: ADH suppression during the diuresis of water immersion. Clin. Res. 22:60, 1974. (abstract)

46. Miller, M., Van Gemert, M. and Moses, A.M.: Prolactin-induced antidiuresis in the rat with diabetes insipidus. Fed. Proc. 33:285, 1974. (abstract)

47. Stuart, H.J., Miller, M. and Stockman, J.A.: Vincristine therapy and inappropriate antidiuretic hormone secretion. Ped. Res. 8:410, 1974. (abstract)

48. Miller, M., Rao, K.J. and Moses, A.M.: Inhibition of antidiuretic hormone (ADH) release by narcotic antagonists. Program of the 56th Annual Meeting of the Endocrine Society, 138, 1974. (abstract)

49. Epstein, M., Pins, D. and Miller, M.: Suppression of ADH by water immersion in normal man. The Physiologist 17:218, 1974. (abstract)

50. Moses, A.M., Rao, K.J., Coulson, R. and Miller, M.: Parathyroid hormone deficiency with Albright's hereditary osteodystrophy. J. Clin. Endocrinol. 39:496-500, 1974.

51. Moses, A.M., Van Gemert, M. and Miller, M.: Evidence that glyburide-induced diuresis is not mediated by inhibition of ADH. Hormone Res. 5:359-366, 1974.

52. Moses, A.M. and Miller, M.: Drug-induced dilutional hyponatremia. New Eng. J. Med. 291:1234-1239, 1974.

53. Rao, K.J., Miller, M. and Moses, A.M.: Water intoxication and thioridazine (Mellaril). Ann. Int. Med. 82:61-63, 1975.

54. Stuart, M.J., Cuaso, C., Miller, M. and Oski, F.: Syndrome of recurrent increased secretion of antidiuretic hormone following multiple doses of Vincristine. Blood 45:315-320, 1975.

55. Van Gemert, M., Miller, M., Carey, R.J. and Moses, A.M.: Polyuria and impaired ADH release following medial preoptic lesioning in the rat. Am. J. Physiol. 228:1293-1297, 1975.

56. Epstein, M., Pins, D.S. and Miller, M.: Suppression of ADH during water immersion in normal man. J. Appl. Physiol. 38:1038-1044, 1975.

Myron Miller, M.D.

57. Celestian, J.F., Carey, R.J. and Miller, M.: Unimpaired maintenance of a conditioned avoidance response in the rat with diabetes insipidus. Physiol. Behav. 15:707-711, 1975.

58. Kutcher, C.L., Miller, M. and Schmalbach, N.L.: Renal deficiency associated with diabetes insipidus in the SWR/J mouse. Physiol. Behav. 14:815-818, 1975.

59. Miller, M., Rao, K.J. and Moses, A.M.: Inhibition of antidiuretic hormone (ADH) release in man by a narcotic antagonist. Program of the 57th Annual Meeting of the Endocrine Society, p. 187, 1975. (abstract)

60. Miller, M.: Inhibition of ADH release in the rat by narcotic antagonists. Neuroendocrinology 19:241-251, 1975.

61. Moses, A.M., Miller, M., and Streeten, D.H.P.: Pathophysiologic and pharmacologic alterations in the release and action of ADH. Metabolism 25:697-721, 1976.

62. Miller, M. and Moses, A.M.: Drug-induced states of impaired water excretion. Kidney International 10:96-103, 1976.

63. Coscia, M., Brown, R.D., Miller, M., Tanaka, K., Nicholson, W.E., Parks, K.R., and Orth, D.N.: Ectopic production of antidiuretic hormone (ADH), adrenocorticotrophic hormone (ACTH) and beta-melanocyte stimulating hormone (Z-MSH) by an oat cell carcinoma of the lung. Am. J. Med. 62:303-307, 1977.

64. Rao, K.J., Miller, M. and Moses, A.M.: Hypocalcemic tetany: Result of high-phosphate enema. N.Y. State J. Med. 76:968-969, 1976.

65. Streeten, D.H.P., Moses, A.M. and Miller, M.: Disorders of the neurohypophysis, in Harrison's Principles of Internal Medicine, 8th edition, McGraw-Hill, New York, 1977, pp. 490-501.

66. Miller, M. Bertranda, E.G., Dean, M.C. and Brush, F.R.: Does the rat with hereditary hypothalmic diabetes insipidus have impaired avoidance learning and/or performance? Pharmacol. Biochem. & Behav. 5(Suppl. 1):35-40, 1976.

67. Miller, M. and Van Gemert, M.: Antidiuretic action of prolactin in the rat with diabetes insipidus. Hormone Res. 7:319-332, 1976.

68. Mattern, M., Klemmer, P., Miller, M. and Blythe, W.: Defective regulation of renal salt excretion after hypothalamic injury. Kidney International 10: 504, 1976. (abstract)

69. Miller, M. and Moses, A.M.: Clinical states due to alterations of ADH release and action. In Neurohypophysis: Proceedings of the International Conference on the Neurohypophysis, A.M. Moses and L. Share (eds.), S. Karger AG (Basel), 1977, pp. 153-166.

Myron Miller, M.D.

70.  Anderson, C.R., Miller, M., Schroeder, E.T. and Streeten, D.H.P.: Effect of hypotension induced by angiotensin II (AII) blockade on plasma antidiuretic hormone (ADH) in patients with cirrhosis and ascites. Program of the 59th Annual Meeting of the Endocrine Society, p. 241, 1977. (abstract)

71.  Ginsberg, S., Comis, R. and Miller, M.: Syndrome of inappropriate antidiuretic hormone secretion in oat cell carcinoma of the lung. Clin. Research 26: 435A, 1978. (abstract)

72.  Miller, M.: Disorders of water metabolism: New diagnostic and therapeutic tools. Resident and Staff Physician 25: 37-43, 1979.

73.  Miller, M. and Anderson, G.N., Jr.: Relationship between angiotensin II and ADH release in man. Program of the 61st Annual Meeting of the Endocrine Society, p. 96, 1979. (abstract)

74.  Miller, M.: Diuretic action of clonidine in the rat. The Physiologist 22: 73, 1979. (abstract)

75.  Streeten, D.H.P., Moses, A.M. and Miller, M.: Disorders of the neurohypophysis. In Harrison's Principles of Internal Medicine, 9th Edition, McGraw-Hill, New York, 1980, pp. 1684-1694.

76.  Comis, R.L., Miller, M. and Ginsberg, S.J.: Abnormalities in water homeostasis in small cell anaplastic lung cancer. Cancer 45: 2414-2421, 1980.

77.  Forsling, M.L., Aziz, L.A., Miller, M., Davies, R. and Donovan, B.: Conversion of triglycylvasopressin to lysine vasopressin in man. J. Endocrinol. 85: 237-244, 1980.

78.  Miller, M.: Role of endogenous opioids in neurohypophysial function of man. J. Clin. Endocrinol. Metab. 50: 1016-1020, 1980.

79.  Miller, M.: Clonidine-induced diuresis in the rat: site of action. J. Pharmacol. Exp. Ther. 214: 608-613, 1980.

80.  Zamkoff, K.W., Kirshner, J.J., Cass, D.L. and Miller, M.: Adrenal response to serial cosyntropin stimulation after repeated high dose prednisone administration. Clin. Res. 28: 423A, 1980. (Abstract).

81.  Zamkoff, K., Kirshner, J., Cass, D. and Miller, M.: Adrenal response to serial cosyntropin stimulation after repeated high dose prednisone administration in patients with lymphoma. Cancer Treat. Rep. 65: 563-566, 1981.

82.  Streeten, D.R.P., Souma, M., Ross, G.R. and Miller, M.: Action of cortisol introduced into the supraoptic nucleus on vasopressin release and antidiuresis during hypertonic saline infusion in conscious rhesus monkeys. Acta Endocr. 98: 195-204, 1981.

Myron Miller, M.D.

83. Hochberg, Z., Moses, A.M., Benderli, A., Miller, M. and Richman, R.A.: Elevated osmotic threshold for vasopressin release and impaired thirst sensation: additional hypothalamic abnormalities in Kallmann's syndrome. Program of the 63rd Annual Meeting of the Endocrine Society, p. 142, 1981. (abstract)

84. Miller, M.: Effect of opioids on antidiuretic hormone release from the rat neurohypophysial system. Program of the 63rd Annual Meeting of the Endocrine Society, p. 187, 1981. (abstract)

85. Ginsberg, S.J., Comis, R.L. and Miller, M.: The development of hyponatremia following combination chemotherapy for metastatic germ cell tumors. Med. Ped. Onc. 10: 7-14, 1982.

86. Miller, M. and DeVito, W.J.: Hypersecretion of vasopressin from the neurohypophysial system of spontaneously hypertensive (SHR) rats. Program of the 64th Annual Meeting of the Endocrine Society, p. 267, 1982 (abstract).

87. Carey, R.J. and Miller, M.: Absence of learning and memory deficits in the vasopressin-deficient rat (Brattleboro Strain). Behavioral Brain Res. 6: 1-13, 1982.

88. Hochberg, Z., Moses, A.M., Miller, M., Benderli, A. and Richman, R.A. Altered osmotic threshold for vasopressin release and impaired thirst sensation: additional abnormalities in Kallmann's syndrome. J. Clin. Endocrinol. Metab. 55: 779-782, 1982.

89. Davis, B.M., Brown, G.M., Miller, M., Friesen, H.G., Kastin, A.J. and Davis, K.L.: Effects of cholinergic stimulation on pituitary hormone release. Psychoneuroendocrinology 7: 347-354, 1982.

90. DeVito, W.J., Miller, M. and Sutterer, J.R.: Increased secretion of vasopressin and adenosine 3',5'-monophosphate from hypothalamic-posterior pituitary units of spontaneously hypertensive rats. Endocrinology 111: 1958-1963, 1982.

91. Culebras, A. and Miller, M.: Absence of sleep-related elevation of growth hormone level in patients with stroke. Arch. Neurol. 40: 283-286, 1983.

92. Streeten, D.H.P., Moses, A.M. and Miller, M.: Disorders of the neurohypophysis, In Harrison's Principles of Internal Medicine, 10th Edition, McGraw-Hill, New York, 1983, pp. 604-614.

93. Culebras, A. and Miller, M.: Dissociated patterns of nocturnal prolactin and growth hormone secretion in patients with stroke. Neurology (Suppl 2) 33: 120, 1983 (abstract).

94. Miller, M.: Vasopressin hypersecretion in the aging rat. Program of the 65th Annual Meeting of the Endocrine Society, p. 253, 1983 (abstract).

95. Williams, A.R., Carey, R.J. and Miller, M.: Behavioral differences between vasopressin-deficient (Brattleboro) and normal Long-Evans rats. Peptides 4: 711-716, 1983.

96. Williams, A.R., Carey, R.J. and Miller, M.: Effect of vasopressin on open field and activity behavior of the vasopressin-deficient (Brattleboro) rat. Peptides 4: 717-720, 1983.

Myron Miller, M.D.

97.  Oppenheim, A., Miller, M., Anderson, G.H. Jr., Davis, B. and Slagle, T.:
     Anaplastic thyroid cancer presenting with hyperthyroidism.. Amer. J. Med. 75:
     702-704, 1983.

98.  Culebras, A. and Miller, M.: Dissociated patterns of nocturnal prolactin,
     cortisol and growth hormone secretion in patients with stroke. Neurology 34:
     631-636, 1984.

99.  Molaie, M., Culebras, A. and Miller, M.: Hyperprolactinemia: An inherent
     manifestation of patients with complex partial seizure. Ann. Neurol. 16: 121A,
     1984 (abstract).

100. Molaie, M., Culebras, A. and Miller, M.: Hyperprolactinemia in epileptics and
     non-epileptics with structural brain lesions. Epilepsia 25: 645, 1984
     (abstract).

101. Culebras, A. and Miller, M.: Impaired post-ictal growth hormone response in a
     patient with thalamic lesions. Neurology 34 (Suppl. 1): 154, 1984 (abstract).

102. Miller, M.: Chronic exposure to vasopressin in the aging rat impairs renal
     responsiveness to vasopressin. Program of the Seventh International Congress of
     Endocrinology, p. 853, Exerpta Medical Ser. 652, 1984 (abstract).

103. Miller, M.: Assessment of hormonal disorders of water metabolism. Clinics In
     Lab. Med. 4: 729-744, 1984.

104. Lefor, A.T. and Miller, M.: Factitious hypoglycemia associated with eosinophilic
     leukenoid reaction. N.Y. State J. Med. 85: 34-35, 1985.

105. Williams, A.R., Carey, R.J. and Miller, M.: Altered emotionality of the
     vasopressin-deficient Brattleboro rat. Peptides 6 (Suppl. 1): 69-76, 1985.

106. Miller, M.: Influence of aging on vasopressin secretion and water regulation. In
     Vasopressin, Ed. by R.W. Schrier, Raven press, New York, 1985, pp 249-258.

107. Molaie, M., Culebras, A. and Miller, M.: Nocturnal plasma prolactin levels in
     epileptics. Neurology 35 (Suppl. 1): 133, 1985 (abstract).

108. Culebras, A. and Miller, M.: Failure of post-ictal growth hormone rise in a
     patient with thalamic lesions. Neurology 35: 904-907, 1985.

109. Miller, M.: Beneficial effect of partial vasopressin deficiency on water
     regulation in the aging rat. Endocrinology 116 (abstract suppl.): 71, 1985
     (abstract).

110. Miller, M., Marley, J.E., Rubenstein, L.Z., Ouslander, J. and Strome, S.:
     Hyponatremia in a nursing home population. The Gerontologist 25: 118, 1985
     (abstract).

111. Molaie, M., Culebras, A. and Miller, M.: Nocturnal plasma prolactin rise in
     patients with complex partial seizures. Ann. Neurol. 18: 719-722, 1985.

PRESENTATIONS AT NATIONAL AND INTERNATIONAL MEETINGS

Myron Miller, M.D.

1. Miller, M., Moses, A.M., and Streeten, D.H.P.: Quantitative Studies on the Relationship Between Osmotic and Volume Stimuli to Vasopressin Release. 48th Annual Meeting of the Endocrine Society, Chicago, Illinois, June 1966.

2. Miller, M., and Moses, A.M.: "Stress Tests" in the Evaluation of Hypothalamic Pituitary Dysfunction. Upstate New York and Ontario Regional Meeting of the American College of Physicians, Syracuse, New York, November 4, 1967.

3. Moses, A.M., and Miller, M.: The Differential Diagnosis of Polyuric States. Upstate New York and Ontario Regional Meeting of the American College of Physicians, Syracuse, New York, November 4, 1967.

4. Miller, M., and Moses, A.M.: Radioimmunoassay of Vasopressin with a Comparison of Immunological and Biological Activity in the Posterior Pituitary of the Rat. Third International Congress of Endocrinology, Mexico City, July 2, 1968.

5. Moses, A.M., and Miller, M.: Partial Diabetes Insipidus. 50th Annual Meeting of the American College of Physicians, Chicago, Illinois, April 23, 1969.

6. Miller, M., and Moses, A.M.: Chlorpropamide-Induced Release of Antidiuretic Hormone in Patients with Diabetes Insipidus. National Meeting of the American Federation for Clinical Research, Atlantic City, N.J., May 4, 1969.

7. Moses, A.M., and Miller, M.: Depletion and Repletion of Pituitary Vasopressin in Rats Heterozygous for Hereditary Hypothalamic Diabetes Insipidus. 51st Annual Meeting of the Endocrine Society, New York, N.Y., June 28, 1969.

8. Miller, M., and Moses, A.M.: Action of Chlorpropamide in Diabetes Insipidus. Upstate New York and Ontario Regional Meeting of the American College of Physicians, Toronto, Ontario, October 30, 1969.

9. Miller, M., and Moses, A.M.: Radioimmunological Determination of Urinary Antidiuretic Hormone in the Brattleboro Rat. 54th Annual Meeting of the Federation of American Societies for Experimental Biology, Atlantic City, N.J., April 14, 1970.

10. Miller, M., and Moses, A.M.: Mechanisms of Chlorpropamide Action in Diabetes Insipidus. 51st Annual Meeting of the American College of Physicians, Philadelphia, Pa., April 17, 1970.

11. Moses, A.M., and Miller, M.: Clinical Studies on Vasopressin Release and Action. V.A. Endocrine Study Group, St. Louis Mo., June 9, 1970.

12. Miller, M., and Moses, A.M.: Radioimmunoassay of Vasopressin and its Application. V.A. Endocrine Study Group, St. Louis, Mo., June 9, 1970.

Myron Miller, M.D.

13. Miller, M.: Radioimmunological Studies of Urinary Antidiuretic Hormone Excretion in the Rat. VII Panamerican Congress of Endocrinology, Sao Paulo, Brazil, August 18. 1970.

14. Miller, M.: The Role of Urinary Antidiuretic Hormone Determination in the Manned Spacecraft Program. Conference on Endocrine Aspects of Manned Space Flight, NASA Manned Spacecraft Center, Houston, Texas, October 6, 1970.

15. Miller, M., and Moses, A.M.: Radioimmunoassay of Urinary Antidiuretic Hormone in Normal and Pathological States. 53rd Annual Meeting of the Endocrine Society, San Francisco, Cal., June 24, 1971.

16. Miller, M.: Urinary Excretion of Antidiuretic Hormone in Man. Conference on Endocrine Aspects of Manned Space Flight. NASA Manned Spacecraft Center Houston, Texas, December 1, 1971.

17. Miller, M.: Effect of Chlorpropamide and Other Drugs on Diabetes Insipidus. IV International Congress of Endocrinology, Washington, D.C., June 22, 1972.

18. Miller, M.: Antagonistic Effect of Lithium on antidiuretic Hormone Action. Conference on Endocrine Aspects of Manned Space Flight, NASA Manned Spacecraft Center, Houston, Texas, November 9, 1972.

19. Van Gemert, M., Miller, M., and Moses, A.M.: Sulfonylurea-Induced Diuresis. Federation of American Societies for Experimental Biology, Atlantic City, N.J., April 17, 1973.

20. Van Gemert, M., Carey, R., Moses, A.M., and Miller, M.: Polyuria and Impaired ADH Excretion Following Medial Preoptic Lesions in the Rat. 55th Annual Meeting of the Endocrine Society, Chicago, Illinois, June 20, 1973.

21. Streeten, D.H.P., Ross, G.S., Souma, M., Lewis, R., Moses, A.M., and Miller, M.: Osmotic Threshold for ADH Release: Effects of Cortisol Introduced into Supraoptic Nuclei. 55th Annual Meeting of the Endocrine Society, Chicago, Illinois, June 20, 1973.

22. Miller, M.: Effect of Narcotic Antagonists on Antidiuretic Hormone Release. Conference on Endocrine Aspects of Manned Space Flight, NASA Manned Spacecraft Center, Houston, Texas, January 8, 1974.

23. Miller, M., Van Gemert, M., and Moses, A.M.: Prolactin-Induced Antidiuresis in the Rat with Diabetes Insipidus. Federation of American Societies for Experimental Biology, Atlantic City, N.J., April 10, 1974.

24. Stuart, M.J., Miller, M., and Stockman, J.A.: Vincristine (VCR)Therapy and Inappropriate Antidiuretic Hormone Secretion. Society for Pediatric Reserch, Washington, D.C., April 27, 1974.

25. Miller, M., Rao, K.J., and Moses, A.M.: Inhibition of Antidiuretic Hormone (ADH) Release by Narcotic Antagonists. Annual Meeting of the Endocrine Society, Atlanta, June 12, 1974.

Myron Miller, M.D.

26. Epstein, M., Pins, D., and Miller, M.: Suppression of ADH by Water Immersion in Normal Man.  American Physiological Society, Albany, N.Y., August 14, 1974.

27. Miller, M., Rao, K.J. and Moses, A.M.: Inhibition of antidiuretic hormone (ADH) release in man by a narcotic antagonist.  57th Annual Meeting of the Endocrine Society, New York, New York, June 20, 1975.

28. Miller, M., Barranda, E.G., Dean, M.C. and Brush, F.R.:  Does the Rat with Hereditary Hypothalamic Diabetes Insipidus Have Impaired Avoidance Learning and/or Performance?  Bicentennial Neuropeptide Conference, Philadelphia, PA., June 28, 1976.

29. Miller, M. and Moses, A.M.:  Clinical States Due to Alterations of ADH Release and Action.  1976 International Conference on the Neurohypophysis, Key Biscayne, Florida, Nov. 17, 1976.

30. Mattern, W., Kleeman, F., Miller, M., and Blythe, W.:  Defective Regulation of Renal Salt Excretion after Hypothalamic Injury.  9th Annual Meeting of the American Society of Nephrology, Washington, D.C., Nov. 1976.

31. Anderson, G.H., Miller, M., Schroeder, E.T. and Streeten, D.H.P.:  Effect of Hypotension Induced by Angiotensin (AII) Blockade on Plasma Antidiuretic Hormone (ADH) in Patients with Cirrhosis and Ascites.  59th Annual Meeting of the Endocrine Society, Chicago, Illinois, June 10, 1977.

32. Ginsberg, S., Comis, R. and Miller, M.:  Syndrome of Inappropriate Antidiuretic Hormone Secretion in Oat Cell Carcinoma of the Lung.  National Meeting of the American Federation for Clinical Research, San Francisco, Calif., May 1, 1978.

33. Miller, M.:  A Prospective Evaluation of Abnormalities in Water Homeostasis in Patients with Small Cell Carcinoma of the Lung.  Great Lakes Regional Endocrine Society, Buffalo, New York, Nov. 7, 1978.

34. Miller, M. and Anderson, G.H. Jr.:  Relationship Between Angiotensin II and ADH Release in Man.  61st Annual Meeting of the Endocrine Society, Anaheim, Calif., June 13, 1979.

35. Miller, M.:  Diuretic Action of Clonidine In The Rat.  American Physiological Society: Relation Between Brain Neurotransmitters and Endocrine Function, East Lansing, Mich., Aug. 24, 1979.

36. Miller, M.:  Diuretic Action of Clonidine In The Rat.  Great Lakes Regional Endocrine Society, Buffalo, NY, Nov. 7, 1979.

37. Norman, D.D., Miller, M., Moses, A.M., Streeten, D.H.P. and Anderson, G.H. Jr.: Angiotensin II-induced release of vasopressin in humans and its inhibition by an angiotensin II antagonist, saralasin.  6th International Congress of Endocrinology, Melbourne, Australia, Feb. 15, 1980.

38. Zankoff, K.M., Kirshner, J.J., Cass. D.L. and Miller, M.:  Adrenal response to serial cosyntropin stimulation after repeated high dose prednisone administration. National Meeting of the American Federation for Clinical Research, Washington, D.C., May 10, 1980.

Myron Miller, M.D.

39.  Miller, M., Miller, M.A. and Carey, R.J.: Role of endogenous opioids in the
     learning/memory deficits of the vasopressin deficient (Brattleboro) rat.  The 4th
     Great Lakes Regional Endocrine Society Meeting, Rochester, N.Y., Oct. 28, 1980.

40.  Rochberg, Z., Moses, A.M., Benderli, A., Miller, M. and Richman, R.A.: Elevated
     osmotic threshold for vasopressin release and impaired thirst sensation:
     additional hypothalamic abnormalities in Kallmann's Syndrome.  63rd Annual Meeting
     of The Endocrine Society, Cincinnati, Ohio, June 17, 1981.

41.  Miller, M.:  Effect of opioids on antidiuretic hormone release from the rat
     neurohypophysial system.  63rd Annual Meeting of The Endocrine Society,
     Cincinnati, Ohio, June 18, 1981.

42.  Miller, M. and DeVito, W.J.: Hypersecretion of vasopressin from the
     neurohypophysial system of spontaneously hypertensive (SHR) rats. 64th Annual
     Meeting of the Endocrine Society, San Francisco, Calif., June 18, 1982.

43.  Miller, M.:  Vasopressin hypersecretion in aging rats: a result of decreased renal
     responsiveness to vasopressin.  The 6th Annual Meeting of the Great Lakes Regional
     Endocrine Society, Rochester, N.Y., October 5, 1982.

44.  Streeten, D.H.P., Freiberg, J.M., Miller, M. and Vagnucci, A.N.:  Relation between
     circadian rhythms of cortisol, vasopressin (ADH), Na and K excretion.  The 6th
     Annual Meeting of the Great Lakes Regional Endocrine Society, Rochester, N.Y.,
     October 5, 1982.

45.  Williams, A.R., Carey, R.J. and Miller, M.:  A study of behavioral differences
     between vasopressin-deficient (Brattleboro) and normal Long-Evans rats.  4th
     Annual Winter Neuropeptide Conference, Breckenridge, Colorado, Jan. 20, 1983.

46.  Culebras, A. and Miller, M.:  Dissociated patterns of nocturnal prolactin and
     growth hormone secretion in patients with stroke.  35th Annual Meeting of the
     American Academy of Neurology, San Diego, Calif., April 28, 1983.

47.  Miller, M.:  Vasopressin hypersecretion in the aging rat.  64th Annual Meeting of
     the Endocrine Society, San Antonio, Texas, June 9, 1983.

48.  Williams, A.R., Carey, R.J. and Miller, M.:  Behavioral and biochemical
     concomitants of vasopressin-deficiency in the Brattleboro rat.  5th Annual Winter
     Neuropeptide Conference, Breckenridge, Colorado, Jan. 19, 1984.

49.  Culebras, A. and Miller, M.:  Impaired post-ictal growth hormone response in a
     patient with thalamic lesions.  36th Annual Meeting of the American Academy of
     Neurology, Boston, Mass., April 10, 1984.

50.  Miller, M.:  Chronic exposure to vasopressin in the aging rat impairs renal
     responsiveness to vasopressin.  7th International Congress of Endocrinology,
     Quebec, Canada, July 4, 1984.

Myron Miller, M.D.

51.  Miller, M.: Aging, opiates and vasopressin secretion. Vasopressin Conference, Aspen, Colorado, August 23, 1984.

52.  Molaie, M., Culebras, A. and Miller, M.: Hyperprolactinemia: An inherent manifestation of patients with complex partial seizure. 109th Annual Meeting of The American Neurological Association, Baltimore, Md., October 8, 1984.

53.  Molaie, M., Culebras, A. and Miller, M.: Hyperprolactinemia in epileptics and non-epileptics with structural brain lesions. American Epilepsy Society, San Francisco, Calif., November 8, 1984.

54.  Miller, M.: Impaired renal water regulation in the aging rat: a consequence of chronic exposure to vasopressin. 6th Annual Winter Neuropeptide Conference, Breckenridge, Colorado, January 24, 1985.

55.  Culebras, A., Miller, M. and Bertram, L.: The response of growth hormone to generalized seizures. American Academy of Neurology, Dallas, Texas, April 30, 1985.

56.  Molaie, M., Culebras, A. and Miller, M.: Nocturnal prolactin plasma levels in epileptics with and without brain structural lesions. American Academy of Neurology, Dallas, Texas, April 30, 1985.

57.  Miller, M.: Beneficial effect of partial vasopressin deficiency on water regulation in the aging rat. 67th Annual Meeting of the Endocrine Society, Baltimore, Md., June 19, 1985.

58.  Molaie, M., Culebras, A., Taskay, B. and Miller, M.: Nocturnal prolactin secretion in epileptics and non-epileptics. 16th Epilepsy International Congress, Hamburg, Germany, September, 1985.

59.  Miller, M., Morley, J.E., Rubenstein, L.Z., Ouslander, J. and Strome, S.: Hyponatremia in a nursing home population. 38th Annual Meeting of the Gerontological Society, New Orleans, La., November 24, 1985.