# EXHIBIT A

# McDermott
# Will & Emery

Boston Brussels Chicago Düsseldorf London Los Angeles Miami Munich
New York Orange County Rome San Diego Silicon Valley Washington, D.C.

Christine A. Pepe
cpepe@mwe.com
212-547-5414

June 16, 2006

**VIA EMAIL (WILLIAM.LONG@SABLAW.COM) AND U.S. MAIL**

William F. Long
Sutherland, Asbill & Brennan LLP
999 Peachtree Street, NE
Atlanta Georgia 30309-3996

Re:   *Ferring B.V. v. Teva Pharmaceutical Industries, Ltd.*, C.A. No. 04-884-SLR
      Client-Matter No. 075105-0012

Dear Mr. Long:

As previously stated, in view of the Federal Circuit's denial of Ferring's Combined Petition for Panel Rehearing and Rehearing *En Banc* in the *Ferring v. Barr* matter, the stay in the above-captioned matter is no longer in effect.

However, Ferring intends to file a petition for writ of certiorari to the United States Supreme Court. We therefore propose seeking a stay of all proceedings (including Teva's motion for attorneys' fees) pending the resolution of Ferring's petition to the Supreme Court.

This is precisely what has occurred in the *Ferring v. Barr* matter—the District Court has stayed Barr's attorneys fees motion pending the resolution of the petition to the Supreme Court.

Please let us know as soon as possible whether you are amenable to submitting a stipulation to this effect.

Sincerely,

*Christine A. Pepe*
Christine A. Pepe

NYK 1043297-1.075105.0012

U.S. practice conducted through McDermott Will & Emery LLP.
340 Madison Avenue New York, New York 10017-4613   Telephone: 212.547.5400   Facsimile: 212.547.5444   www.mwe.com

TOTAL P.03