

**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

**Francis DiGiovanni**
Partner

TEL (302) 888-6316
FAX (302) 658-5614
EMAIL fdigiovanni@cblh.com
REPLY TO Wilmington Office

WEB www.cblh.com

September 13, 2006

**VIA HAND DELIVERY**
Chief Judge Sue L. Robinson
United States District Court
District of Delaware
844 North King Street
Wilmington, DE  19801

    Re:    *Ferring B.V. v. Teva Pharmaceuticals USA, Inc., et al.*,
            Civil Action No. 04-884-SLR

Dear Chief Judge Robinson:

    On behalf of plaintiff Ferring B.V., we respectfully submit two recent items that relate to the Motion to Dismiss and for Attorneys' Fees (D.I. 61) filed by defendant Teva and the Opposition and Cross-Motion to Stay (D.I. 69) filed by plaintiff Ferring B.V. ("Ferring").

    First, attached hereto as Exhibit A is an excerpt from the transcript of a hearing held on July 21, 2006, in the case of *Meijer Inc. et al. v. Ferring B.V. et al.*, No. 05-CV-2237 (S.D.N.Y.). That case is presided over by Judge Brieant, who found inequitable conduct in *Ferring B.V. and Aventis Pharmaceuticals, Inc. v. Barr Labs.*, C.A. No. 02-CV-9851 (S.D.N.Y.) ("*Ferring v. Barr*"). The *Meijer v. Ferring* case involves antitrust claims based upon the *Ferring v. Barr* decision. As the Court knows, Teva relies upon the *Ferring v. Barr* decision in support of its Motion for Attorneys' Fees. The *Meijer v. Ferring* transcript is relevant because Judge Brieant therein acknowledges that he himself considers the *Ferring v. Barr* decision of inequitable conduct to be a close case. *See* Ex. A at 5 ("I was terribly disappointed to note that that Judge Newman, who I hold in very great esteem, had dissented, and I think the fact that she did shows that the whole thing wasn't totally free from doubt."). Judge Brieant's very own statement of "doubt" concerning the decision supports a denial of Teva's Motion for Attorneys' Fees. *See* D.I. 70 at 21-22 (the closeness of the case militates against an award of attorneys' fees).

    Second, attached hereto as Exhibit B is the Supreme Court Petition for Writ of Certiorari recently filed by Ferring and Aventis Pharmaceuticals in the *Ferring v. Barr* case. The filing and

CONNOLLY BOVE LODGE & HUTZ LLP
ATTORNEYS AT LAW

The Honorable Sue L. Robinson
September 13, 2006
Page 2 of 2

strength of the petition further supports a denial of Teva's Motion to Dismiss and for Attorneys' Fees.

Counsel is available at the Court's convenience should the Court have any questions.

Respectfully submitted,

Francis DiGiovanni

Enclosures

cc: Clerk of the Court (by hand)
Dennis J. Mondolino, Esq. (by e-mail)
Josy W. Ingersoll, Esq. (by hand)
William F. Long, Esq. (by e-mail)

487375_1