**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cblh.com

**Francis DiGiovanni**
Partner

TEL (302) 888-6316
FAX (302) 658-5614
EMAIL fdigiovanni@cblh.com
REPLY TO Wilmington Office

September 18, 2006

**VIA HAND DELIVERY**
Chief Judge Sue L. Robinson
United States District Court
District of Delaware
844 North King Street
Wilmington, DE 19801

    Re:    *Ferring B.V. v. Teva Pharmaceuticals USA, Inc., et al.*,
            Civil Action No. 04-884-SLR

Dear Chief Judge Robinson:

    In response to Teva's letter request (D.I. 75), we herein provide the full transcript of the *Meijer Inc. et al. v. Ferring B.V. et al.*, No. 05-CV-2237 (S.D.N.Y.) hearing. (*See* attached Exhibit A). Contrary to Teva's argument, there is nothing in the transcript that contradicts or clarifies Judge Brieant's statement of "doubt" concerning his decision in *Ferring v. Barr*. Nor did Ferring take the Judge's statement out of context, as evidenced by the transcript itself.

    In addition, contrary to Teva's argument, Judge Brieant stated that *"the whole thing wasn't totally free from doubt."* The statement does not merely relate to the appropriateness of summary judgment, as Teva would have the Court believe, but to the entire inequitable conduct issue. Moreover, it is well established that the requirements for proving a case "exceptional" are more stringent than those for proving inequitable conduct. Thus, "doubt" is highly relevant to an exceptional case determination.

                                                              Respectfully submitted,

                                                              Francis DiGiovanni

Enclosures

CONNOLLY BOVE LODGE & HUTZ LLP
ATTORNEYS AT LAW

The Honorable Sue L. Robinson
September 18, 2006
Page 2 of 2

cc:  Clerk of the Court (Via hand)
     Dennis J. Mondolino, Esq. (Via e-mail)
     Josy W. Ingersoll, Esq. (Via Hand and e-mail)
     William F. Long, Esq. (Via e-mail)

488312_1

NYK 1057400-1.075105.0012