# EXHIBIT A

# Supreme Court of the United States

No. 06-372

Ferring B.V., et al.,

Petitioners

v.

et al., Petitioners v. Barr Laboratories, Inc.

ON PETITION FOR A WRIT OF CERTIORARI to the United States Court of Appeals for the Federal Circuit, No. 05-1284.

ON CONSIDERATION of the petition for a writ of certiorari herein to the United States Court of Appeals for the Federal Circuit.

IT IS ORDERED by this Court that the said petition is denied.

October 30, 2006

A true copy   WILLIAM K. SUTER
   Test:
Clerk of the Supreme Court of the United States
By _____
                                        Deputy