IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------x
FERRING B.V.                                     :
                                                 :
                                                 :   Civil Action No. 04-884-SLR
            Plaintiff,                           :
                                                 :
     v.                                          :
                                                 :
TEVA PHARMACEUTICALS USA, INC. and               :
TEVA PHARMACEUTICAL INDUSTRIES                   :
LIMITED                                          :
            Defendants.                          :
                                                 :
-------------------------------------------------------------X
```

**FERRING B.V.'S MOTION FOR DISMISSAL
WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41**

Plaintiff Ferring B.V. ("Ferring"), pursuant to Fed. R. Civ. P. 41, hereby moves the Court to dismiss Ferring's complaint and Teva's counterclaims with prejudice. In support of this motion, Ferring contemporaneously submits its opening brief.

| | |
|---|---|
| Date: November 2, 2006 | /s/ Francis DiGiovanni |
| | Francis DiGiovanni (#3189) |
| | CONNOLLY BOVE LODGE & HUTZ LLP |
| | The Nemours Building |
| | 1007 North Orange Street |
| | Wilmington, DE 19899-2207 |
| | (302) 658-9141 |
| | |
| | Dennis J. Mondolino |
| | Christine A. Pepe |
| | MCDERMOTT, WILL & EMERY LLP |
| | 340 Madison Avenue |
| | New York, NY 10017 |
| | (212) 547-5400 |
| | Attorneys for Plaintiff Ferring B.V. |

CERTIFICATE OF SERVICE

I, Francis DiGiovanni hereby certify that on November 2, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following, and I hereby certify that we have served via e-mail and Hand Delivery a copy of said document to:

> Josy W. Ingersoll, Esq.
> Young Conway Stargatt & Taylor
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE  19899

I further hereby certify that I have served, via e-mail and United States First Class Mail, the document to the following non-registered participant:

> William F. Long
> William L. Warren
> Sutherland Asbill & Brennan LLP
> 999 Peachtree Street, NE
> Atlanta, Georgia  30309-3996

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)

497725_1