IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------x
FERRING B.V.                                                 :
                                                             :
                                                             :
                                                             :   Civil Action No. 04-884-SLR
                Plaintiff,                                   :
                                                             :
        v.                                                   :
                                                             :
TEVA PHARMACEUTICALS USA, INC. and                           :
TEVA PHARMACEUTICAL INDUSTRIES                               :
LIMITED                                                      :
                Defendants.                                  :
                                                             :
-------------------------------------------------------------x
```

**ORDER**

WHEREAS, plaintiff Ferring B.V. ("Ferring") has moved the Court, pursuant to Fed. R. Civ. P. 41, to dismiss its complaint and Defendants' counterclaims with prejudice.

IT IS SO ORDERED this _____ day of November, 2006, that the complaint and counterclaims in this action are dismissed in their entirety with prejudice.

_____
United States District Judge

497726_1