IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------x
FERRING B.V.                                                :
                                                            :
                                                            :
                                                            :    Civil Action No. 04-884-SLR
             Plaintiff,                                     :
                                                            :
      v.                                                    :
                                                            :
TEVA PHARMACEUTICALS USA, INC. and                          :
TEVA PHARMACEUTICAL INDUSTRIES                              :
LIMITED                                                     :
             Defendants.                                    :
                                                            :
-----------------------------------------------------------x
```

**FERRING B.V.'S OPENING BRIEF IN SUPPORT OF ITS MOTION
FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41**

        Francis DiGiovanni (#3189)
        **CONNOLLY BOVE LODGE & HUTZ LLP**
        The Nemours Building
        1007 North Orange Street
        Wilmington, DE 19899-2207
        (302) 658-9141

        Dennis J. Mondolino
        Christine A. Pepe
        **MCDERMOTT, WILL & EMERY LLP**
        340 Madison Avenue
        New York, NY 10017
        (212) 547-5414

        Attorneys for Plaintiff Ferring B.V.

**TABLE OF CONTENTS**

    Page

I.   INTRODUCTION ................................................................................................ 1
II.  PROCEDURAL HISTORY/ARGUMENT ............................................................ 1
III. CONCLUSION ..................................................................................................... 2

## TABLE OF AUTHORITIES

Page

### FEDERAL CASES

*Ciber, Inc. v. Ciber Consulting, Inc.*
326 F. Supp. 2d 886 (N.D. Ill. 2004)……………………………………………............1

*Ferring B.V. & Aventis Pharmaceuticals, Inc. v. Barr Laboratories, Inc.*
No. 02-Civ-9851 (CLB), 2005 U.S.Dist. LEXIS 3597
(S.D.N.Y. Feb. 7, 2005) *aff'd*, No. 05-1284, 437 F.3d 1181
(Fed. Cir. 2006), *rehearing denied, rehearing en banc denied*,
2006 U.S. App. LEXIS 10811 (Fed. Cir. Apr. 12, 2006),
*cert. denied,* 2006 U.S. LEXIS 8344 (Oct. 30, 2006)……………………………………..1

*Super Sack Manufacturing Corp. v. Chase Packaging Corp.*
57 F.3d 1054 (Fed. Cir. 1995)……...…………...……………………………………………1

### FEDERAL STATUTES

Fed. R. Civ. P. 41……………………………………………………………………………….1

I.    **INTRODUCTION**

Plaintiff Ferring B.V. ("Ferring") submits this opening brief in support of its Motion for Dismissal with Prejudice. For the reasons set forth below, Ferring herein requests that this Court dismiss Ferring's complaint and Teva's counterclaims with prejudice.

II.    **ARGUMENT**

On October 30, 2006, the Supreme Court denied Ferring and Aventis Pharmaceuticals, Inc.'s Petition for a Writ of Certiorari in the *Ferring v. Barr* matter. *Ferring B.V. & Aventis Pharmaceuticals, Inc. v. Barr Laboratories, Inc.*, No. 02-Civ-9851 (CLB), 2005 U.S.Dist. LEXIS 3597 (S.D.N.Y. Feb. 7, 2005), *aff'd*, No. 05-1284, 437 F.3d 1181 (Fed. Cir. 2006), *rehearing denied, rehearing en banc denied*, 2006 U.S. App. LEXIS 10811 (Fed. Cir. Apr. 12, 2006), *cert. denied,* 2006 U.S. LEXIS 8344 (Oct. 30, 2006). In view of this and consistent with Ferring's representations to this Court and to Teva, Ferring herein requests that this action be dismissed with prejudice pursuant to Fed. R. Civ. P. 41. Ferring herein voluntarily dismisses its complaint with prejudice and further requests that Teva's counterclaims for declaratory judgment of non-infringement, unenforceability and invalidity be dismissed with prejudice.

In view of the foregoing, there is no case or controversy to support this Court's jurisdiction over Teva's counterclaims. *Ciber, Inc. v. Ciber Consulting, Inc.,* 326 F. Supp. 2d 886, 892-93 (N.D. Ill. 2004) (court granted plaintiff's motion for dismissal of complaint and counterclaims with prejudice based on lack of justiciable controversy and further denied defendant's motion for attorneys' fees); *see also Super Sack Manufacturing Corp. v. Chase Packaging Corp.,* 57 F.3d 1054, 1060 (Fed. Cir. 1995) (plaintiff patentee's promise not to sue for past and future infringement rendered moot

1

the controversy and court dismissed entire action (including defendant's counterclaims) with prejudice).

The Court should retain limited jurisdiction solely for the purpose of deciding Teva's Motion for an Award of Attorneys' Fees. (D.I. 61). All other pending motions before the Court are rendered moot by the dismissal with prejudice sought herein. *See* D.I. 33 (Teva's Motion for Leave to File Amended Answers and Counterclaims); D.I. 34, 35 (Teva's Motion for Leave to File Summary Judgment on the Basis of Collateral Estoppel); and D.I. 69 (Ferring's Cross-Motion to Stay Proceedings or, in the Alternative, Rule 41(a)(2) Dismissal Without Prejudice).

## III.   CONCLUSION

For all of the foregoing reasons, Ferring respectfully requests that this Court grant Ferring's Motion for Dismissal with Prejudice.

Date:  November 2, 2006

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899-2207
(302) 658-9141

Dennis J. Mondolino
Christine A. Pepe
MCDERMOTT, WILL & EMERY LLP
340 Madison Avenue
New York, NY 10017
212-547-5400
Attorneys for Plaintiff Ferring B.V.

2

CERTIFICATE OF SERVICE

I, Francis DiGiovanni hereby certify that on November 2, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following, and I hereby certify that we have served via e-mail and Hand Delivery a copy of said document to:

>Josy W. Ingersoll, Esq.
>Young Conway Stargatt & Taylor
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE  19899

I further hereby certify that I have served, via e-mail and United States First Class Mail, the document to the following non-registered participant:

>William F. Long
>William L. Warren
>Sutherland Asbill & Brennan LLP
>999 Peachtree Street, NE
>Atlanta, Georgia  30309-3996

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)

497722_1