

**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cblh.com

**Francis DiGiovanni**
Partner

TEL (302) 888-6316
FAX (302) 658-5614
EMAIL fdigiovanni@cblh.com
REPLY TO Wilmington Office

November 3, 2006

**VIA ECF – ELECTRONIC FILING**
Chief Judge Sue L. Robinson
United States District Court
District of Delaware
844 North King Street
Wilmington, DE 19801

    Re: *Ferring B.V. v. Teva Pharmaceuticals USA, Inc., et al.*,
         Civil Action No. 04-884-SLR

Dear Chief Judge Robinson:

    We write briefly in response to Teva's letter dated October 31, 2006.

    Yesterday, Ferring filed a Motion for Dismissal with Prejudice. In its Motion, Ferring requested that the Court also dismiss Teva's declaratory judgment counterclaims as moot and retain jurisdiction solely for the purpose of deciding Teva's motion for attorneys' fees. Ferring believes that this is the most efficient and practical resolution to this proceeding.

    Lest there be any doubt, Ferring continues to vigorously oppose Teva's motion for attorneys' fees presently before this Court (D.I. 61). In its October 31 letter, Teva argued that the denial of certiorari "supports its motion for attorneys' fees." However, the facts remain that the *Ferring v. Barr* decision of inequitable conduct was a close case and a highly contested decision both within the Federal Circuit and more broadly within the patent community. The Supreme Court's denial of Ferring's petition for certiorari in no way minimizes this. Judge Newman's lengthy and strident dissent and the fact that three Federal Circuit Judges (Judges Newman, Lourie and Gajarsa) would have reheard Ferring's Federal Circuit appeal *en banc* are evidence enough. Notably, the Washington Legal Foundation, the Pharmaceutical Research and Manufacturers of America, and the Biotechnology Industry Organization filed very strong *amicus curiae* briefs in support of Ferring's certiorari petition.

    Finally, Teva's assertion that the Supreme Court's denial of Ferring's certiorari petition somehow "adds another judgment," one from the "highest [court] in the land," is incorrect. A denial of certiorari is obviously not a judgment. The Supreme Court receives nearly 10,000

CONNOLLY BOVE LODGE & HUTZ LLP
ATTORNEYS AT LAW

The Honorable Sue L. Robinson
November 3, 2006
Page 2 of 2

petitions per year and accepts less than 125.[1] Similarly, contrary to Teva's representation to this Court, Ferring did not "strongly suggest[]" that the Supreme Court would grant certiorari. While of course hopeful, Ferring never made a representation concerning the odds that its petition would be accepted, but rather only argued that it was in the interest of efficiency and finality to stay this proceeding pending resolution of the Supreme Court proceedings.

Counsel for Ferring is available at the Court's convenience should the Court seek any additional information.

Respectfully submitted,

Francis DiGiovanni

cc:   Clerk of the Court (via ECF and hand)
      Josy W. Ingersoll, Esq. (via hand)
      William F. Long, Esq. (via e-mail)
      Dennis J. Mondolino, Esq. (via e-mail)

497853_1

---

[1] Statistics from the Supreme Court Public Information Office for the 2005 term (9,608 petitions filed, 122 accepted).