IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FERRING B.V., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-884-SLR |
| | ) |
| TEVA PHARMACEUTICALS USA, | ) |
| INC., et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 19th day of January, 2007, having reviewed the parties' submissions on the pending motions;

IT IS ORDERED that plaintiff's motion to dismiss with prejudice (D.I. 79) is granted, as unopposed.[1] Plaintiff's motion to stay or dismiss without prejudice is denied as moot (D.I. 69), as is defendants' motion to dismiss (D.I. 61), except that the court will retain limited jurisdiction for the purpose

---

[1] Because the patent in suit has been held unenforceable in <u>Ferring B.V. & Aventis Pharmaceuticals, Inc. v. Barr Laboratories, Inc.</u>, No. 02-Civ-9851 (CLB), 2005 U.S.Dist. LEXIS 3597 (S.D.N.Y. Feb. 7, 2005), <u>aff'd</u>, 437 F.3d 1181 (Fed. Cir. 2006), <u>cert. denied</u>, 2006 U.S. LEXIS 8344 (Oct. 30, 2006), all claims and counterclaims in this litigation will be dismissed with prejudice.

of deciding defendants' motion for attorneys' fees.

_____
United States District Judge