# CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

**Francis DiGiovanni**
Partner

TEL (302) 888-6316
FAX (302) 658-5614
EMAIL fdigiovanni@cblh.com
REPLY TO Wilmington Office

March 16, 2007

**VIA ECF**
Chief Judge Sue L. Robinson
United States District Court
District of Delaware
844 North King Street
Wilmington, DE 19801

    Re:    *Ferring B.V. v. Teva Pharms. USA*, Civ. No. 04-884-SLR

Dear Chief Judge Robinson:

    We write pursuant to D. Del. LR 7.1.2(c) to advise the Court of the status of proceedings in the case of *Ferring B.V. v. Barr Labs.*, No. 02-CV-9851 (S.D.N.Y), that are relevant to defendant Teva's motion for attorneys' fees (D.I. 61) pending in the instant case.

    On March 1, 2007, Judge Brieant in *Ferring v. Barr* held oral argument on and denied from the bench defendant Barr's motion for attorneys' fees. As the Court will recall, Teva's motion for attorneys' fees currently before the Court mimics Barr's very argument that has now been rejected by Judge Brieant.

    An excerpt from the *Ferring v. Barr* PACER Docket is attached hereto, indicating that a bench ruling was rendered. Ferring has ordered the transcript from that oral argument (that contains the bench ruling) and expects to be able to submit it to the Court early next week.

                             Respectfully submitted,

                               Francis DiGiovanni

Enclosure

cc:    Clerk of the Court (Via hand)
        Dennis J. Mondolino, Esq. (Via e-mail)
        Josy W. Ingersoll, Esq. (Via Hand and e-mail)
        William F. Long, Esq. (Via e-mail)

527669_1