CLOSED

# U.S. District Court
# United States District Court for the Southern District of New York (White Plains)
# CIVIL DOCKET FOR CASE #: 7:02-cv-09851-CLB-MDF

Ferring B.V., et al v. Barr Laboratories, I
Assigned to: Judge Charles L. Brieant
Referred to: Magistrate Judge Mark D. Fox
Demand: $0
Cause: 35:271 Patent Infringement

Date Filed: 12/13/2002
Date Terminated: 02/16/2005
Jury Demand: Defendant
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 01/04/2007 | 203 | MOTION for James Monroe to Appear Pro Hac Vice. $25.00 Fee paid, #599258. Document filed by Ferring B.V., Aventis Pharmaceuticals, Inc.. (jma, ) (Entered: 01/05/2007) |
| 01/04/2007 | 204 | MOTION for Lawrence Ilag to Appear Pro Hac Vice. $25.00 fee paid, #599258. Document filed by Ferring B.V., Aventis Pharmaceuticals, Inc.. (jma, ) (Entered: 01/05/2007) |
| 01/08/2007 | | MEMO ENDORSEMENT on [203] MOTION for James Monroe to Appear Pro Hac Vice. filed by Ferring B.V.,, Aventis Pharmaceuticals, Inc.:ENDORSED: Application Granted. SO ORDERED:(Signed by Judge Charles L. Brieant on 01/08/07) (dcr, ) (Entered: 01/10/2007) |
| 01/08/2007 | | MEMO ENDORSEMENT on re: [204] MOTION for Lawrence Ilag to Appear Pro Hac Vice. filed by Ferring B.V.,, Aventis Pharmaceuticals, Inc.: ENDORSED: Application Granted. SO ORDERED: (Signed by Judge Charles L. Brieant on 01/08/07) (dcr, ) (Entered: 01/10/2007) |
| 01/16/2007 | 205 | MEMORANDUM OF LAW in Opposition re: [200] MOTION for Bill of Costs. Document filed by Aventis Pharmaceuticals, Inc.. (mde) (Entered: 01/17/2007) |
| 01/16/2007 | 206 | FERRING'S COMBINED MEMORANDUM OF LAW in Opposition re: [200] MOTION for Bill of Costs. MOTION for Attorney Fees.. Document filed by Ferring B.V.. (mde) (Entered: 01/17/2007) |
| 01/16/2007 | 207 | MEMORANDUM OF LAW in Opposition re: [200].. MOTION for Attorney Fees.. Document filed by Aventis Pharmaceuticals, |

|  |  | Inc.. (mde) (Entered: 01/17/2007) |
|---|---|---|
| 02/15/2007 | 208 | REPLY In Support re: [200] MOTION for Bill of Costs... Document filed by Barr Laboratories, Inc.. (mde) (Entered: 02/20/2007) |
| 02/15/2007 | 209 | REPLY In Support re: [200] MOTION for Bill of Costs... Document filed by Barr Laboratories, Inc.. (mde) (Entered: 02/20/2007) |
| 02/15/2007 | 210 | DECLARATION of Karen M. Robinson in Support of Reply re: [200] MOTION for Bill of Costs. MOTION for Attorney Fees.. Document filed by Barr Laboratories, Inc.. (mde) (Entered: 02/20/2007) |
| 03/01/2007 |  | Minute Entry for proceedings held before Judge Charles L. Brieant : Oral Argument held on 3/1/2007 re: [200] MOTION for Bill of Costs. MOTION for Attorney Fees, filed by Barr Laboratories, Inc. Judge's Decision: Oral argument heard on Motion Dkt# 200. Motion decided orally from the bench. Term Motion. See Transcript. Submitted By: Alice Cama, Courtroom Deputy. Court Reporter: Sue (dcr) (Entered: 03/02/2007) |
| 03/07/2007 | 211 | BILL OF COSTS...to be heard.(gco) (Entered: 03/08/2007) |
| 03/12/2007 | 212 | OBJECTIONS In Opposition to Barr's Bill of Taxable Costs. Document filed by Aventis Pharmaceuticals, Inc.. (mde) (Entered: 03/13/2007) |
| 03/13/2007 | 213 | PLAINTIFF FERRING B.V.'S OBJECTIONS IN OPPOSITION TO BARR'S BILL OF TAXABLE COSTS.. Document filed by Ferring B.V.. (mde) (Entered: 03/13/2007) |

| **PACER Service Center** |  |  |  |
|---|---|---|---|
| **Transaction Receipt** |  |  |  |
|  |  |  |  |
|  |  |  |  |
| 03/16/2007 11:28:34 |  |  |  |
| **PACER Login:** | cb0023 | **Client Code:** | 12689-00001 |
| **Description:** | Docket Report | **Search Criteria:** | 7:02-cv-09851-CLB-MDF Start date: 1/1/2007 End date: 3/16/2007 |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |