
# CONNOLLY BOVE LODGE & HUTZ LLP
ATTORNEYS AT LAW

**Francis DiGiovanni**
Partner

TEL (302) 888-6316
FAX (302) 658-5614
EMAIL fdigiovanni@cblh.com
REPLY TO Wilmington Office

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

April 9, 2007

*Via CM/ECF*
Chief Judge Sue L. Robinson
United States District Court
District of Delaware
844 North King Street
Wilmington, DE 19801

Re: *Ferring B.V. v. Teva Pharms. USA*, Civ. No. 04-884-SLR

Dear Chief Judge Robinson:

      We write pursuant to D. Del. LR 7.1.2(c) to advise the Court of the status of proceedings in the case of *Ferring B.V. v. Barr Labs.*, No. 02-CV-9851 (S.D.N.Y), that are relevant to defendant's motion for attorneys' fees (D.I. 61) pending in the instant case.

      Attached is the transcript from the oral argument on Barr's motion for attorneys' fees in the *Ferring v. Barr* case, held on March 1, 2007. The transcript sets forth, at pages 36-40, Judge Brieant's decision, denying Barr's motion for attorneys' fees (which was virtually identical to the motion for attorneys' fees made by Teva in the instant case, and was premised on the same conduct before the PTO). Judge Brieant specifically held: (a) that the lack of candor constituting inequitable conduct in the case did not render the case exceptional so as to justify an award of attorneys' fees; and (b) as to other factors alleged by Barr such as litigation misconduct, the court noted that there was "no gross injustice to be undone in this case by awarding attorneys' fees in the defense of this relatively routine patent infringement litigation."

      In view of the foregoing, and as set forth in Ferring's brief, Teva is very clearly not entitled to attorneys' fees in this case.

Respectfully submitted,

*/s/ Francis DiGiovanni*

Francis DiGiovanni

Enclosure
cc:   Clerk of the Court (Via hand-delivery)
       Dennis J. Mondolino, Esq. (Via e-mail)
       Josy W. Ingersoll, Esq. (Via hand-delivery and e-mail)
       William F. Long, Esq. (Via e-mail)
       531770