IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FERRING B.V., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-884-SLR |
| | ) |
| TEVA PHARMACEUTICALS USA, | ) |
| INC. and TEVA PHARMACEUTICALS | ) |
| INDUSTRIES, LTD., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 15th day of January, 2008, the above captioned case having been dismissed (D.I. 86), but the court having retained jurisdiction for purposes of deciding defendants' motion for attorney fees; and having considered said motion and the papers submitted in connection therewith;

IT IS ORDERED that said motion (D.I. 61) is denied, as the court concludes that a finding of inequitable conduct by a divided panel of the Federal Circuit[1] does not present the kind of extraordinary case that warrants fee shifting, especially under the circumstances at bar where defendants were not required to invest substantial resources in defending against this action. See Frank's Casing Crew & Rental Tools, Inc. v. PMR Techs., Ltd., 292 F.3d 1363, 1377-78 (Fed. Cir. 2002); eSpeed, Inc. v.

---

[1] See Ferring B.V. v. Barr Laboratories, Inc., 437 F.3d 1181, 1195 (Fed. Cir. 2006).

Brokertec, USA, L.L.C., 417 F. Supp. 2d 580, 600 (D. Del. 2006). The case shall be closed by operation of this order.

                                                     *[signature]*
                                            United States District Judge